

UNITED STATES OF AMERICA
**FEDERAL TRADE COMMISSION**
MIDWEST REGION

**FILED**

MAR - 9 2010
MAR 9, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

55 West Monroe St., Suite 1825
Chicago, IL 60603-5701

Steven M. Wernikoff
Staff Attorney

Direct Dial
(312) 960-5630

March 9, 2010

**VIA PERSONAL DELIVERY**
Michael W. Dobbins
Clerk of Court
United States District Court for the Northern District of Illinois
Everett McKinley Dirksen Building
219 South Dearborn Street, 20th Floor
Chicago, Illinois 60604

**1:10-cv-01543
Judge Ronald A. Guzman
Magistrate Judge Jeffrey Cole**

Re:   *FTC v. API Trade, LLC, et al.*, Civ. No. __

Dear Mr. Dobbins:

Plaintiff, the Federal Trade Commission ("FTC"), hereby respectfully requests that the complaint and accompanying papers filed on this date, be kept under seal until Tuesday, March 16, 2010, at 5:00 p.m., pursuant to Local Rule 5.7(a). Pursuant to Local Rule 5.7(a), the FTC states:

1. The party making this request is Plaintiff FTC, by its attorney Steven M. Wernikoff, 55 West Monroe Street, Suite 1825, Chicago, Illinois 60603, swernikoff@ftc.gov;

2. The FTC believes that, due to special circumstances set forth in the Plaintiff's *Ex Parte* Motion to Temporarily Seal File and Certification of Steven M. Wernikoff Pursuant to Federal Rule of Civil Procedure 65(b) in Support of *Ex Parte* Motion For Temporary Restraining Order, of even date, which the FTC will promptly bring to the attention of the judge to whom the case is assigned, it is necessary to restrict access to the case at filing; and

3. The FTC is aware that, absent an order extending or setting aside the seal, the file and its contents will become public on the fourth business day following the date of filing.

Sincerely,

Steven M. Wernikoff
Staff Attorney