**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

FILED

MAR 0 9 2010
MAR 09, 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| API TRADE, LLC, a Pennsylvania | ) |
| limited liability company, *et al.,* | ) |
|  | ) |
| Defendants. | ) |

Civ. No.  10 C 1543

Judge Ronald A. Guzman

Magistrate Judge Jeffrey Cole

**FTC'S EXHIBITS IN SUPPORT OF ITS *EX PARTE*
MOTION FOR A TEMPORARY RESTRAINING ORDER
WITH ASSET FREEZE, OTHER EQUITABLE RELIEF, AND ORDER
TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

**LAW ENFORCEMENT DECLARATION**

PX 1        Declaration of Douglas M. McKenney
            Investigator, Federal Trade Commission

**FIRST DATA CORPORATION DECLARATION**

PX 2        Declaration of Dennis Day
            Senior Manager, Security/Risk Management Department, First Data Corporation

**CONSUMER DECLARATIONS**

PX 3        Declaration of Daniel Fuchs

PX 4        Declaration of Alain Guery

# PX  1

## DECLARATION OF DOUGLAS M. MCKENNEY
## PURSUANT TO 28 U.S.C. § 1746

I, Douglas M. McKenney, hereby declare as follows:

1.      My name is Douglas M. McKenney.  I am an investigator with the Federal Trade

Commission ("Commission" or "FTC"), a position that I have held for approximately three

years.  Prior to becoming an investigator, I was a paralegal specialist with the FTC for

approximately two years.  My business address is Federal Trade Commission, Midwest Region,

55 West Monroe Street, Suite 1825, Chicago, Illinois 60603.

2.      As an investigator, my duties include monitoring and investigating parties who

are suspected of engaging in unfair or deceptive acts or practices in violation of the Federal

Trade Commission Act and any other laws or rules enforced by the FTC.  I am also a custodian

of documents and records obtained by the FTC during the course of investigations to which I am

assigned.  In the course of my employment, I was asked to participate in the investigation of API

Trade, LLC, ARA Auto Parts Trading LLC, Bend Transfer Services, LLC, B-Texas European,

LLC, CBTC, LLC, CMG Global, LLC, Confident Incorporation, HDPL Trade LLC, Hometown

Homebuyers, LLC, IAS Group LLC, IHC Trade LLC, MZ Services, LLC, New World

Enterprizes, LLC, Parts Imports LLC, SMI Imports, LLC, SVT Services, LLC, (collectively

referred to as "Money Cashing Defendants") and John Doe(s).  In the course of this

investigation, I have acquired personal knowledge and information about the facts stated herein,

and, if called, would testify to the same.

## BACKGROUND

3.      As part of the FTC's investigation at issue, pursuant to Section 20 of the Federal

Trade Commission Act ("FTC Act"), 15 U.S.C. §57b-1, the Commission issued Civil

Investigative Demands ("CIDs") to parties having information relevant to the investigation.  I

am the custodian of documents produced pursuant to the CIDs issued in this investigation, and I

have personally reviewed these documents.

4.       The FTC maintains Consumer Sentinel, a database of consumer complaints that

can be accessed by the FTC and other law enforcement agencies.  The consumer complaints in

Consumer Sentinel come from federal, state, local and international law enforcement agencies

and private organizations.  Individual consumers can file complaints with the FTC by phone,

mail or through its website www.ftc.gov.

## CONSUMER COMPLAINTS

5.       During the course of the investigation,  I accessed the FTC's Consumer Sentinel

complaint database and identified hundreds of consumer complaints regarding unauthorized

charges that appeared on consumers' credit and debit card statements by the merchants "Adele

Services" and "GFDL."  The unauthorized charges were typically in the $9 range, and

sometimes in the $0.20 range.  I then conducted further searches in Consumer Sentinel and

identified numerous consumer complaints involving unauthorized charges in the $9 range and

$0.20 range by other merchants which demonstrated the following pattern:  1) consumers

complained that the credit or debit card charge by the merchant was unauthorized and the

consumers had no previous contact with the merchant; 2) the unauthorized charge was either in

the $9 range or $0.20 range; 3) the merchant descriptor next to the credit or debit card charge

included a toll-free phone number; and 4) consumers could not speak with the merchant, either

due to the toll-free phone number being disconnected, or their call was answered by a full voice-

mail inbox, which prevented them from leaving a message.  If consumers were able to leave a

voice-mail, their messages were never returned.  A "merchant descriptor" is what appears next to

2

a charge on a consumer's credit or debit card statement to identify the company that is charging the consumer's account. The "merchant descriptor" often contains basic information about the merchant, such as its phone number and location. For example, "Adele Services'" merchant descriptor often appeared on consumers credit or debit card statements as "Adele Services 800-764-8104 NY."

6.     Based on the Consumer Sentinel searches that I conducted, I identified over 90 different merchants from consumer complaints of unauthorized charges that fit the above pattern. These merchants are herein referred to as the "unauthorized charging scheme."

7.     On or about January 28, 2010, I accessed the Consumer Sentinel database and conducted searches to determine the number of complaints Consumer Sentinel had received on the unauthorized charging scheme. The Consumer Sentinel database received over a thousand complaints on the unauthorized charging scheme since 2006. A vast majority of the complaints were of consumers complaining of unauthorized charges appearing on their card statements. Many consumers complained that when they called the toll-free phone number that appeared next to the charge, the number was either no longer in service or was answered by voice-mail that was usually too full to leave a message. Those consumers who were able to leave messages on the voice-mail complained that they never received a return phone call. Many consumers complained that they had to have their cards canceled and reissued by their card provider. No consumers reported receiving any type of service from the merchants.

8.     On or about February 23, 2010, I accessed the Consumer Sentinel database and conducted searches for recent complaints on consumers reporting unauthorized charges on their debit or credit cards in the $9 range. I located several complaints against one merchant, "Bartecla LLC," that are similar to the unauthorized charging scheme. According to the results,

Consumer Sentinel has received nine complaints on "Bartecla LLC," all filed in late-2009 or early-2010. In the complaints, consumers describe receiving an unauthorized charge in the amounts of $0.20 or $9 ranges, similar to the "Adele Services" and "GFDL" charges, and not being able to contact "Bartecla LLC."

## MERCHANT ACCOUNTS SUMMARY

9.     During the course of the investigation, FTC Staff identified that the card processing accounts (or "merchant accounts") used by the unauthorized charging scheme to place unauthorized charges on consumers' credit or debit cards were opened using three different merchant service providers, First Data Corporation, Elavon, Inc., or BBVA Compass. FTC Staff issued several CIDs to First Data, Elavon and BBVA Compass, seeking business records for the merchant accounts used by unauthorized charged scheme, including merchant applications, merchant statements, sales volume, chargeback reports and account notes. Based on the documents obtained from the merchant service providers, at least 116 merchant accounts were part of the unauthorized charging scheme. Of the 116 merchant accounts, 110 merchant accounts were opened through First Data, four merchant accounts were opened through Elavon, and two merchant accounts were opened through BBVA Compass.

**First Data Corporation**

10.     On or about January 22, February 18, February 24, March 6, March 9, April 14, and November 13, 2009, pursuant to CIDs issued by the FTC, First Data sent account records, bates-stamped FD-FTC-000001 - FD-FTC-014837 and FD000001 - FD 005495, for 110 merchant accounts to the FTC (PX 2, Declaration of Dennis Day, ¶ 16). These account records included account applications, notes, statements, sales, and chargeback volumes.

4

**Elavon, Inc.**

11.     On or about April 29 and October 27, 2009, pursuant to a CID, the FTC received

documents from Elavon, Inc.  Documents produced by Elavon included merchant applications,

merchant statements, account notes, sales volume and chargeback reports for four merchant

accounts.  Each merchant account was assigned a unique merchant identification number.  Three

of the four merchant accounts opened through Elavon were used to place unauthorized charges

on consumers' credit and debit cards.  The fourth merchant account was opened, but did not

process any sales.

12.     The four merchant accounts grossed $491,206 in sales on approximately 52,503

credit and debit cards from March 2006 to July 2008.  Of the gross total, 2482 card holders

disputed the charges by the four merchants.  Chargebacks and returns totaled approximately

$23,312, resulting in net sales of $467,894 and average chargeback rate of 4.72% (based on the

number of cards charged and number of returns and chargebacks).  Below is a chart that I created

which outlines the sales and returns and chargeback figures for all four merchant accounts

opened through Elavon.

| Merchant | Merchant Number | Number of Cards Charged | Gross Sales | Number of Returns & Chargebacks | Amount of Returns & Chargebacks | Net Sales |
|---|---|---|---|---|---|---|
| ALS LLC | 8009971311 | 10,986 | $107,113 | 572 | $5586 | $101,527 |
| RSS Inc. | 8006717311 | 15,718 | $149,321 | 955 | $9054 | $140,267 |
| SYS INC | 8011428284 | 25,799 | $234,772 | 955 | $8672 | $226,100 |
| TLC Inc. | 8010933805 | 0 | $0 | 0 | $0 | $0 |
| **Total** |  | 52,503 | $491,206 | 2482 | $23,312 | $467,894 |

13.     Elavon provided the reasons for the chargebacks for the merchant account "SYS INC." The most common reasons for the disputes were consumers did not authorize or recognize the charges.  Another merchant account, "ALS LLC" was closed due to fraud after the account's representative submitted an identity theft affidavit claiming that his identity had been stolen and was then used to open up the merchant account in his name.  Another merchant account, "RSS Inc." was closed due to excessive chargebacks.

**BBVA Compass**

14.     On or about October 15, 2009, pursuant to a CID, the FTC received documents from BBVA Compass.  Documents produced by BBVA Compass included merchant applications, merchant statements, sales volume and chargeback reports for two merchant accounts.  Each merchant account was assigned a unique merchant identification number.  Both merchant accounts opened through BBVA Compass were used to place unauthorized charges on consumers' credit and debit cards.

15.     The two merchant accounts grossed $94,201 in sales on approximately 10,368 credit and debit cards for two months, from December 2008 to January 2009.  Of the gross total, 353 card holders disputed the charges by both merchants.  Chargebacks and returns totaled approximately $3201, resulting in net sales of $91,000 and average chargeback rate of 3.40% (based on the number of cards charged and number of returns and chargebacks).  Below is a chart that I created which outlines the sales and returns and chargeback figures for the two merchant accounts opened through BBVA Compass.

| Merchant | Merchant Number | Number of Cards Charged | Gross Sales | Number of Returns & Chargebacks | Amount of Returns & Chargebacks | Net Sales |
|----------|----------------|------------------------|-------------|--------------------------------|--------------------------------|-----------|
| Extra Path | 220892084 | 5665 | $51,483 | 202 | $1829 | $49,654 |
| Extra Path | 220892122 | 4703 | $42,718 | 151 | $1372 | $41,346 |
| **Total** |  | 10,368 | $94,201 | 353 | $3201 | $91,000 |

16.     BBVA Compass provided the reasons for the chargebacks on both merchant accounts.  The most common reasons for the disputes were consumers did not authorize or recognize the charges.

**Merchant Account Totals**

17.     I have produced the below table which identifies the sales and chargeback volumes for the 116 merchant accounts that were opened through First Data, Elavon and BBVA Compass by the unauthorized charging scheme (see *supra* ¶¶ 12, 15; and PX 2, Day Declaration, ¶¶ 5, 7-8, Att. A).

| Merchant Service Provider | Number of Cards Charged | Gross Sales | Number of Returns & Chargebacks | Amount of Returns & Chargebacks | Net Sales |
|---------------------------|------------------------|-------------|--------------------------------|--------------------------------|-----------|
| First Data | 1,286,684 | $9,661,685 | 76,889 | $720,030 | $8,941,655 |
| Elavon | 52,503 | $491,206 | 2482 | $23,312 | $467,894 |
| BBVA Compass | 10,368 | $94,201 | 353 | $3201 | $91,000 |
| **Total** | 1,349,555 | $10,247,092 | 79,724 | $746,543 | $9,500,549 |

## MERCHANT ACCOUNT APPLICATIONS

18.     As noted above, 110 merchant accounts were opened online through First Data's online application process (PX 2, Day Declaration, ¶ 6).  The online applications require information, such as the legal name of business, business address, the business tax ID number,

merchant website address, and the principal's name, address, and social security number. These applications are submitted online and First Data captures the Internet address of the applicant (*ibid.* ¶ 6). The business and principal's phone number and a bank account for where funds were to be deposited were also included in the merchant applications. The six merchant accounts opened through Elavon and BBVA Compass included similar information on their merchant applications as those accounts opened through First Data.

19.     The merchant applications submitted through First Data, Elavon and BBVA Compass include a bank account for where funds were to be deposited. Typically, a different bank account was provided on each merchant application. In addition, the bank account for where funds were to be deposited was occasionally changed to a different bank account than the one provided on the merchant application. In total, there are at least 131 different bank accounts that received deposits from the 116 merchant accounts opened through First Data, Elavon and BBVA Compass.

**Bank Accounts**

20.     During the course of the investigation, pursuant to several CIDs, the FTC received documents from at least fourteen banks, including ACMG Federal Credit Union ("ACMG"), Alliance Bank, N.A., Bank of America, N.A., Capital One, N.A., Citizens Bank, Willow Financial Bank (now Harleysville National Bank) ("Harleysville"), Washington Mutual Bank (now JPMorgan Chase Bank, N.A.) ("Chase Bank"), KeyBank N.A., LibertyBank, Pennstar Bank, PNC Bank, SELCO Community Credit Union ("SELCO"), Solvay Bank, and Wachovia Bank, N.A. Documents produced by the fourteen banks include account applications, signature cards, correspondence, account statements, checks, deposit and withdrawal slips, and wire transfer reports for 131 different bank accounts that received deposits from the 116

merchant accounts opened through First Data, Elavon and BBVA Compass.  The fourteen banks also produced records for all other bank accounts held in the names of the account holders.  In total, the account holders opened at least 317 bank accounts at the fourteen banks.

      21.    Documents produced by the fourteen banks include account applications and statements which detailed the account holder's address, including:

      a.    API Trade's address is provided on the bank account statements as 9926 Haldeman Avenue, Apartment 45 B, Philadelphia, Pennsylvania 19115.  API Trade opened at least four bank accounts;

      b.    ARA Auto Parts Trading's address is provided on the bank account application and statements as 14202 Barcalow Avenue, Philadelphia, Pennsylvania 19116.  ARA Auto Parts Trading opened at least two bank accounts;

      c.    Bend Transfer Services' address is provided on most account applications and statements as 21285 East Highway 20, #169, Bend, Oregon 97701.  Bend Transfer Services opened at least 26 bank accounts;

      d.    B-Texas European's address is provided on account statements as 8070 County Road 603, Brownwood, Texas 76801.  B-Texas European opened at least sixteen bank accounts;

      e.    CBTC's address is provided on the bank account applications and statements as 9926 Haldeman Avenue, Apartment 45 B, Philadelphia, Pennsylvania 19115.  CBTC opened at least four bank accounts;

      f.    CMG Global's address is provided on the bank account application and statements as 7400 Roosevelt Boulevard, Apartment A303, Philadelphia, Pennsylvania 19152,

and P.O. Box 52602, Philadelphia, Pennsylvania 19115.  CMG Global opened at least eleven

bank accounts;

        g.       Confident Incorporation's address is provided on the bank account

statements as 30616 Sand Trap Drive, Agoura Hills, California 91301.  Confident Incorporation

opened at least three bank accounts;

        h.       HDPL Trade's address is provided on the bank account applications and

statements as 1143 Northern Boulevard, Suite 263, Clarks Summit, Pennsylvania 18411.  HDPL

Trade opened at least nine bank accounts;

        i.       Hometown Homebuyers' address is provided on the bank account

applications and statements as 8070 County Road 603, Brownwood, Texas 76801.  Hometown

Homebuyers opened at least 37 bank accounts;

        j.       IAS Group's address is provided on the bank account applications and

statements as 11936 Magnolia Boulevard, Apartment 404, Valley Village, California 91607.

IAS Group opened at least five bank accounts;

        k.       IHC Trade's address is provided on the bank account applications and

statements as 5823 North Burdick Street, East Syracuse, New York 13057.  IHC Trade opened at

least 70 bank accounts;

        l.       MZ Services' address is provided on the bank account statements as 2910

North Casa Tomas Court, Phoenix, Arizona 85016.  MZ Services opened at least 53 bank

accounts;

        m.      New World Enterprizes' address is provided on the bank account

applications and statements as: 441 Tomlinson Road, Apartment G12, Philadelphia,

Pennsylvania 19116; 504 Florida Grove Road, Keasbey, New Jersey 08832; 115 Magnolia

10

Avenue, Suite 10, Jersey City, New Jersey 07306; P.O. Box 2645, Newark, New Jersey 07114; and, 2400 East 3rd Street, Apartment 705, Brooklyn, New York 11223.  New World Enterprizes opened at least 14 bank accounts;

        n.      Parts Imports' address is provided on the bank account statements as 617 Elm Drive, Bogalusa, Louisiana 70427.  Parts Imports opened at least 41 bank accounts;

        o.      SMI Imports' address is provided on the bank account applications and statements as 2329 North Tamiami Trail, Apartment 10, Sarasota, Florida 34234, and 8122 45th Court East, Apartment 7, Sarasota, Florida 34243.  SMI Imports opened at least 14 bank accounts; and,

        p.      SVT Services' address is provided on the bank account statements as 800 East 13th Street, Apartment K, Brooklyn, New York 11230.  SVT Services opened at least eight bank accounts.

        22.      Several of the bank accounts opened by Money Cashing Defendants were linked to debit cards that made various purchases of services that were utilized by the unauthorized charging scheme to create fake companies necessary to open the merchant accounts.  As discussed in more detail at ¶¶ 23-40 below, and summarized in a chart that I prepared at ¶ 41, these same debit cards often made purchases for several different services for multiple merchant accounts.  For example, the same debit card would be used to purchase multiple toll-free phone numbers for several merchants.  This toll-free phone number would then be listed next to the unauthorized charge on the consumer's card statement.  As set forth below in more detail, the debit card purchases were made using various names, including "David Brandt," "Joseph Friedman," and "Michael Lopez."  As discussed below, these are almost certainly fictitious identities or identity theft victims.

**Business Address**

23.     The applications submitted for the 116 merchant accounts opened through First Data, Elavon and BBVA Compass include the legal name of the business and its address. The address provided on each merchant account was typically distinct and scattered throughout the United States. The business address for each merchant account opened through First Data and Elavon was provided by Regus. Regus provides a service called "Mailbox Plus," which allows consumers to purchase mailboxes at any of its 400 U.S. locations. Regus then collects the consumers' mail and forwards it per their instructions (*see* www.regus.com). Seven different Regus locations in the Northern District of Illinois were used as business addresses on merchant accounts, including:

| Merchant Name | Business Address |
|---|---|
| Office Development | 350 South NW Highway, 300, Park Ridge, Illinois 60068 |
| Den Enterprises | 700 Commerce Drive, 500-110, Oak Brook, Illinois 60523 |
| Edge | 1821 Walden Office Square, Schaumburg, Illinois 60173 |
| Site Group | 5600 River Road, Chicago, Illinois 60198 |
| United Services | 10 South Riverside Plaza, Chicago, Illinois 60606 |
| RSS Inc. | 1676 West Ogden Avenue, Suite 151-105, Naperville, Illinois 60540<br>8770 West Bryn Mawr Avenue, Suite 1300, Chicago, Illinois 60631 |

24.     On or about July 15, 2009, pursuant to a CID, the FTC received documents from Regus. Documents produced by Regus include account information, billing records, correspondence and United States Postal Service Form 1583 ("PS Form 1583") for several "Mailbox Plus" accounts which were listed as business addresses on First Data and Elavon merchant account applications.

25.    According to the documents produced by Regus, the "Mailbox Plus" accounts

were opened by several customers using the names "David Brandt," "Joseph Friedman," "Adam

Miller," "Michael Lopez," and "Thomas Lee."  The customers typically provided photo

identification, including scanned images of their passports and state driver's licenses, along with

their completed PS Form 1583.  Mail received at the various Regus locations was typically

forwarded to mailboxes 46538, 58217 or 66103 at 14525 SW Millikan, Beaverton, Oregon

97005.  The "Mailbox Plus" accounts established by these customers were paid for with debit

cards supposedly in these customers' names, including:

a.    "David Brandt" opened at least twelve "Mailbox Plus" accounts through

Regus, which were listed as business addresses on First Data merchant account applications for

"Den Enterprises," "Don Partners," "ESTA," "Homebase," "Home Port," "Online Group,"

"Search Services," "Site Services," "Terra," "Will Services," "World Trade," and "World Wide

Services."  The "Mailbox Plus" accounts opened by "David Brandt" were paid for with a

Teachers Credit Union issued debit card ending in 2195, a First State Bank of Middlebury issued

debit card ending in 7488 and a Bank of America issued debit card ending in 5755.  "David

Brandt" typically provided his mail forwarding address as 14525 SW Millikan, #46538,

Beaverton, Oregon  97005.  "David Brandt" provided Regus with copies of his identification via

fax, using either an Oregon or Indiana issued driver's license and two different versions of a U.S.

passport.  Even though both of "David Brandt's" passports had the same passport number, name,

date of birth and photo, each passport was issued on the same day by a different U.S. passport

agency, one in Elkhart, Indiana and the other in Beaverton, Oregon.  "David Brandt's" addresses

as listed on his Oregon and Indiana issued driver's licenses are: 18300 NW Walker Road,

Beaverton, Oregon 97006, and 742 West Bristol Street, Elkhart, Indiana 46514, respectively.

13

Attached hereto as **McKenney Attachment ("Att.") A** are true and correct copies of "David Brandt's" passport and driver's licenses used to open the "Mailbox Plus" accounts, "Search Services" and "Homeport," which were produced by Regus. Sensitive personal information has been redacted from McKenney Att. A;

        b.    "Joseph Friedman" opened at least six "Mailbox Plus" accounts through Regus, which were listed as business addresses on First Data merchant account applications for "Centr Limited," "Form Limited," "ISSO," "Link Services," "Name Services," and "Search Management." The "Mailbox Plus" accounts opened by "Joseph Friedman" were paid for with a Teachers Credit Union issued debit card ending in 4899 and a Chase Bank issued debit card ending in 2018. "Joseph Friedman" typically provided his mail forwarding address as 14525 SW Millikan, #58217, Beaverton, Oregon 97005. "Joseph Friedman" provided Regus with copies of his Oregon issued driver's license and a U.S. passport as forms of identification via fax. "Joseph Friedman's" address is provided on his Oregon issued driver's license as 17520 NW Cornell Road, Beaverton, Oregon 97006. Attached hereto as **McKenney Att. B** is a true and correct copy of "Joseph Friedman's" Oregon issued driver's license and U.S. passport used to open the "Mailbox Plus" account "Name Services," which was produced by Regus. Sensitive personal information has been redacted from McKenney Att. B;

        c.    "Adam Miller" opened at least eight "Mailbox Plus" accounts through Regus, which were listed as business addresses on First Data merchant account applications for "Center Company," "Gamma," "Image Services," "Link Group," "List Services," "Office Development," "Sigma," and "Source Limited." The "Mailbox Plus" accounts opened by "Adam Miller" were paid for with a Bank of America issued debit card ending in 5783. "Adam Miller" typically provided his mail forwarding address as 14525 SW Millikan, #66103,

Beaverton, Oregon 97005. "Adam Miller's" address is provided on his Oregon issued driver's

license as 2185 NW Sheffield, Beaverton, Oregon 97006;

        d.      "Michael Lopez" opened at least one "Mailbox Plus" account through

Regus and his debit card information was added to another three "Mailbox Plus" accounts,

which were listed as business addresses on First Data merchant account applications for "HBS."

The "Mailbox Plus" accounts opened by and funded by "Michael Lopez" were paid for with a

Bank of America issued debit card ending in 5755. "Michael Lopez's" address is listed on his

Texas issued driver's license as 8070 County Road 603, Brownwood, Texas 76800; and,

        e.      "Thomas Lee" opened at least three "Mailbox Plus" accounts through

Regus, which were listed as business addresses on First Data merchant account applications for

"ACM," "CFM," and "IPS." The "Mailbox Plus" accounts opened by "Thomas Lee" were paid

for with a Bank of America issued debit card ending in 5844. "Thomas Lee's" address is listed

on his Arizona issued driver's license as 4522 East Fremont Street, Phoenix, Arizona 85042.

       26.     Mail received at the various Regus locations was typically forwarded to the Earth

Class Mail mailboxes 46538, 58217 or 66103 at 14525 SW Millikan, Beaverton, Oregon 97005.

Earth Class Mail is a commercial mail receiving agency that scans and uploads images of the

customer's mail to a server. Customers can log into their Earth Class Mail account to view

scanned images of their mail envelopes and then decide which items to have opened and scanned

so they can read the contents online, and which items should be recycled, shredded, archived or

forward-shipped to them (*see* http://www.earthclassmail.com). On or about April 1, 2009,

pursuant to a CID, the FTC received documents from Earth Class Mail Corp. Documents

produced by Earth Class Mail included account information, billing records, PS Form 1583,

customer correspondence and scanned images of the front and back of mail received for

mailboxes 46538 and 58217.

        a.      On or about August 3, 2007, mailbox 46538 at 14525 SW Millikan,

Beaverton, Oregon 97005 was opened under the name "David Brandt." According to PS Form

1583 that was submitted via fax to open the mailbox, "David Brandt" provided two forms of

identification, a passport and driver's license, both of which were issued by the United Kingdom.

Attached hereto as **McKenney Att. C** are true and correct copies of relevant documents

produced by Earth Class Mail for mailbox 46538, including PS Form 1583 and "David Brandt's"

photo identification used to open the mailbox. Sensitive personal information has been redacted

from McKenney Att. C. Although "David Brandt's" photo from his United Kingdom passport

appears to be identical to both versions of his U.S. passport (*supra* ¶ 25.a, Att. A), his date of

birth is different. The cards on file to pay for mailbox 46538 include a Bank of America issued

Visa debit card ending in 5755, a First State Bank issued Visa debit card ending in 7488 and a

Teachers Credit Union issued Visa debit card ending in 2195. Scanned images of the mail

received for mailbox 46538 include mail addressed from various Regus locations; and,

        b.      On or about November 26, 2007, mailbox 58217 at 14525 SW Millikan,

Beaverton, Oregon 97005 was opened under the name "Joseph Friedman." According to PS

Form 1583 that was submitted to open the mailbox, "Joseph Friedman" provided two forms of

identification, a passport and driver's license, both of which were supposedly issued by the

United Kingdom. Attached hereto as **McKenney Att. D** are true and correct copies of relevant

documents produced by Earth Class Mail for mailbox 58217, including PS Form 1583 and

"Joseph Friedman's" photo identification used to open the mailbox. Sensitive personal

information has been redacted from McKenney Att. D. Although, the photo from "Joseph

16

Friedman's" United Kingdom passport is different than his U.S. passport, (*supra* ¶ 25.b, Att. B),

his date of birth is the same.  The cards on file to pay for mailbox 58217 include a Chase Bank

issued MasterCard debit ending in 2018 and a Teachers Credit Union issued Visa debit card

ending in 4899.  Scanned images of the mail received for mailbox 58217 include mail addressed

from various Regus locations.

**Phone Numbers**

27.     Each application submitted to open merchant accounts at First Data and Elavon

include a phone number for the business and a phone number for the principal.  The business

phone number was a toll-free number, which was included on consumers' card statements next

to the merchant's charge.  The principal's phone number was a local phone number with an area

code that matched the geographical location of the principal's home address.  Both the business

and principal's phone numbers provided on each merchant application were typically provided

by the phone service providers J2 Global Communications, Inc., TierraNet, Inc., and

RingCentral, Inc.  All three companies offer phone numbers, including toll-free phone numbers,

with call forwarding and voice-mail services.

28.     On or about April 1, 2009, pursuant to a CID, the FTC received documents from

J2 Global Communications.  Documents produced by J2 Global Communications include

customer information, billing and call records, and other phone numbers assigned to the

customer, including several phone numbers that were listed on consumers' card statements next

to the unauthorized charges and on the First Data and Elavon merchant account applications.

The documents produced by J2 Global Communications provide the following:

a.      There were three different customers for these phone numbers:

17

          i.      Daniel Weber at 8070 County Road 603, Brownwood, Texas 76801, and dw@ivamarketing.com.  Payment information for "Daniel Weber" included a Bank of America issued debit card ending in 2551;

          ii.     Michael Lopez at 8070 County Road 603, Brownwood, TX 76801, and contacts@hbscompany.net.  Payment information for "Michael Lopez" included a Bank of America issued debit card ending in 5755; and,

          iii.    Fax Services at 8070 County Road 603, Brownwood, TX 76801, and support@cmsinvest.com.  Payment information for "Fax Services" included two Bank of America issued debit cards ending in 5844 and 5755.  The Bank of America issued debit card ending in 5755 for "Michael Lopez" was the same debit card on file for "Fax Services."

          b.     The below chart identifies the phone numbers assigned to the three J2 Global Communications customers, and the merchant accounts associated with these phone numbers:

| Phone Number | Merchant Account | Customer |
|---|---|---|
| 800-493-5958 | DwellTech | Fax Services |
| 800-507-0825 | RSIPartners | Fax Services |
| 800-572-2178 | RSS Inc. | Fax Services |
| 866-221-8331 | CFR | Fax Services |
| 866-310-4344 | CFM | Fax Services |
| 866-402-5650 | CFM | Fax Services |
| 866-801-1090 | ALS | Fax Services |
| 877-218-6179 | ALS LLC | Fax Services |
| 877-408-7799 | ALS | Fax Services |

| Phone Number | Merchant Account | Customer |
|---|---|---|
| 866-214-7845 | HBS | Michael Lopez |
| 626-628-0316 | HBS | Michael Lopez |
| 800-836-4490 | Mera | Daniel Weber |
| 877-426-8370 | Data Services | Daniel Weber |
| 888-856-8228 | Center Company | Daniel Weber |
| 888-869-2203 | Gamma | Daniel Weber |

       c.     Additional phone numbers were assigned to and paid for by the "Fax Services" customer, including a Texas phone number, 325-202-3018. Voice-mail messages left for the phone number, 325-202-3018, were converted to audio files and forwarded to the e-mail address support@autopartsint.com.

       29.     On or about January 14, 2009, pursuant to a CID, the FTC received documents from TierraNet, Inc. Documents produced by TierraNet include customer information, billing and call records, and other phone numbers assigned to the customer for several phone numbers which were listed on consumers card statements next to the unauthorized charges and on the First Data merchant account applications. The documents produced by TierraNet provided the following:

       a.     The customer's name was provided as "Daniel Weber" and his contact information was listed as 8070 West Commerce Street, Brownwood, Texas 76801, and dw@ivamarketing.com;

       b.     Payment information for "Daniel Weber" included a Bank of America issued debit card ending in 2551; and,

19

      c.     The phone numbers assigned to "Daniel Weber" and the merchant accounts associated with these phone numbers include the following:

| Phone Number | Merchant Account |
|---|---|
| 800-566-4043 | Den Enterprises |
| 877-277-7903 | System Development |
| 888-241-2102 | Online Group |

     30.     On or about April 1, 2009, pursuant to a CID, the FTC received documents from RingCentral, Inc. Documents produced by RingCentral include account information, billing and call records, and other phone numbers paid for with the debit card(s) on file for the customer, including toll-free phone numbers that were listed in the merchant descriptor next to the unauthorized charges and the principal's phone numbers' that were provided on the merchant account applications. The documents produced by RingCentral provide the following:

      a.     There were four different customers for these phone numbers:

       i.     David Brandt at 8206 Rockville Road, 312, Indianapolis, Indiana 46214, and 14525 SW Millikan, 46538, Beaverton, Oregon 97005, and david@globaladsllc.com. Payment information for "David Brandt" included two debit cards, one issued by Teachers Credit Union ending in 2195, and the other was issued by First State Bank of Middlebury ending in 7488. The debit card ending in 2195 paid for 49 phone numbers and the debit card ending in 7488 paid for 21 phone numbers, including toll-free business phone numbers and principal's phone numbers;

      ii.     Adam Miller, 14525 SW Millikan, Beaverton, Oregon 97005, and info@focusmediacorp.net. Payment information for "Adam Miller" included a Bank of America

20

issued debit card ending in 5783.  The debit card ending in 5783 paid for 25 phone numbers,

including toll-free business phone numbers and principal's phone numbers;

        iii.    Joseph Friedman at 14525 SW Millikan 58217, Beaverton, Oregon

97005, and support@newinfoservices.com.  Payment information for "Joseph Friedman"

included two debit cards, one issued by Teachers Credit Union ending in 4899, and the other was

issued by Chase Bank ending in 2018.  The debit card ending in 4899 paid for eight phone

numbers and the debit card ending in 2018 paid for 23 phone numbers, including toll-free

business phone numbers and principal's phone numbers; and,

        iv.    Michael Lopez at 8070 County Road 603, Brownwood, Texas

76801, and support@qvcinv.com.  Payment information for "Michael Lopez" included a Bank of

America issued debit card ending in 5755.  The debit card ending in 5755 paid for 17 phone

numbers, including toll-free business phone numbers and principal's phone numbers.

        b.    The below chart identifies the phone numbers assigned to the four

RingCentral customers, and the merchant accounts associated with these phone numbers

| Phone Number | Merchant Account | Customer |
|---|---|---|
| 866-395-6994 | World Wide Services | David Brandt |
| 866-509-1184 | Search Services | David Brandt |
| 866-593-6235 | ESTA | David Brandt |
| 877-237-8036 | Will Services | David Brandt |
| 877-238-8349 | Homebase | David Brandt |
| 877-261-7382 | System Development | David Brandt |
| 877-340-2372 | Terra | David Brandt |
| 877-364-2807 | Office Services | David Brandt |
| 877-487-4751 | Den Enterprises | David Brandt |

| Phone Number | Merchant Account | Customer |
|---|---|---|
| 888-401-9685 | ICH Services | David Brandt |
| 866-402-5015 | Center Company | Adam Miller |
| 877-257-8146 | Office Development | Adam Miller |
| 866-473-8739 | Link Services | Joseph Friedman |
| 866-678-5605 | ISSO | Joseph Friedman |
| 877-893-2497 | Search Management | Joseph Friedman |
| 888-281-0639 | Edge | Joseph Friedman |
| 888-512-1796 | Form Limited | Joseph Friedman |
| 888-560-6635 | Centr Limited | Joseph Friedman |
| 866-500-6113 | IPS | Michael Lopez |
| 877-211-1387 | ALS | Michael Lopez |
| 877-264-8769 | ACM | Michael Lopez |
| 888-218-5608 | HBS | Michael Lopez |

and,

c.      Call records for the toll-free phone numbers 866-395-6994 and 877-238-8349, which were provided as the business phone numbers for "World Wide Services" and "Homebase," respectively, show that from October 1, 2007 to January 3, 2008, calls placed to those toll-free phone numbers were forwarded to another toll-free phone number, 877-455-4251.

31.     The toll-free phone number, 877-455-4251, which had calls forwarded to it from the "World Wide Services" and "Homebase" toll-free phone numbers, was provided by United World Telecom L.C., a U.S. based telecommunications service provider. United World Telecom offers, among other things, a service called "CallMe800" which allows its customers to have their own toll-free phone number and then have calls to that toll-free phone number forwarded to

22

any phone number anywhere in the world (*see* www.uwtcallback.com).  On or about March 20 and March 24, 2009, pursuant to a CID, the FTC received documents from United World Telecom.  The documents produced by United World Telecom include account information, billing records and call records for the toll-free phone number 877-455-4251.

> a.      The account details listed the customer's name as "David Brandt" and that the account was created on September 28, 2007;

> b.      The billing records for 877-455-4251 show that the toll-free phone number and the "CallMe800" service were paid for with a Teachers Credit Union issued Visa debit card ending in 2195; and,

> c.      Call records for 877-455-4251 detail that calls placed to the toll-free number from October 1, 2007 to January 3, 2008, were forwarded to the Belarus cell phone number +375-293976-741.  In addition, from October 1, 2007 to January 3, 2008, calls originally placed to other toll-free phone numbers, including "World Wide Services'" and "Homebase's," were forwarded to 877-455-4251 and then forwarded to the Belarus cell phone number +375-293976-741.

**Merchant Website**

32.     The merchant accounts opened through First Data, Elavon and BBVA Compass include the merchant's website in the application.  The websites provided on the merchant account applications were typically no longer active when I tried to access them, however there were a few that were still accessible.  Below are some examples of websites that were provided on merchant applications and were still active:

> a.      The website worldtradeconnect.com was provided on the First Data merchant application for "World Trade Connect."  On or about January 20, 2009, from a

23

computer located at the FTC's business address in Chicago, Illinois, I accessed the publicly available website, www.worldtradeconnect.com, and printed selected web pages.  Attached hereto as **McKenney Att. E** is a true and correct printout of relevant web pages taken from the website www.worldtradeconnect.com, as printed on or about January 20, 2009.  The website worldtradeconnect.com claimed to sell electronic devices such as external hard drives, USB flash drives and MP3 players;

        b.      The website officedevonline.com was provided on the First Data merchant application for "Office Development."  On or about January 29, 2009, from a computer located at the FTC's business address in Chicago, Illinois, I accessed the publicly available website, www.officedevonline.com, and printed selected web pages.  Attached hereto as **McKenney Att. F** is a true and correct printout of relevant web pages taken from the website www.officedevonline.com, as printed on or about January 29, 2009.  The website officedevonline.com claimed to sell office supplies;

        c.      The website globo-online.com was provided on the First Data merchant application for "GLOBO."  On or about April 28, 2009, from a computer located at the FTC's business address in Chicago, Illinois, I accessed the publicly available website, www.globo-online.com, and printed selected web pages.  Attached hereto as **McKenney Att. G** is a true and correct printout of relevant web pages taken from the website www.globo-online.com, as printed on or about April 28, 2009.  The website globo-online.com claimed to sell GPS supplies; and,

        d.      The website lang-group.com was provided on the First Data merchant application for "Lang Group."  On or about April 28, 2009, from a computer located at the FTC's business address in Chicago, Illinois, I accessed the publicly available website, www.lang-group.com, and printed selected web pages.  Attached hereto as **McKenney Att. H** is

a true and correct printout of relevant web pages taken from the website www.lang-group.com,

as printed on or about April 28, 2009.  The website lang-group.com claimed to sell computer

parts including cables, memory cards, modems and sound cards.

33.     The domain names for the merchants' websites were typically registered through

three different domain registrars, The Endurance International Group, Inc. d/b/a PowWeb

("PowWeb"), FastDomain Inc., and Add2Net, Inc. d/b/a Lunarpages Web Hosting

("LunarPages").  From January 2009 to March 2009, pursuant to several CIDs, the FTC received

documents from PowWeb, FastDomain and LunarPages.  Documents produced by all three

domain registrars include account information, billing records and correspondence for several

domain name registrations.

34.     According to the documents produced by the three domain registrars, the domain

names for the merchants' websites were purchased by several individuals using the names

"David Brandt," "Joseph Friedman," "Adam Miller," "Michael Lopez," "Thomas Lee" and

"Nicholas Hansen."  The domain names purchased by these individuals were paid for with debit

cards, including:

a.      "David Brandt" purchased at least ten domain names through PowWeb

and FastDomain, including the domain name worldtradeconnect.com.  These ten domain names

were listed as the merchant's website on merchant account applications.  The domain names

were paid for with a Teachers Credit Union issued debit card ending in 2195, and a First State

Bank of Middlebury issued debit card ending in 7488;

b.      "Joseph Friedman" purchased at least seven domain names through

PowWeb, FastDomain and LunarPages, which were listed as the merchant's website on

25

merchant account applications.  The domain names were paid for with a Chase Bank issued debit card ending in 2018;

        c.     "Adam Miller" purchased at least seven domain names through PowWeb, FastDomain and LunarPages, including the domain name officedevonline.com.  These seven domain names were listed as the merchant's website on merchant account applications.  The domain names were paid for with a Bank of America issued debit card ending in 5783;

        d.     "Michael Lopez" purchased at least one domain name through PowWeb, which was listed as the merchant's website on a merchant account application.  The domain name was paid for with a Bank of America issued debit card ending in 5755;

        e.     "Thomas Lee" purchased at least two domain names through PowWeb, which were listed as the merchant's website on merchant account applications.  The domain names were paid for with a Bank of America issued debit card ending in 5844; and,

        f.     "Nicholas Hansen" purchased at least two domain names through LunarPages.  The two domain names purchased by "Nicholas Hansen" were the domain names for Adele Services' website, adeleservices.com and GFDL's website, gfdlsite.com.  Both domain names were listed as the merchant's website on merchant account applications.  The domain names were paid for with a Bank of America issued debit card ending in 3920.

**Internet Connection**

35.     First Data captured the Internet protocol ("IP") address of the applicant that submitted the 110 merchant accounts opened online through its application process (PX 2, Day Declaration, ¶ 6).  The IP addresses of the applicants were typically provided through at least eight different Internet service providers ("ISPs"), including Abacus America, Inc. ("Abacus"), Apollo Hosting, Inc. ("Apollo"), CrystalTech Web Hosting, Inc. ("CrystalTech"), Iron Mountain

Hosting ("Iron Mountain"), KnownHost LLC, Net World Internet Services ("Net World"), SoftLayer Technologies, Inc. ("SoftLayer"), and Spry.com, Inc. ("Spry"). During the course of the investigation, pursuant to several CIDs, the FTC received documents from Abacus, Apollo, CrystalTech, Iron Mountain, KnownHost, Net World, SoftLayer and Spry. Documents produced by all eight ISPs include account information, billing records and correspondence for several IP addresses that submitted merchant accounts through First Data.

  36. According to the documents produced by the eight ISPs, at least eight computer servers allocated with at least 27 different IP addresses were purchased by "David Brandt" and "Nicholas Hansen" using the following debit cards:

    a. "David Brandt" purchased at least seven computer servers that were assigned with 26 IP addresses through seven different ISPs, including Apollo, CrystalTech, Iron Mountain, KnownHost, Net World, SoftLayer and Spry. These 26 different IP addresses were captured by First Data for 29 merchant applications that were submitted online. The seven computer servers with their 26 IP addresses were paid for with a Teachers Credit Union issued debit card ending in 2195, and a First State Bank of Middlebury issued debit card ending in 7488. Below is a table that outlines the 26 IP addresses purchased by "David Brandt" along with the merchant accounts that First Data captured with those IP addresses when their applications were submitted online.

| Merchant Account | IP Address | ISP | Last Four Digits of Purchasing Debit Card |
|---|---|---|---|
| Home Port | 66.242.19.162 | Apollo | 2195 |
| Site Group | 66.242.26.212 | Apollo | 2195 |
| OM Extra | 66.242.27.62 | Apollo | 2195 |

| Merchant Account | IP Address | ISP | Last Four Digits of Purchasing Debit Card |
|---|---|---|---|
| Extra Path | 66.242.27.149 | Apollo | 2195 |
| Link Group | 66.242.27.151 | Apollo | 2195 |
| Sigma | 66.242.27.194 | Apollo | 2195 |
| United Services | 67.199.52.184 | CrystalTech | 2195 |
| Green Stone | 67.199.52.187 | CrystalTech | 2195 |
| Office Development | 67.199.52.192 | CrystalTech | 2195 |
| New Eight | 67.199.52.195 | CrystalTech | 2195 |
| System Development | 216.197.121.245 | CrystalTech | 2195 |
| Digest Limited | 76.79.78.152 | Iron Mountain | 2195 |
| Office Services | 72.249.47.63 | KnownHost | 7488; 2195 |
| ESTA | 72.249.118.162 | KnownHost | 7488; 2195 |
| Centr Limited | 72.249.118.165 | KnownHost | 7488; 2195 |
| VIVOS | 72.249.144.88 | Net World | 2195 |
| Adele Services | 72.249.145.108 | Net World | 2195 |
| Prc Services | 72.249.145.175 | Net World | 2195 |
| GLOBO Alpha Cell Light Flow | 75.126.2.50 | SoftLayer | 2195 |
| Gamma | 64.79.196.145 | Spry | 2195 |
| Link Services | 64.79.214.152 | Spry | 2195 |
| Mera | 64.79.217.135 | Spry | 2195 |
| Data Services | 66.249.18.44 | Spry | 2195 |
| Terra | 66.249.21.112 | Spry | 2195 |
| Center Company | 66.249.31.40 | Spry | 2195 |
| Don Partners World Wide Services | 209.40.192.165 | Spry | 2195 |

and,

      b.     "Nicholas Hansen" purchased at least one computer server that was assigned with the IP address, 69.64.95.41, through the ISP Abacus. The IP address, 69.64.95.41, was captured by First Data when the "GFDL" merchant application was submitted online. The computer server and its assigned IP address was paid for with a Bank of America issued debit card ending in 3920.

**Business Tax ID Number**

37.     The merchant applications submitted through First Data, Elavon and BBVA Compass included the merchant's business tax ID number, also known as a Federal Employer Identification Number or "EIN." During the course of the investigation, I ran several Lexis/Nexis searches on the EINs provided on the merchant applications to determine if the business listed on the merchant account matched the business assigned the particular EIN by the Internal Revenue Service.

38.     The businesses that were assigned the EINs by the Internal Revenue Service had similar names and were located in the same geographical area as the merchant business. However, the businesses assigned the EINs by the Internal Revenue Service were not the same as the merchant businesses. Below are some examples:

      a.     The EIN provided on "Adele Services" First Data merchant account application matched the EIN registered to the company "Adele Organization" located in Bronx, New York. "Adele Services'" address was a Regus mailbox in Melville, New York. "Adele Organization" has been registered with the New York Department of State since June 1999. An online article obtained from the <u>New York Daily News</u> website, originally posted on September 13, 1999, describes Adele Organization as an organization seeking to link city shelters with

volunteers through a website, and requesting donations to pay for educational and health packages for children.  Attached hereto as **McKenney Att. I** is a true and correct printout of the "Adele Organization" article as obtained from the <u>New York Daily News</u> website on or about February 10, 2010.  "Adele Services," however, listed its business type as "Pet Shops" selling "Pet Foods" in its merchant application with First Data;

        b.      The EIN provided on the "OM Extra" First Data merchant account application matched the EIN registered to the company "OM Association, Inc." located in Glassboro, New Jersey.  "OM Extra's" address was a Regus mailbox in Jersey City, New Jersey.  "OM Association, Inc." was a registered non-profit corporation now operating under the name "Destination ImagiNation."  "OM Extra," however, listed its business type in its merchant application with First Data as "Pet Shops" selling "Pet Foods;" and,

        c.      The EIN provided on the "Presi" First Data merchant account application matched the EIN registered to the company "Press On Regardless Inc." located in Walnut Creek, California.  "Presi's" address was a Regus mailbox in Sacramento, California.  "Press On Regardless Inc." is a car dealership and is a California registered corporation since 1987.

**Principal**

39.      The merchant applications submitted through First Data, Elavon and BBVA Compass included the principal's name, address and social security number.  Typically, a different principal's name, address and social security number were provided for each merchant account.

40.      E-Renter USA offers tenant and employee screening services including background and credit checks for landlords, property managers and employers for a fee of $29.95 (*see* www.e-renter.com).  On or about January 13, 2009, the Visa debit card issued by

Teachers Credit Union ending in 4899, was charged five times by E-Renter USA, each for

$29.95.  E-Renter voluntarily provided information to FTC Staff regarding these charges,

including the individuals' names that were submitted to E-Renter for background and credit

checks.  Information obtained from E-Renter detailed that the Visa debit card ending in 4899

paid for background and credit checks on several individuals including the principals listed on

the "Adele Services," and "Centr Limited" merchant accounts.

### Summary of Services Used to Credit Fake Companies

41.    I have created the below chart which details the bank account holder, the last four

digits of the debit card linked to the account holder's bank account, the services purchased with

the debit card, including where the services were purchased from and the type of service, and the

customer's name that was often given to the service provider when services were purchased.

| Customer Name Used to Purchase Services | Bank Linked to Debit Card | Debit Card | Services Purchased with Debit Card |
|---|---|---|---|
| David Brandt | Teacher's Credit Union | 2195 | Regus - Mailboxes<br>RingCentral - Phone Numbers<br>PowWeb - Domain Names<br>FastDomain - Domain Names<br>Apollo - Computer Server<br>CrystalTech - Computer Server<br>Iron Mountain - Computer Server<br>KnownHost - Computer Server<br>Net World - Computer Server<br>SoftLayer - Computer Server<br>Spry - Computer Server<br>Earth Class Mail - Mailbox<br>United World Telecom - Phone Number |
| Joseph Friedman | Teacher's Credit Union | 4899 | Regus - Mailboxes<br>RingCentral - Phone Numbers<br>Earth Class Mail - Mailbox<br>E-Renter - Credit Checks |

| Customer Name Used to Purchase Services | Bank Linked to Debit Card | Debit Card | Services Purchased with Debit Card |
|---|---|---|---|
| David Brandt | First State Bank | 7488 | Regus - Mailboxes<br>RingCentral - Phone Numbers<br>PowWeb - Domain Names<br>FastDomain - Domain Names<br>KnownHost - Computer Server<br>Earth Class Mail - Mailbox |
| Joseph Friedman | Chase Bank | 2018 | Regus - Mailboxes<br>RingCentral - Phone Numbers<br>PowWeb - Domain Names<br>FastDomain - Domain Names<br>LunarPages - Domain Names<br>Earth Class Mail - Mailbox |
| David Brandt; Michael Lopez | Bank of America | 5755 | Regus - Mailboxes<br>J2 Global Communications - Phone Numbers<br>RingCentral - Phone Numbers<br>PowWeb - Domain Name<br>Earth Class Mail - Mailbox |
| Adam Miller | Bank of America | 5783 | Regus - Mailboxes<br>RingCentral - Phone Numbers<br>PowWeb - Domain Names<br>FastDomain - Domain Names<br>LunarPages - Domain Names |
| Nicholas Hansen | Bank of America | 3920 | LunarPages - Domain Names<br>Abacus - Computer Server |
| Daniel Weber | Bank of America | 2551 | J2 Global Communications - Phone Numbers<br>TierraNet - Phone Numbers |
| Thomas Lee | Bank of America | 5844 | Regus - Mailboxes<br>J2 Global Communications - Phone Numbers<br>PowWeb - Domain Names |

42.     During the course of the investigation, I conducted Lexis/Nexis searches on the

addresses listed on the alleged driver's licenses for "David Brandt," "Joseph Friedman," "Adam

Miller," "Michael Lopez," and "Thomas Lee."  These driver's licenses had been provided to

Regus to open several "Mailbox Plus" accounts at various locations (*supra* ¶ 25).  Lexis/Nexis returned no results for "David Brandt," "Joseph Friedman," "Adam Miller," "Michael Lopez," or "Thomas Lee" residing at the addresses provided on their alleged driver's licenses.

## THE MONEY FLOW

43.    I have reviewed the documents produced by the fourteen banks including the account statements for the 131 bank accounts that received deposits from the 116 merchant accounts opened through First Data, Elavon and BBVA Compass.  Below is a chart that I created which identifies the merchant accounts opened through First Data, Elavon and BBVA Compass with their assigned merchant identifier number, the gross sales for each merchant account and the bank account holder(s) that received deposits from the merchant account.  Occasionally, the bank account for where funds were deposited was changed, resulting in multiple bank account holders receiving deposits from one merchant account.

| Merchant Account | Merchant Identifier | Gross Sales | Bank Account Holder Receiving Merchant Deposits |
|---|---|---|---|
| ACM | 267309177884 | $697,344.70 | Hometown Homebuyers, LLC |
| ACM | 481311323994 | $127,823.45 | Hometown Homebuyers, LLC |
| Adele Services | 267311231885 | $28,886.34 | SVT Services, LLC |
| Advanced Global Tech | 267375002883 | $1,348.54 | IHC Trade LLC |
| AEI | 481312262993 | $18,213.20 | IHC Trade LLC |
| Albion Group | 481702497993 | $9,538.92 | Parts Imports LLC |
| Alpha Cell | 267310733881 | $16,130.28 | HDPL Trade LLC |
| ALS | 267302832881 | $711,337.62 | Hometown Homebuyers, LLC |

33

| Merchant Account | Merchant Identifier | Gross Sales | Bank Account Holder Receiving Merchant Deposits |
|---|---|---|---|
| ALS | 481311131991 | $99,263.95 | API Trade, LLC<br>CMG Global, LLC<br>Hometown Homebuyers, LLC<br>New World Enterprizes, LLC |
| ALS LLC | 8009971311 | $107,113 | Hometown Homebuyers, LLC |
| BEI | 267665163882 | $33,422.90 | IHC Trade LLC |
| BIT | 267306270880 | $102,617.30 | Hometown Homebuyers, LLC |
| BIT | 481311237996 | $133,260.65 | Hometown Homebuyers, LLC<br>SMI Imports, LLC |
| BusinessWorks | 267302270884 |  | Hometown Homebuyers, LLC |
| Center Company | 267687653886 | $161,876.90 | Parts Imports LLC |
| Centr Limited | 267685028883 | $197,482.37 | Bend Transfer Services, LLC<br>B-Texas European, LLC |
| Centrum Group | 267311150887 | $11,665.93 | SVT Services, LLC |
| CFM | 267961690885 | $369,066.76 | Hometown Homebuyers, LLC<br>MZ Services, LLC |
| CFM | 481310452992 |  | Hometown Homebuyers, LLC<br>MZ Services, LLC |
| COS | 267602243888 | $60,681.60 | API Trade, LLC<br>Parts Imports LLC<br>SMI Imports, LLC |
| COS | 481311985990 | $42,747.60 | Parts Imports LLC |
| Data Services | 267687927884 | $104,752.95 | IHC Trade LLC |
| Den Enterprises | 481312797998 | $269,809.30 | B-Texas European, LLC<br>Confident Incorporation |
| Dgen | 267614312887 | $197,107.62 | Hometown Homebuyers, LLC |
| Don Partners | 267647793889 | $76,173.45 | IHC Trade LLC |
| DwellTech |  |  | MZ Services, LLC |
| Edge | 267684124881 | $191,009.00 | Parts Imports LLC |

34

| Merchant Account | Merchant Identifier | Gross Sales | Bank Account Holder Receiving Merchant Deposits |
|---|---|---|---|
| ESTA | 267671740889 | $49,393.05 | Parts Imports LLC |
| Eureka | 267644740883 | $59,279.05 | Hometown Homebuyers, LLC |
| Extra Path | 267966266889 | $12,542.94 | IAS Group LLC |
| Extra Path | 220892084 | $51,483.00 | Hometown Homebuyers, LLC |
| Extra Path | 220892122 | $42,718.00 | Hometown Homebuyers, LLC |
| Form Limited | 267683481886 | $136,796.00 | Parts Imports LLC |
| Foto Fast | 267961175887 | | Hometown Homebuyers, LLC<br>MZ Services, LLC |
| Gamma | 267687772884 | $153,375.75 | Parts Imports LLC |
| GFDL | 267310930883 | $13,512.56 | B-Texas European, LLC |
| GLOBO | 267310692889 | $14,033.70 | SVT Services, LLC |
| Green Stone | 267965070886 | $12,442.09 | HDPL Trade LLC |
| Harry Dean | 267507330889 | $212,603.20 | Hometown Homebuyers, LLC |
| HBS | 267616772880 | $437,167.45 | Parts Imports LLC |
| Home Port | 267645607883 | $113,200.65 | IHC Trade LLC |
| Homebase | 267645845889 | $112,295.90 | IHC Trade LLC |
| ICH Services | 481312789995 | $91,651.05 | IHC Trade LLC |
| IHS | 267508838880 | $59,979.45 | SMI Imports, LLC |
| IHS | 481311911996 | $23,972.90 | ARA Auto Parts Trading LLC<br>Parts Imports LLC<br>SMI Imports, LLC |
| Image Company | 267942720884 | $130,145.85 | IHC Trade LLC |
| Image Services | 267943112883 | $71,026.65 | B-Texas European, LLC |
| IPS | 267308711881 | $451,711.53 | Hometown Homebuyers, LLC |
| IPS | 481311303996 | $125,892.85 | Hometown Homebuyers, LLC<br>Parts Imports LLC |
| ISSO | 267684291888 | $195,641.95 | Parts Imports LLC |

35

| Merchant Account | Merchant Identifier | Gross Sales | Bank Account Holder Receiving Merchant Deposits |
|---|---|---|---|
| IVA | 267601585883 | $60,601.00 | Parts Imports LLC |
| Lang Group | 267311081884 | $11,855.16 | IHC Trade LLC |
| Light Flow | 267310635888 | $12,362.61 | Parts Imports LLC |
| Link Group | 267942565883 | $130,196.85 | IHC Trade LLC |
| Link Services | 267683345883 | $172,863.65 | B-Texas European, LLC<br>IHC Trade LLC |
| List Services | 267687914882 | $12,152.45 | IHC Trade LLC |
| Mark Silver | 267311530880 | $16,223.52 | HDPL Trade LLC |
| MARX | 267943610886 | $3,086.40 | IHC Trade LLC |
| Mera | 267942928883 | $131,417.55 | IHC Trade LLC |
| MFG | 267507748882 | $41,393.75 | Bend Transfer Services, LLC<br>SMI Imports, LLC |
| Name Services | 267683373885 | $26,144.60 | IHC Trade LLC<br>SVT Services, LLC |
| NETT | 267311185883 | $14,137.76 | SVT Services, LLC |
| New Eight | 267966919883 | $12,056.73 | IAS Group LLC |
| Office Development | 267942975884 | $91,183.50 | IHC Trade LLC |
| Office Services | 267671341886 | $75,385.15 | IHC Trade LLC |
| OM Extra | 267965813889 | $1,154.80 | HDPL Trade LLC |
| ONE | 481312347992 | $5,016.60 | CMG Global, LLC<br>New World Enterprizes, LLC |
| Online Group | 481313137996 | $232,841.95 | Parts Imports LLC<br>SVT Services, LLC |
| PHP | 481312363999 | $18.50 | IHC Trade LLC<br>New World Enterprizes, LLC |
| Prc Services | 267311307883 | $11,581.26 | IHC Trade LLC |
| Presi | 481702494990 | $15,133.47 | Bend Transfer Services, LLC |
| Rasna | 267680363889 | $76,561.63 | Bend Transfer Services, LLC |

| Merchant Account | Merchant Identifier | Gross Sales | Bank Account Holder Receiving Merchant Deposits |
|---|---|---|---|
| RSIPartners | 267913640889 | | MZ Services, LLC |
| RSIPartners | 481309131995 | | Hometown Homebuyers, LLC MZ Services, LLC |
| RSS Inc. | 8006717311 | $149,321.00 | Hometown Homebuyers, LLC MZ Services, LLC |
| Safeworks | 267999860880 | | Hometown Homebuyers, LLC |
| Search Company | 267683507888 | $12,769.75 | IHC Trade LLC |
| Search Group | 267689321888 | $12,133.15 | Hometown Homebuyers, LLC |
| Search Management | 267685133881 | $112,759.50 | IHC Trade LLC |
| Search Services | 267670759880 | $51,535.45 | IHC Trade LLC |
| SFR | 481312104997 | $33,343.20 | Parts Imports LLC |
| Sigma | 267689038888 | $145,156.00 | Parts Imports LLC |
| Site Group | 267689007883 | $12,187.40 | IHC Trade LLC |
| Site Management | 267671673882 | $1,273.55 | Parts Imports LLC |
| Site Services | 267672845885 | $147,066.15 | Parts Imports LLC |
| Site Services | 267675139880 | $0.00 | Parts Imports LLC |
| Source Limited | 267943563887 | $129,109.60 | IHC Trade LLC |
| Standard Six | 267966442886 | $364.75 | HDPL Trade LLC |
| SYS | 481312391990 | $19.20 | Parts Imports LLC |
| SYS INC | 8011428284 | $234,772.00 | CBTC, LLC Parts Imports LLC |
| System Development | 267671124886 | $214,762.35 | Hometown Homebuyers, LLC IHC Trade LLC |
| Terra | 267671118888 | $78,249.05 | IHC Trade LLC |
| THQ | 267509309881 | $52,081.20 | CBTC, LLC CMG Global, LLC IHC Trade LLC |

37

| Merchant Account | Merchant Identifier | Gross Sales | Bank Account Holder Receiving Merchant Deposits |
|---|---|---|---|
| THQ | 481311920997 | $43,031.80 | Bend Transfer Services, LLC CMG Global, LLC |
| TIMO | 267311010883 | $14,791.01 | HDPL Trade LLC |
| TLC | 267506003883 | $47,587.00 | B-Texas European, LLC |
| TLC | 481311811991 | $40,721.50 | B-Texas European, LLC |
| TLC Inc. | 8010933805 | $0.00 | B-Texas European, LLC |
| Union Green | 267308476881 | $167,848.30 | Hometown Homebuyers, LLC |
| United Services | 267943468889 | $15,494.00 | IHC Trade LLC |
| WELLE | 267311449883 | $13,013.19 | Parts Imports LLC |
| Will Services | 481313134993 | $36,348.50 | Bend Transfer Services, LLC |
| World Trade | 481312793997 | $247,867.05 | IAS Group LLC IHC Trade LLC |
| World Wide Services | 267647187884 | $75,360.55 | IHC Trade LLC |
| YES | 481312276993 | $4,217.60 | CMG Global, LLC New World Enterprizes, LLC |

44.    After the funds from the merchant accounts were deposited into the bank accounts, the account holders wire transferred a majority of the merchant deposits to bank accounts held at overseas banks in Bulgaria, Cyprus, Estonia, Latvia, Lithuania and Krygyzstan. I have created the below chart which details the wire transfer sender and recipient, the location of the wire transfer recipient's bank and the total amount sent to the recipient.

| Wire Transfer Sender | Wire Transfer Recipient | Location of Recipient's Bank | Amount Sent |
|---|---|---|---|
| Bend Transfer Services, LLC<br>Confident Incorporation<br>HDPL Trade LLC<br>Hometown Homebuyers, LLC<br>IHC Trade LLC<br>Parts Imports LLC<br>SVT Services, LLC | Infort LLC | Cyprus | $3,842,531 |
| Hometown Homebuyers, LLC<br>New World Enterprizes, LLC<br>SMI Imports, LLC | Treadwest Development Corp. | Lithuania | $1,358,451 |
| Hometown Homebuyers, LLC<br>MZ Services, LLC | Netrobart Group Inc. | Lithuania | $306,612 |
| ARA Auto Parts Trading LLC<br>IHC Trade LLC<br>Parts Imports LLC | Inowest Enterprises | Kyrgyzstan | $270,672 |
| Hometown Homebuyers, LLC | Chalova International Inc. | Cyprus | $102,743 |
| SMI Imports, LLC | Inowest Enterprises | Bulgaria | $99,594 |
| Bend Transfer Services, LLC<br>CBTC, LLC | Elacont Ventures Corp. | Estonia | $63,419 |
| MZ Services, LLC | Exolut LLP | Latvia | $24,065 |
| MZ Services, LLC | Expo Forwarding SA | Latvia | $7348 |
|  | **TOTAL** |  | **$6,075,435** |

Two bank account holders received money from the merchant accounts, but did not transfer the money to overseas bank accounts. Instead, CMG Global, LLC and B-Texas European, LLC transferred a majority of the money they received from the merchant accounts to a bank account held in the name of Money Cashing Defendant Hometown Homebuyers, LLC. Hometown Homebuyers, LLC then proceeded to transfer the money overseas as shown in the above chart.

39

In total, from as early as January 13, 2006, at least $6,075,435 was wire transferred by Money

Cashing Defendants to bank accounts held in overseas banks located in Bulgaria, Cyprus,

Estonia, Latvia, Lithuania and Kyrgyzstan.  These funds appear to entirely consist of deposits

from merchant accounts opened through First Data, Elavon and BBVA Compass as part of the

unauthorized charging scheme.  In addition to the above totals, Money Cashing Defendant IAS

Group LLC sent six international wire transfers totaling $37,313 from one of its bank accounts

to an unknown overseas bank account.

## MONEY MULE HIRING EMAILS

45.     On or about March 13, 2009, I accessed the publicly available website

www.autopartsint.com from a computer located at the FTC's business address in Chicago,

Illinois.  Attached hereto as **McKenney Att. J** is a true and correct printout of relevant pages

from the website www.autopartsint.com as printed on March 13, 2009.  The phone number, 325-

202-3018, which was paid for with a Bank of America issued debit card ending in 5755, had its

voice-mail messages forwarded to the e-mail address support@autopartsint.com (*supra* ¶ 28.c).

The website was titled "Auto Parts International, Ltd." and it described the company as an

"independent importer and distributor of original equipment and quality aftermarket replacement

parts for world-famous Audi, BMW, Mercedes and Porsche.  Our company was established in

1996." and, "Future - Plans include progressive expansion into the United States car parts

market."  The "Contact Us" page listed Auto Parts International, Ltd.'s headquarters as 25 Old

Broad Street, London EC2N 1HN, United Kingdom.

46.     During the course of the investigation, I conducted internet searches on the

website www.autopartsint.com and discovered a Russian language website,

http://world.lib.ru/k/kamyshnikow_s_g/ffffddddshshshshshsh.shtml, that specifically referenced

40

the website www.autopartint.com.  I used Google's Language Tools program to translate the web page's Russian text to English.  Attached hereto as **McKenney Att. K** is a true and correct copy of the Google Language Tools English translation of the Russian language web page, http://world.lib.ru/k/kamyshnikow_s_g/ffffddddshshshshshsh.shtml.  According to the English translation, the web page was titled "Playing With the Mafia.  The Criminal World of the Internet."  The web page contained numerous e-mails received for what appear to be job recruiting scams, which were in turn posted on the web page.  The e-mail that referenced autopartsint.com began with an introduction from the manager of "API LTD (UK)" and included the company's website, www.autopartsint.com.  According to the English translation, the e-mail explained that the company was looking for people in the United States to receive payments from the company's United States customers because the company itself could not directly receive these payments since it is located in the United Kingdom.  The e-mail explained that the employee would receive payments into a bank account, the employee would keep 10% and then transfer the rest to the company.

47.     I have located other e-mails similar to the e-mail discussed above in ¶ 46.  Attached hereto as **McKenney Att. L** are true and correct copies of e-mail examples of job recruitment e-mails that were posted on Google Groups forum news.admin.net-abuse.sightings.  Both e-mail examples that were posted on Google Groups, claimed to be sent from "Alex Moore," representing the companies AcrossWorldFinance Company and UIF-Service Company.  The e-mails advertised "New positions for US and EU citizens.  International Financial vacancies."  The e-mails claim that the company needs to hire a U.S. representative for its position of U.S. Financial Manager to receive payments and then transfer the money to the

41

company, so it can avoid paying a tax.  The e-mails explain that the new employee will keep 5%

of the money entering the account and transfer the rest based on the company's instructions.

## BUSINESS INCORPORATION RECORDS

48.    During the course of the FTC's investigation, I requested and obtained business

records for Money Cashing Defendants from the State of New Jersey, the Arizona Corporation

Commission, the New York State Department of State, the Pennsylvania Department of State,

and the Secretary of States for California, Delaware, Florida, Indiana, Louisiana, Nevada and

Texas.  Attached hereto as **McKenney Att. M** are true and correct copies of business records

obtained from the State of New Jersey, Arizona Corporation Commission, the New York State

Department of State, the Pennsylvania Department of State, and the Secretary of States for

California, Delaware, Florida, Indiana, Louisiana, Nevada and Texas.

a.    The Certificate of Organization for API Trade, LLC was filed with the

Pennsylvania Department of State on November 16, 2006.  API Trade, LLC's registered office is

provided on the Certificate of Organization as 9926 Haldeman Avenue, #45 B, Philadelphia,

Pennsylvania 19115.  (McKenney Att. M, 1-2);

b.    The Certificate of Existence for Bend Transfer Services, LLC obtained

from the Nevada Secretary of State detailed that Bend Transfer Services, LLC became a Nevada

registered limited liability company on October 5, 2006.  Bend Transfer Services, LLC is also a

registered Foreign Limited Liability Company with the Oregon Secretary of State.  Its principal

place of business and registered agent addresses are listed on the Oregon Secretary of State's

website as 21285 East Highway 20, #169, Bend, Oregon 97701.  (McKenney Att. M, 3);

c.    The Certificate of Formation for B-Texas European, LLC was filed with

the Texas Secretary of State on October 23, 2006.  B-Texas European, LLC's registered office is

42

provided on the Certificate of Formation as 701 Brazos Street, Suite 1050, Austin, Texas 78701.

A Certificate of Termination of a Domestic Entity for B-Texas European, LLC was filed with the

Texas Secretary of State on November 18, 2009.  (McKenney Att. M, 4-5);

      d.     The Certificate of Formation for CBTC, LLC was filed with the Delaware

Secretary of State on February 14, 2007.  CBTC, LLC's registered office is provided on the

Certificate of Formation as 151 Evergreen Drive, Dover, Delaware 19901.  (McKenney Att. M,

6-7);

      e.     The Certificate of Organization for CMG Global, LLC was filed with the

Pennsylvania Department of State on April 26, 2006.  CMG Global, LLC's registered office is

provided on the Certificate of Organization as 7400 Roosevelt Boulevard, #52602, Philadelphia,

Pennsylvania 19115.  (McKenney Att. M, 8-9);

      f.     The Articles of Incorporation for Confident Incorporation was filed with

the California Secretary of State on March 22, 2002.  The Statement by Domestic Stock

Corporation for Confident Incorporation lists its registered office as 17800 Castleton Street,

#386, City of Industry, California 91748.  (McKenney Att. M, 10-11);

      g.     The Certificate of Organization for HDPL Trade LLC was filed with the

Pennsylvania Department of State on March 24, 2008.  HDPL Trade LLC's registered office is

provided on the Certificate of Organization as 1143 Northern Boulevard, #263, Clarks Summit,

Pennsylvania 18411.  (McKenney Att. M, 12-13);

      h.     The Articles of Organization for Hometown Homebuyers, LLC was filed

with the Texas Secretary of State on September 9, 2002.  Hometown Homebuyers, LLC's

registered office is provided on the Articles of Organization as 413 East Highway 121,

Lewisville, Texas 75057.  (McKenney Att. M, 14-15);

i.      The Articles of Organization for IAS Group LLC was filed with the California Secretary of State on March 3, 2008.  IAS Group LLC's registered office is provided on the Articles of Organization as 5348 Vegas Drive, Las Vegas, Nevada 89108.  (McKenney Att. M, 16);

j.      The Articles of Organization for IHC Trade LLC was filed with the New York State Department of State on March 14, 2007.  IHC Trade LLC's registered office is provided on the Articles of Organization as 5823 North Burdick Street, East Syracuse, New York 13057.  (McKenney Att. M, 17-19);

k.      The Articles of Organization for MZ Services, LLC was filed with the Arizona Corporation Commission on December 6, 2004.  MZ Services, LLC's registered office is provided on the Articles of Organization as 2910 North Casa Tomas Court, Phoenix, Arizona 85016.  (McKenney Att. M, 20-21);

l.      The Certificate of Formation for New World Enterprizes, LLC was filed with the State of New Jersey on May 18, 2005.  New World Enterprizes, LLC's registered office is provided on the Certificate of Formation as 115 Magnolia Avenue, Apartment 10, Jersey City, New Jersey 07306.  Its registered office was changed to 504 Florida Grove Road, Keasbey, New Jersey 08832, according to the Annual Report that was filed on February 20, 2007.  (McKenney Att. M, 22-25);

m.      The Articles of Organization and Initial Report for Parts Imports LLC were filed with the Louisiana Secretary of State on November 7, 2006.  Parts Imports LLC's registered office is provided on the Initial Report as 617 Elm Drive, Bogalusa, Louisiana 70427. (McKenney Att. M, 26-28);

44

n.    The Articles of Organization for SMI Imports, LLC was filed with the

Florida Secretary of State on November 2, 2006.  SMI Imports, LLC's registered office is

provided on the Articles of Organization as 2329 North Tamiami Trail, Apartment #10, Sarasota,

Florida 34234.  (McKenney Att. M, 29-30); and,

o.    The Articles of Organization for SVT Services, LLC was filed with the

New York State Department of State on February 26, 2008.  SVT Services, LLC's registered

office is provided on the Articles of Organization as 800 East 13th Street, Apartment K,

Brooklyn, New York 11230.  (McKenney Att. M, 31-33).


 I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4 , 2010

Douglas M. McKenney

45

# ATT. A









**McKenney Att. A**
**Page 1**









**McKenney Att. A**
**Page 2**

# ATT.  B



**McKenney Att. B**

# ATT.  C

United States Postal Service®
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| August 03, 2007 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) the transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include disclaimer information for either spouse in appropriate box.) | 3a. Address to be Used for Delivery (Include PMB or # sign.) | | |
| --- | --- | --- | --- |
| | 14525 SW Millikan #46538 | | |
| | 3b. City | 3c. State | 3d. ZIP + 4 |
| David Brandt | Beaverton | OR | 97005-2343 |

| 4. Applicant authorizes delivery to and in care of: | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): |
| --- | --- |
| a. Name | |
| Earth Class Mail Corp. | |
| b. Address (No., street, apt./ste. no.) 14525 SW Millikan #101 | |

| c. City | d. State | e. ZIP + 4 | |
| --- | --- | --- | --- |
| Beaverton | OR | 97005-2343 | Yes |

| 6. Name of Applicant | 7a. Applicant Home Address (No., street, apt./ste. no) |
| --- | --- |
| David Brandt | 343 chingford road |

| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City | 7c. State | 7d. ZIP + 4 |
| --- | --- | --- | --- |
| | london, london, e17 5-ae, UNITED KINGDOM | | |
| a. Valid Driver's License DVLA ▬▬▬ | 7e. Applicant Telephone Number (Include area code) |
| | 442076574396 |
| | 9. Name of Firm or Corporation |
| b. Passport passport agency london ▬▬▬ | 10a. Business Address (No., street, apt./ste. no) |
| | 10b. City | 10c. State | 10d. ZIP + 4 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (Include area code) |
| | 11. Type of Business |

12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.)

| 13. If a CORPORATION, give Names and Addresses of its Officers | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. |
| --- | --- |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| 15. Signature of Agent/Notary Public | 16. Signature of Applicant (If firm or corporation, application must be signed by officer. Show title.) D.Brandt |
| --- | --- |

PS Form 1583, December 2004 (Page 1 of 2) (7530-01-000-9365)                    This form on Internet at www.usps.com®





# ATT.  D

United States Postal Service®
## Application for Delivery of Mail Through Agent
See Privacy Act Statement on Reverse

| 1. Date |
| --- |
| November 26, 2007 |

In consideration of delivery of my or our (firm) mail to the agent named below, the addressee and agent agree: (1) the addressee or the agent must not file a change of address order with the Postal Service™ upon termination of the agency relationship; (2) that transfer of mail to another address is the responsibility of the addressee and the agent; (3) all mail delivered to the agency under this authorization must be prepaid with new postage when redeposited in the mails; (4) upon request the agent must provide to the Postal Service all addresses to which the agency transfers mail; and (5) when any information required on this form changes or becomes obsolete, the addressee(s) must file a revised application with the Commercial Mail Receiving Agency (CMRA).

NOTE: The applicant must execute this form in duplicate in the presence of the agent, his or her authorized employee, or a notary public. The agent provides the original completed signed PS Form 1583 to the Postal Service and retains a duplicate completed signed copy at the CMRA business location. The CMRA copy of PS Form PS 1583 must at all times be available for examination by the postmaster (or designee) and the Postal Inspection Service. The addressee and the agent agree to comply with all applicable Postal Service rules and regulations relative to delivery of mail through an agent. Failure to comply will subject the agency to withholding of mail from delivery until corrective action is taken.

This application may be subject to verification procedures by the Postal Service to confirm that the applicant resides or conducts business at the home or business address listed in boxes 7 or 10, and that the identification listed in box 8 is valid.

| 2. Name in Which Applicant's Mail Will Be Received for Delivery to Agent. (Complete a separate PS Form 1583 for EACH applicant. Spouses may complete and sign one PS Form 1583. Two items of valid identification apply to each spouse. Include dissimilar information for either spouse in appropriate box.) Joseph Friedman | 3a. Address to be Used for Delivery (include PMB or # sign) 14525 SW Millikan #58217 | | |
| --- | --- | --- | --- |
| | 3b. City Beaverton | 3c. State OR | 3d. ZIP + 4® 97005-2343 |
| 4. Applicant authorizes delivery to and in care of: a. Name Earth Class Mail Corp. | 5. This authorization is extended to include restricted delivery mail for the undersigned(s): | | |
| b. Address (No., street, apt./ste. no.) 14525 SW Millikan #101 | | | |
| c. City Beaverton | d. State OR | e. ZIP + 4 97005-2343 | |
| 6. Name of Applicant Joseph Friedman | 7a. Applicant Home Address (No., street, apt./ste. no) 11 Vicarage Road | | |
| 8. Two types of identification are required. One must contain a photograph of the addressee(s). Social Security cards, credit cards, and birth certificates are unacceptable as identification. The agent must write in identifying information. Subject to verification. | 7b. City London | 7c. State London | 7d. ZIP + 4 E10 5EF |
| **a.** Driver's license DVLA ▉▉▉▉▉▉▉ | 7e. Applicant Telephone Number (include area code) 44-207-806-0756 | | |
| | 9. Name of Firm or Corporation | | |
| **b.** Passport UKPA ▉▉▉▉▉▉▉ | 10a. Business Address (No., street, apt./ste. no) | | |
| | 10b. City | 10c. State | 10d. ZIP + 4 |
| Acceptable identification includes: valid driver's license or state non-driver's identification card; armed forces, government, university, or recognized corporate identification card; passport, alien registration card or certificate of naturalization; current lease, mortgage or Deed of Trust; voter or vehicle registration card; or a home or vehicle insurance policy. A photocopy of your identification may be retained by agent for verification. | 10e. Business Telephone Number (include area code) | | |
| | 11. Type of Business | | |
| 12. If applicant is a firm, name each member whose mail is to be delivered. (All names listed must have verifiable identification. A guardian must list the names of minors receiving mail at their delivery address.) | | | |
| 13. If a CORPORATION, Give Names and Addresses of its Officers | 14. If business name (corporation or trade name) has been registered, give name of county and state, and date of registration. | | |

Warning: The furnishing of false or misleading information on this form or omission of material information may result in criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties).

| 15. Signature of Agent/Notary Public _(signature)_ 2901 | 16. Signature of Applicant (if firm or corporation, application must be signed by officer. Show title.) Joseph Friedman |
| --- | --- |

PS Form **1583**, December 2004 (Page 1 of 2) (7530-01-000-9365)
This form on Internet at www.usps.com®

**McKenney Att. D**
**Page 1**





# ATT.  E

worldtradeconnect.com - The Source for ALL your Flash Memory Prod...

http://www.worldtradeconnect.com/

sd memory card, digital camera memory cards, compact flash, memory stick, microdrives, mobile disk,...



**WORLDTRADE CONNECT.COM**
the flash memory experts

Return Policy  |  Contact Us  |  Privacy Policy  |  Your Account

2GB QMemory Spin USB 2.0
4GB MicroDrive Sale - Only $129!
80GB USB Hard Drive - Under $120!

2GB Toshiba miniSD Card
1GB Secure Digital Card - Under $40!
256MB SanDisk Cruzer - Under $20!

**Navigation**

➤ Secure Digital (SD)
➤ Compact Flash (CF)
➤ MicroDrives
➤ MultiMedia Card (MMC)
➤ xD Picture Cards
➤ SONY Memory Sticks
➤ SmartMedia Cards

➤ USB Flash Drives
➤ External Hard Drives
➤ MP3/MP4 Players

➤ Card Readers, Writers, Adapters
➤ Mobile Device Memory
➤ Wireless & Wi-Fi

## Welcome!

Thank you for visiting worldtradeconnect.com. You may browse using our brand name stores or by a specific product category. If are unsure what product you need, please contact us

## Great Deals Everyday!!!

We offer thousands of great products for storing your most important files!

| 2GB SanDisk UltraII SD Card | $89.95 |
| 1GB Lexar Compact Flash | $41.95 |
| 2GB Apacer Flash Drive | $64.95 |
| 60GB QMemory USB Drive | $87.95 |

## Product Categories

      

Compact Flash Cards | SD Cards | Microdrives | MultiMedia Cards | SmartMedia Cards | xD Picture Cards | Sony Memory Sticks

   

External Hard Drives >

USB Flash Drives >

Card Readers, Writers, Adapters >

MP3/MP4 Players >

Mobile Device Memory >

WIFI & Wireless Cards >

  

**Product Availability:** Because our order system operates in real-time, product inventory is allocated on a first-come-first-serve basis. An item may be in stock while you are placing an order, but if another customer submits an order that uses all available inventory first, your order will be placed on backorder.

**Shipping Info:** We offer a wide range of shipping options to meet your order needs. We ship using DHL, USPS and Fedex. Our excellent customer service and reputation allows us to deliver your memory on time with no hidden delivery charges and no extra fees. We guarantee same-day shipping before 8:30PM CST on most orders ordered EXPRESS OVERNIGHT. Orders that are received by 7:00PM CST are normally shipped the next business day. This does not include weekends or holidays.

**Lifetime Warranty:** All of our memory products come with a lifetime warranty provided by worldtradeconnect.com. Our excellent relationships with our suppliers and manufacturers allows us to provide you that extended warranty at no charge. Your memory cards are warranted for life and free from defects.

© 2001-2007 WORLD TRADE. All Rights Reserved.

Return Policy - Contact Us - Privacy Policy - Your Account

## Specials

1GB SanDisk Cruzer Mini (SDCZ2-1024-A10)
On Sale: $31.95 | *BUY NOW*

1GB Sony/SanDisk Memory Stick PRO Duo™ with MagicGate
On Sale: $38.95 | *BUY NOW*

2GB QMemory miniSD Card
On Sale: $28.95 | *BUY NOW*

1GB SanDisk Trans Flash (microSD) Card (SDSDQ-1024)
On Sale: $47.95 | *BUY NOW*

1GB Olympus xD Type M Picture Card (OL 204096)
On Sale: $52.95 | *BUY NOW*

SanDisk 1GB Ultra II Memory Stick PRO
On Sale: $66.95 | *BUY NOW*

4GB 150X QMemory Secure Digital Card
On Sale: $68.95 | *BUY NOW*

6GB Hitachi MicroDrive CF+ Type II Travel Kit (MD6GB/A HMS360606D5CF00)
On Sale: $199.95 | *BUY NOW*

4GB SanDisk Cruzer Micro with U3 (SDCZ6-4096-A10)
On Sale: $114.95 | *BUY NOW*

USB Docking Stand for USB Pen Drive with cable
On Sale: $7.95 | *BUY NOW*

Lexar Image Rescue Software 2.0
On Sale: $29.95 | *BUY NOW*

1/20/2009 1:57 PM

**McKenney Att. E
Page 1**

worldtradeconnect.com - The Source for ALL your Flash Memory Prod...

http://www.worldtradeconnect.com/return.htm

ad memory card, digital camera memory cards, compact flash, memory stick, microdrives, mobile disk,.



**WORLDTRADE CONNECT.COM**
the flash memory experts

Return Policy  |  Contact Us  |  Privacy Policy  |  Your Account

2GB QMemory Spin USB 2.0        2GB Toshiba miniSD Card
4GB MicroDrive Sale – Only $129!   1GB Secura Digital Card – Under $48!
80GB USB Hard Drive – Under $120!   256MB SanDisk Cruzer – Under $28!

### Navigation
- Secure Digital (SD)
- Compact Flash (CF)
- MicroDrives
- MultiMedia Card (MMC)
- SD Picture Cards
- SONY Memory Sticks
- SmartMedia Cards
- USB Flash Drives
- External Hard Drives
- MP3/MP4 Players
- Card Readers, Writers, Adapters
- Mobile Device Memory
- Wireless & Wi-Fi

## Return Policy

All Returns for refund must be received within 30 days of the purchase date and must be accompanied by a copy of the original receipt (email confirmations or internet order copies will not be accepted) as well as either an RMA number provided by an authorized worldtradeconnect.com employee or a completed Quick RMA form obtained from our website. RMAs are valid for 7 days from date of issue and must be received within that time.

Returns must be securely packaged, prepaid and shipped via a secure carrier. worldtradeconnect.com is not responsible for packages lost or damaged while in transit to us.

All returns for refund must be received in resalable condition and must be accompanied by the original packing material, manuals and any other accessories provided with the original delivery.

Packages refused at the time of delivery will be considered non-defective returns and are subject to a 15% restocking fee and all incurred shipping charges regardless of the method used to order the product.

Shipping and handling fees are not refundable for any reason.

All returns of defective or working merchandise may be repaired, replaced or refunded at the discretion of worldtradeconnect.com's management.

Once an order has been processed, any measures that must be taken to correct either the merchandise in the order or the shipping method or location will be considered a non-defective return and subject to any policies that apply to such a return.

© 2000-2007 WORLD TRADE. All Rights Reserved.

Return Policy - Contact Us - Privacy Policy - Your Account

### Specials

**1GB SanDisk Cruzer Mini (SDCZ2-1024-A10)**
On Sale: $31.95   BUY NOW

**1GB Sony/SanDisk Memory Stick PRO Duo™ with MagicGate**
On Sale: $38.95   BUY NOW

**2GB QMemory miniSD Card**
On Sale: $28.95   BUY NOW

**1GB SanDisk Trans Flash (microSD) Card (SDSDQ-1024)**
On Sale: $47.95   BUY NOW

**1GB Olympus xD Type M Picture Card (OL 20849S)**
On Sale: $52.95   BUY NOW

**SanDisk 1GB Ultra II Memory Stick PRO**
On Sale: $66.95   BUY NOW

**4GB 150X QMemory Secure Digital Card**
On Sale: $68.95   BUY NOW

**6GB Hitachi MicroDrive CF+ Type II Travel Kit (MD6GD/A HMS360606D5CF00)**
On Sale: $199.95   BUY NOW

**4GB SanDisk Cruzer Micro with U3 (SDCZ6-4096-A10)**
On Sale: $114.95   BUY NOW

**USB Docking Stand for USB Pen Drive with cable**
On Sale: $7.95   BUY NOW

**Lexar Image Rescue Software 2.0**
On Sale: $29.95   BUY NOW

**McKenney Att. E
Page 2**

worldtradeconnect.com - The Source for ALL your Flash Memory Prod...          http://www.worldtradeconnect.com/contact.htm

xd memory card, digital camera memory cards, compact flash, memory stick, microdrives, mobile disk,...

**WORLDTRADE CONNECT.COM**
*the flash memory experts*

Return Policy   |   Contact Us   |   Privacy Policy   |   Your Account

| 2GB QMemory Spin USB 2.0 | 2GB Toshiba miniSD Card |
| 4GB MicroDrive Sale - Only $129! | 1GB Secure Digital Card - Under $40! |
| 80GB USB Hard Drive - Under $120! | 256MB SanDisk Cruzer - Under $20! |

**Categories:**

- Secure Digital (SD)
- Compact Flash (CF)
- MicroDrives
- MultiMedia Card (MMC)
- xD Picture Cards
- SONY Memory Sticks
- SmartMedia Cards

- USB Flash Drives
- External Hard Drives
- MP3/MP4 Players

- Card Readers, Writers, Adapters
- Mobile Device Memory
- Wireless & Wi-Fi

## Contact Us

Thank you for visiting our e-commerce site.
Please contact us at (877) 225-6813 for additional information regarding site and products.

E-mail: support@worldtradeconnect.com

WORLD TRADE
600 Anton Blvd, Costa Mesa, CA 92626 United States

© 2000-2007 WORLD TRADE. All Rights Reserved.

Return Policy - Contact Us - Privacy Policy - Your Account

**Specials**

1GB SanDisk Cruzer Mini
(SDCZ2-1024-A10)
On Sale: $31.95          **BUY NOW**

1GB Sony/SanDisk Memory Stick PRO
Duo™ with MagicGate
On Sale: $38.95          **BUY NOW**

2GB Qmemory miniSD Card
On Sale: $28.95          **BUY NOW**

1GB SanDisk Trans Flash (microSD) Card
(SDSDQ-1024)
On Sale: $47.95          **BUY NOW**

1GB Olympus xD Type M Picture Card
(OL 200495)
On Sale: $52.95          **BUY NOW**

SanDisk 1GB Ultra II Memory Stick PRO
On Sale: $66.95          **BUY NOW**

4GB 150X QMemory Secure Digital Card
On Sale: $68.95          **BUY NOW**

6GB Hitachi MicroDrive CF+ Type II
Travel Kit (MD6GB/A
HMS360606D5CF00)
On Sale: $199.95          **BUY NOW**

4GB SanDisk Cruzer Micro with U3
(SDCZ6-4096-A10)
On Sale: $114.95          **BUY NOW**

USB Docking Stand for USB Pen Drive
with cable
On Sale: $7.95          **BUY NOW**

Lexar Image Rescue Software 2.0
On Sale: $29.95          **BUY NOW**

of 1

worldtradeconnect.com - The Source for ALL your Flash Memory Prod...          http://www.worldtradeconnect.com/privacy.htm

**WORLDTRADE CONNECT.COM**
the flash memory experts

xd memory card, digital camera memory cards, compact flash, memory stick, microdrives, mobile disk,,

Return Policy  |  Contact Us  |  Privacy Policy  |  Your Account

2GB QMemory Spin USB 2.0          2GB Toshiba miniSD Card
4GB MicroDrive Sale - Only $129!  1GB Secure Digital Card - Under $40!
80GB USB Hard Drive - Under $130! 256MB SanDisk Cruzer - Under $20!

**Categories:**
- Secure Digital (SD)
- Compact Flash (CF)
- MicroDrives
- MultiMedia Card (MMC)
- xD Picture Cards
- SONY Memory Sticks
- SmartMedia Cards
- USB Flash Drives
- External Hard Drives
- MP3/MP4 Players
- Card Readers, Writers, Adapters
- Mobile Device Memory
- Wireless & Wi-Fi

## Privacy Policy

We keep your personal information private and secure. When you make a purchase from our site, you provide your name, e-mail address, credit card information, address and phone number. We use this information to process your order, to keep you updated on your order and to personalize your shopping experience. Secure servers protect the information using advanced encryption and firewall technology. Your personal information cannot be read as it travels to our ordering system. Other sites accessible through our web site have their own privacy policies and data collection practices and are not under our control. Please consult each site's privacy policy. worldtradeconnect.com is not responsible for the actions of third parties. worldtradeconnect.com fully cooperates with law enforcement agencies in identifying those who use our services for illegal activities. We reserve the right to report to law enforcement agencies any activities that we reasonably believe to be unlawful. Please check back frequently to see any updates or changes to our privacy policy.

Information Collection USERNAMES and PASSWORDS are used to conveniently re-enter your billing/shipping information and are not required to just "browse" this site. We do not send advertisements other than those concerning worldtradeconnect.com and we do not sell our email list.

If you browse our website, you do so anonymously. We don't collect personal information — including your email address. We do log your IP address (the internet address of your computer) to give us an idea of which parts of our website you visit and how long you spend there. But we do not link your IP address to anything personally identifiable while you browse. The only other information automatically provided to us is the type of computer and operating system you are using. Your browser supplies us with this information.

Like many other commercial websites, the worldtradeconnect.com website may use a standard technology called a "cookie" to collect information about how you use the site.

Order Placement When placing your order, the information collected on Login/Contact /Billing/Shipping information areas are used for order confirmation and contact in the event of a problem with your order. If contact can't be made by these methods, your order may be canceled without your being made aware. eMail adresses are used to send a copy of your order as we recieved it for your own reference, you need not respond to this. Also, a final copy of your order "Thank You" email is sent when your order is shipped. We do not send advertisements and we do not sell emails.

© 2000-2007 WORLD TRADE. All Rights Reserved.

Return Policy - Contact Us - Privacy Policy - Your Account

**Specials**

1GB SanDisk Cruzer Mini (SDCZ2-1024-A10)
On Sale $31.95   BUY NOW

1GB Sony/Sandisk Memory Stick PRO Duo™ with MagicGate
On Sale $38.95   BUY NOW

2GB Qmemory miniSD Card
On Sale $28.95   BUY NOW

1GB SanDisk Trans Flash (microSD) Card (SDSDQ-1024)
On Sale $47.95   BUY NOW

1GB Olympus xD Type M Picture Card (OL 200495)
On Sale $52.95   BUY NOW

SanDisk 1GB Ultra II Memory Stick PRO
On Sale $66.95   BUY NOW

4GB 150X QMemory Secure Digital Card
On Sale $68.95   BUY NOW

6GB Hitachi MicroDrive CF+ Type II Travel Kit (HD6GB/A HMS360606D5CF00)
On Sale $199.95   BUY NOW

4GB SanDisk Cruzer Micro with U3 (SDCZ6-4096-A10)
On Sale $114.95   BUY NOW

USB Docking Stand for USB Pen Drive with cable
On Sale $7.95   BUY NOW

Lexar Image Rescue Software 2.0
On Sale $29.95   BUY NOW

of 1

1/20/2009 2:01 PM

**McKenney Att. E
Page 4**

# ATT. F

**Office Supplies Online at officedevonline.com!**

OFFICEDEVONLINE.COM

| Binders | Calendars & Planners | Desk | Filing & Storage | General | Pads | Shipping, Mailroom | Writing |

**Browse our Catalog**

| Products |
| Binders & Business Cases |
| Calendars & Planners |
| Desk Accessories |
| Filing & Storage |
| General Office Supplies |
| Paper & Pads |
| Shipping, Mailroom & Tape |
| Writing Instruments |

# Welcome to OFFICE DEVELOPMENT Office

Join our mailing list to receive the latest promotions and discounts!
New Customers: $10 off an order of $30 or more

### FREE SHIPPING on all orders $50 and over!

OFFICE DEVELOPMENT Office gets its name from our system of letting you know whether or not we can give you the best price on any discount office supplies in our inventory. Next to every item, you will see a "traffic light," each with its own significance:

**OFFICE DEVELOPMENT:** We have the lowest price on this product, and we'll guarantee it.

**Yellow Light:** We are competitive on this product, but since prices for this product tend to change frequently in the market, we can't guarantee we're the cheapest.

**Red Light:** We're not the least expensive, and we know it. You will see a lower price that we have found in the market, where we found it, and when.

We believe that being honest will save us time, and you money. We hope you enjoy your office supplies shopping experience at officedevonline.com.

Copyright 2000-2008 Office Development Inc All Rights Reserved.
Your Account | About Us | Shipping Information | Refund Policy |
Privacy Policy

Office Supplies - officedevonline.com - Online Office Supply Store. D...                    http://www.officedevonline.com/about.htm

**Office Supplies Online at officedevonline.com!**

OFFICEDEVONLINE.COM

| Binders | Calendars & Planners | Desk | Filing & Storage | General | Pads | Shipping, Mailroom | Writing |
|---------|---------------------|------|-----------------|---------|------|-------------------|---------|

**Browse our Catalog**

Products

Binders & Business Cases

Calendars & Planners

Desk Accessories

Filing & Storage

General Office Supplies

Paper & Pads

Shipping, Mailroom & Tape

Writing Instruments

## Contact Us

There are a number of ways in which you can communicate with us. You can email, phone, fax or mail us using the details below.

Email: sales@officedevonline.com

Phone and Fax
Phone us on (877) 257-8146
or fax us on (877) 257-8146

Post
Our postal address is:
350S NW HWY, Park Ridge, IL 60068

Order Status
You can review your order by going to Order Status.
You will be asked to enter your Email address and Password.

Copyright 2000-2008 Office Development Inc All Rights Reserved.
Your Account | About Us | Shipping Information | Privacy Policy

1/29/2009 9:35 AM

**McKenney Att. F
Page 2**

**Office Supplies Online at officedevonline.com!**

OFFICEDEVONLINE.COM

| Binders | Calendars & Planners | Desk | Filing & Storage | General | Pads | Shipping, Mailroom | Writing |
|---|---|---|---|---|---|---|---|

**Browse our Catalog**

Products
Binders & Business Cases
Calendars & Planners
Desk Accessories
Filing & Storage
General Office Supplies
Paper & Pads
Shipping, Mailroom & Tape
Writing Instruments

# Shipping Information

We offer 3 convenient shipping options: FedEx Ground, FedEx Overnight, and FedEx Overnight Saturday Delivery. We ship most items to all states, including Alaska and Hawaii. We ship International orders via TNT Express; shipping costs and times vary on International orders. Our staff will contact you to verify shipping costs before we ship your International order. If your order included two or more items, you may receive your order in multiple shipments due to item availability. We do not charge you extra shipping for split shipments. FedEx requires that we send your order with signature required at delivery. If you would like to waive the signature required feature please enter " no signature required" in the message to send with order field on the order summary screen. Below is a chart detailing all our shipping methods

Shipping Methods, Times, and Costs

| Shipping Method | Shipping/Processing Time | Shipping Cost |
|---|---|---|
| FedEx Ground | 3 to 7 business days | $7.50 |
| FedEx Overnight Orders must be placed before 1:00 pm (EST) | 1 business day | $17.50 |
| FedEx Overnight Saturday Delivery Orders must be placed before 1:00 pm (EST) on Friday | 1 business day | $27.50 |
| TNT Express | 7 to 10 business days | Variable. Dependant on country of destination. You will be contacted by our staff to verify charges before we ship. |

Copyright 2000-2008 Office Development Inc All Rights Reserved.
Your Account | About Us | Shipping Information | Privacy Policy

of 2                                                    1/29/2009 9:35 AM

**McKenney Att. F
Page 3**

**Office Supplies Online at officedevonline.com!**

**OFFICEDEVONLINE.COM**

| Binders | Calendars & Planners | Desk | Filing & Storage | General | Pads | Shipping, Mailroom | Writing |

**Browse our Catalog**

Products

Binders & Business Cases

Calendars & Planners

Desk Accessories

Filing & Storage

General Office Supplies

Paper & Pads

Shipping, Mailroom & Tape

Writing Instruments

# Privacy Policy

**Merchant's Privacy Statement**
Your privacy is very important to us. We will never give away, sell, or otherwise share any of your personal information, including your email address, with any third party. You will receive some automated emails in reference to any orders that you place. We also reserve the right to periodically contact you with special announcements or other matters having to do with your account or our store, via phone, fax, email, or postal service, unless you specifically request not to be contacted via a certain method. We are here to serve YOU. We do not record any of your financial information, such as credit card numbers.

**Your Information**
Your user account is stored and maintained by officedevonline.com, the provider, including your username, password, any personal information you provide, your email addresses, phone numbers, and mailing addresses. When you log in at officedevonline.com e-Store, certain relevant information, i.e. your name, email address, billing and shipping information, etc., will be available to the merchant. Please review the privacy statement of the merchant for more information.
For your safety, your financial information, i.e. credit card information, is NOT stored on this system.

Copyright 2000-2008 Office Development Inc All Rights Reserved.
Your Account | About Us | Shipping Information | Privacy Policy

**McKenney Att. F
Page 4**

# ATT. G



# GLOBO-ONLINE.COM
## GPS SUPPLIES

GARMIN
MAGELLAN
TOMTOM
HUMMINBIRD
NATIONAL
ARKON
GPS

CONTACT US
PRIVACY POLICY
SHIPPING POLICY
RETURN POLICY

**Top Products**




**Garmin Suction Cup Mount for Nuvi 660 (010-10823-00) $20.95**

**Garmin compatible PC Interface Data Cable for StreetPilot GPSMap 60C $29.95**

**Garmin – GPS receiver mounting kit for car-metal $14.39**




**Garmin MapSource BlueChart CD-ROM for Garmin GPS Units Americas (010-10317-00) $159.99**

**Garmin Automotive Navigation Kit for Garmin Vista C and Legend North America (010-10564-00) $216.99**

**Garmin iQue 3600 Carrying Case $16.71**





**Garmin MapSource CD ROM (USA TOPO) $116.99**

**Humminbird TS2 W Transducer Switch $59.77**

**Garmin Belt Clip for GPS 10x (010-10838-00) $1.81**

Technical Support: We provide after-the-sale support personnel and products to insure continuing productivity from your investment.

• Supplies: We provide convenient retail showrooms that feature a complete selection of supplies for surveying, construction and GIS professionals.

• Convenience: With our full ecommerce website and delivery trucks available in each sales location, your

McKenney Att. G
Page 1

http://www.globo-online.com/

supplies are only a phone call or click away.

Copyright © 2008 GLOBO, INC.

4/28/2009 3:49 PM

**McKenney Att. G**
**Page 2**

http://www.globo-online.com/contactus.html



# GLOBO-ONLINE.COM
## GPS SUPPLIES

GARMIN
MAGELLAN
TOMTOM
HUMMINBIRD
NATIONAL
ARKON
GPS

**CONTACT US**
**PRIVACY POLICY**
**SHIPPING POLICY**
**RETURN POLICY**

**CONTACT US**

**Phone: Toll Free (USA)**
(888) 284-2938

• **Important Note:** For product questions please send us an email.
(Most questions are answered the same business day.)

**Email:** support@globo-online.com

**Mailing Address:**
GLOBO INC
411 Theodore F.Ave.Ste 206 S
Rye, NY 10580

Copyright © 2008 GLOBO, INC.

4/28/2009 3:49 PM

**McKenney Att. G**
**Page 3**

http://www.globo-online.com/privacy.html



**GLOBO-ONLINE.COM**
GPS SUPPLIES

GARMIN
MAGELLAN
TOMTOM
HUMMINBIRD
NATIONAL
ARKON
GPS



<u>CONTACT US</u>
<u>PRIVACY POLICY</u>
<u>SHIPPING POLICY</u>
<u>RETURN POLICY</u>

**PRIVACY POLICY**

We take the privacy of our customers very seriously.

**GLOBO will NOT sell, rent, or share your email address with others in order for them to
send you unsolicited mail or email.**

This official Privacy and Security Statement is designed to help you understand what information we
gather and how it is used. In our ongoing effort to improve the services and features we provide to our
customers, GLOBO will continue to add better technologies on occasion. As a result, this
policy is subject to change without prior notice and we encourage you to review this policy periodically.

• **Information We Share with Others**

Any personal information you provide to us on our website when shopping online or requesting information (i.e. name, address, e-mail address, telephone number and credit card information) is maintained in private files on Secure Web servers and our internal systems. Gorilla GPS Suppliers will
not sell, rent or share your email address with others for them to send you unsolicited email. We do not retain credit card information for extended periods of time; info is only retained in order to fully process
orders.

You should also be aware that we may disclose specific information about you if required to do so by law, governmental request or court order or based on a good faith belief that it is necessary to conform
or comply with such law, request or court order or to protect the users of our website or the public.

• **Links to Other Sites**

To enhance your online experience or to better help with understanding a product or service, this site
may link to other sites. Those Web sites will have their own policies on privacy that you may wish to
review. We have no responsibility for these linked Web sites.

Copyright © 2008 GLOBO, INC.

4/28/2009 3:49 PM

**McKenney Att. G
Page 4**

http://www.globo-online.com/shipping.html



## GLOBO-ONLINE.COM
GPS SUPPLIES

GARMIN
MAGELLAN
TOMTOM
HUMMINBIRD
NATIONAL
ARKON
GPS

CONTACT US
PRIVACY POLICY
SHIPPING POLICY
RETURN POLICY

**SHIPPING POLICY**

**Where We Ship:**
We ship only within the United States (50 States, APO/FPO and D.C.). All shipments to APO/FPO addresses are shipped via Postal Service Priority Mail. We do not ship to U.S. Possessions or other Countries. We accept only credit cards issued by U.S. banks with billing addresses in the U.S.

**When We Ship:**
ON-LINE orders received by 5:00 p.m. Central Time WEEKDAYS (excluding Holidays) ship the same day. Orders received after 5:00 p.m. Central Time or on weekends or holidays ship on the next business day. Phone orders may not ship the same day.

**Shipping Options:**

FREE Shipping: Orders with merchandise totals over $399.00 are provided a free shipping option. Free shipping is either by Postal Service Priority Mail for lighter orders or by FedEx Home Delivery for heavier orders. Unlike most companies, we reduce all shipping options by the amount the free shipping would have been so you still save even if you choose another shipping option. And all shipping options, including free shipping, ship TODAY* for on-line orders placed by 5:00 p.m. Central Time.

Postal Service Priority Mail: The Postal Service advertises 2-3 business days for delivery and they deliver Monday through Saturday except Holidays. However, the Postal Service does NOT Guarantee Priority Mail shipping time. While many shipments will arrive in 2-3 days after shipping, it is not uncommon for a Priority mail shipment to take longer to arrive at its destination. Allow even more time for Priority Mail during the Christmas mailing season. All shipments over $1,000.00 require a signature on delivery. (Military APO/FPO shipments typically take 5 - 7 days with some locations taking several weeks. The Postal Service does not support delivery confirmation to many APO/FPO addresses so many APO/FPO packages will never show anything beyond being picked up and accepted by the Postal Service.}

Copyright © 2008 GLOBO, INC.

4/28/2009 3:49 PM

**McKenney Att. G**
**Page 5**

http://www.globo-online.com/return.html





CONTACT US
PRIVACY POLICY
SHIPPING POLICY
RETURN POLICY

## RETURN POLICY

Customer satisfaction is our number one goal. Please read the following information carefully to understand our wholesale return policies. It is the responsibility of the customer to determine suitability of a product prior to putting the unit in service - we not have a buy-and-try policy.

You may return any product purchased from us within 30 days of purchase with the following restocking fees:
A) Unit Not Used - New in Original Box within 30 days: Refunds 10% restocking, Exchanges 0% restocking
B) Units Used within 30 Days in box with all componenets: Refund: 20% refurbishing fee, Exchange 10% refurbishing fee.

All returns must be issued a return merchandise authorization (RMA) number from our returns department.

Custom, or special order products (i.e. Garmin Marine Data Cards) are not returnable. These include maps pre-burned on data cards, specialty accessories, or maps that the customer has arranged on a custom basis with one of our customer service reps. These sales are final and cannot be returned. Map anomalies are not cause for warranty return.

GPS maps are provided by two major companies, Navteq and TeleAtlas. We believe Navteq maps used in Garmin, Magellan and Lowrance are superior in accuracy and completeness to TeleAtlas maps used by TomTom and Mio. However no maps are absolutely complete and accurate and are sold as "most current".

Return shipping is the responsibility of the customer, we suggest you insure for the full purchase price. Upon receipt, the product will go to a tech who will review the return for acceptability and then to accounting to issue the refund or exchange.

Copyright © 2008 GLOBO, INC.

4/28/2009 3:49 PM

**McKenney Att. G**
**Page 6**

# ATT. H



**LANG-GROUP.COM**    The Best Computer And Electronics Deals Anywhere!

Buy Computer Parts, Components and Laptop Computer Parts.

| Home | Shipping Policy | Return Policy | Contact Us |

Cables
Flash Memory Cards
Mice & Trackballs
Modems
Flash Media Readers
Sound Cards
Speakers
USB Flash Drives
Wireless Routers

### More Great Company

**A-Data 2GB Secure Digital Card**
The Adata SD card features with its small size, lightweight is fully compliant with SD card and CPRM standard.

$19.99  MORE INFO

**Ultra 8GB 60x Class 2 SDHC Secure Digital Card**

All Ultra SDHC Cards are tested and manufactured to the highest quality standard to assure you there is no need to worry about lost or missing data.

$119.99*  MORE INFO

**PNY 2GB Secure Digital Card**
PNY SD cards are designed to allow you to easily upload, download, store and capture images, music and data in your digital device!

$26.99  MORE INFO

**Creative Labs Sound Blaster Live**
Sound Blaster® 19 Pre-Amp sound card provides the best value for applications that require amplified output for non-powered speaker.

Turn your LCD into a TV
$19.99  MORE INFO

**PPA 6-Channel CMEDIA PCI Sound Card**
The superb PPA Model 1431 sound card delivers great audio quality to your PC at a remarkably affordable cost.

Top Quality 1GB Memory
$11.99  MORE INFO

**ADS Instant Music**
Convert your collection of cassettes and LPs into crisp, clear digital audio and then create audio CDs and MP3 CDs so you can keep a personal archive

802.11g Wireless Router
$39.99  MORE INFO

Home  -  Shipping Policy  -  Return Policy  -  Contact Us

Need help browsing our website?
Call (877) 305-5965

LANG GROUP is not responsible for typographical or photographical errors. Prices and specifications are subject to change without notice.

Copyright © 2007-2008, lang-group.com

4/28/2009 3:46 PM

**McKenney Att. H**
**Page 1**

lang-group.com Best Deals - Computer Parts, PC Components, Deskto...          http://www.lang-group.com/shipping.htm

**LANG-GROUP.COM**   The Best Computer And Electronics Deals Anywhere!

Buy Computer Parts, Components and Laptop Computer Parts.

| Home | Shipping Policy | Return Policy | Contact Us |

Cables
Flash Memory Cards
Mice & Trackballs
Modems
Flash Media Readers
Sound Cards
Speakers
USB Flash Drives
Wireless Routers

## Shipping Policy

LANG GROUP offers four convenient shipping options.

- **Standard Shipping:** This option is available on all orders over $50.00 for no additional charge. Products shipped via standard service are normally delivered within five business days after shipment.
- **2-Day Shipping:** For an additional charge, LANG GROUP offers this expedited shipping option for most products. Products shipped via two-day service prior to 5:00 p.m. EST are normally delivered by 4:30 p.m. local time two business days after shipment.
- **2-3 Day International Shipping:** For an additional charge, LANG GROUP offers this expedited shipping option on products shipped from international locations. Products shipped prior to 5:00 p.m. EST are normally delivered by 4:30 p.m. local time two to three business days after shipment.
- **Overnight Delivery:** For an additional charge, LANG GROUP offers this expedited shipping option on most of LANG GROUP products. Products shipped prior to 5:00 p.m. EST via overnight service are normally delivered by 3:00 p.m. local time one business day after shipment. Overnight delivery is not available for orders shipping to Alaska and Hawaii.

Remember that these estimates are for time in transit only, and that they do not apply until the product leaves LANG GROUP facilities. As the delivery of your order is beyond LANG GROUP control once your order leaves LANG GROUP facilities, LANG GROUP cannot assume liability for late deliveries, regardless of the delivery method you specify.

Home  -  Shipping Policy  -  Return Policy  -  Contact Us

Need help browsing our
website?
Call (877) 305-5995

LANG GROUP is not responsible for typographical or photographical errors. Prices and specifications are subject to change without notice.

Copyright © 2007-2008, lang-group.com

4/28/2009 3:46 PM

**McKenney Att. H**
**Page 2**

lang-group.com Best Deals - Computer Parts, PC Components, Deskto...                    http://www.lang-group.com/return.htm

**LANG-GROUP.COM**   The Best Computer And Electronics Deals Anywhere!
Buy Computer Parts, Components and Laptop Computer Parts.

Home   |   Shipping Policy   |   Return Policy   |   Contact Us



Cables
Flash Memory Cards
Mice & Trackballs
Modems
Flash Media Readers
Sound Cards
Speakers
USB Flash Drives
Wireless Routers

## Return Policy

If you are not satisfied with your LANG GROUP purchase of a product, please call us for a Return Material Authorization (RMA) request within 14 calendar days of the receipt of the product. Configure-to-order, personalized or other customized products may not be returned for refund or exchange under any circumstances unless such product is Dead on Arrival (see the section below for more detailed information on such Dead on Arrival products). If the item is returnable and you send it back to us unopened in the original box, LANG GROUP will exchange it or offer you a refund based on your original method of payment. You must return the product to the LANG GROUP warehouse within 14 calendar days of the issuance of the RMA. All products must be packed in the original, unmarked packaging including any accessories, manuals, documentation and registration that shipped with the product. LANG GROUP will assess a 10% restocking fee on any opened hardware or accessory. If you purchased your order using an LANG GROUP Business Lease, LANG GROUP may ask you to provide a major credit card (Visa, MasterCard, American Express, or Discover) so LANG GROUP can assess the 10% restocking fee.

Home  -  Shipping Policy  -  Return Policy  -  Contact Us

Need help browsing our     LANG GROUP is not responsible for typographical or photographical errors. Prices and specifications are subject to
website?                    change without notice.
Call (877) 305-5965

Copyright © 2007-2008, lang-group.com

4/28/2009 3:46 PM

**McKenney Att. H**
**Page 3**

lang-group.com Best Deals - Computer Parts, PC Components, Deskto...          http://www.lang-group.com/contact.htm



**LANG-GROUP.COM**
Buy Computer Parts, Components and Laptop Computer Parts.

| Home | Shipping Policy | Return Policy | Contact Us |

**The Best Computer And Electronics Deals Anywhere!**

Cables
Flash Memory Cards
Mice & Trackballs
Modems
Flash Media Readers
Sound Cards
Speakers
USB Flash Drives
Wireless Routers

## Contact Us

If at any time you need advice, clarification or any additional information about a product we sell, a service we offer or experience any problem whatsoever with our company, we want to hear from you. Here's a list of contact information. Thanks for shopping with us!

Email:
support@lang-group.com

Customer Service and Support
(877) 305-5965

LANG GROUP address:
5 Penn Plaza, New York, NY 10001

Home  -  Shipping Policy  -  Return Policy  -  Contact Us

Need help browsing our
website?
Call (877) 305-5965

LANG GROUP is not responsible for typographical or photographical errors. Prices and specifications are subject to change without notice.

Copyright © 2007-2008, lang-group.com

of 1

4/28/2009 3:46 PM

**McKenney Att. H
Page 4**

# ATT.  I

# INTERNET AID FOR SHELTERS WEB USED TO ATTRACT FINANCIAL ASSISTANCE

BY RAFAEL A. OLMEDA DAILY NEWS STAFF WRITER

Monday, September 13th 1999, 2:34AM

Part of an occasional series about the impact of volunteers in and from the Bronx.

A handful of volunteers are hoping to let the city's shelters know who their friends are.

Using an Internet Web site, the Bronx-based Adele Organization wants to link city shelters with people who are willing to help.

"This organization is twofold," said Adele Organization President Diane Cerino of Morris Park. "We hope it links the shelter systems on the Internet so that there will be some sort of communication between them."

She said the second, larger goal is to help meet the needs of children in city shelters. To do that, the Adele Organization identifies their needs, then offers parents resources to meet those needs.

One campaign has the Adele Organization buying educational packages and hygiene packages that parents can present on their children's birthdays.

"We want to help build the bond between parent and child," Cerino said.

Cerino and her friends volunteer for the Adele Organization, which is named after Cerino's late mother. For seven years, they have collected Christmas toys from generous neighbors and distributed them at shelters for the homeless.

Developing the Web site and expanding the group's goals to encompass the year fell to Cerino's friend, Jennifer Geros.

"There are a million organizations out there, but most people only know the major ones," said Geros. "We're here to help the others."

Now, instead of collecting toys from friends once a year, the Adele Organization is seeking financial donations year-round to pay for the educational and health packages.

The organization received its tax-exempt status last week and is in the early stages of planning its first fund-raiser, Cerino said.

Board members include Assemblyman Jeffrey Klein (D-Pelham Parkway) and John Fratta, district manager of Community Board 11.

"Diane Cerino wants to do something for an underserved population homeless children in the Bronx," Klein said. "I think she takes philanthropy to new heights."

The Web site called eWish.org has been running since February. When completed, it will feature pickup and dropoff points for donations, as well as a message board where shelters can publicize their needs.

"Sometimes shelters can meet each other's needs," Cerino said. "There are times when a shelter has excess furniture or clothing but no storage space. They can help a shelter that needs those items."

By keeping tabs on children's needs at different shelters, Cerino hopes the shelters can have their needs met without attracting attention to themselves.

"Shelters are designed to be quiet and nondescript," said Cerino. "By our publicizing the pickup and dropoff points, individuals and corporations can have involvement without anyone having to know where the shelters are."

**McKenney Att. I**

# ATT. J

Auto Parts International, Ltd

http://www.autopartsint.com/about.html



## AUTO PARTS INTERNATIONAL LTD

Auto Parts International -
wholesale auto parts

- ABOUT
- PARTNERS
- PRODUCTS
- CATALOGUE
- CONTACT US

## ABOUT US

Auto Parts International is an independent importer and distributor of original equipment and quality aftermarket replacement parts for world-famous Audi, BMW, Mercedes and Porsche.

Our company was established in 1996. Its headquarters are located in London and nowadays the company possesses branch locations in UK and Germany. We are a wholesale only distributor and we sell our products to retailers only, who in their turn sell them to the ultimate user. Auto Parts International is a fast growing company, with a current turnover exceeding 20 million funds per annum, currently employing stuff of 250 people. Combined with over 10000 square meters of warehousing facility, Auto Parts International has established itself as a key distributor of automotive spare parts in the UK market. Our warehouse is always fully stocked and our team is standing by to provide our customers with the highest quality service possible because we carry the premium quality auto parts.

Our counter sales staff is certified by Auto International Association as import parts specialists. The keys to Auto Parts International success are not a secret and they are: premium quality, competitive pricing and unsurpassed customer service. Because of the direct purchase nature, we have maintained a very good price factor and logistic control.

Locations
There are currently 12 outlets including Wembley distribution, with additional regional branches nationwide in Bristol, Birmingham, Chessington, East London, Glasgow, Leeds, Manchester, Newcastle, Belfast, SE London and Southampton.

Future
Plans include progressive expansion into the United States car parts market as well as the opening of many additional branches during the coming year.

Benefits
Seriously progressive company with major expansion plans already on-line with great career opportunities nationwide.
Also renowned for excellent remuneration's and fast career progression with ongoing staff training and advantages of a modern working environment.

We look forward to serving all your auto parts needs.







Copyright © 2006 Auto Parts International, Ltd.

3/13/2009 3:49 PM

McKenney Att. J
Page 1

Auto Parts International, Ltd

http://www.autopartsint.com/partners.html



**McKenney Att. J**
**Page 2**

Auto Parts International, Ltd

http://www.autopartsint.com/products.html



## ABOUT
## PARTNERS
## PRODUCTS
## CATALOGUE
## CONTACT US

Auto Parts International - wholesale auto parts

## PRODUCTS

Auto parts list



# Auto Body Parts

Headlight | Bumper | Starter | Mirror | Suspension
Tail Light | Door | Hood | Radiator | A/C Condenser
Fog Light | Spoiler | Grille | Radiator Support | Header Panel
Turn Signal | Fender | Engine Parts | Catalytic Converter | Door Glass
Corner Light | Window Regulator | Wiper Arms | Wheels | Hubcaps
Altezza Lights | Fuel Tank



# Engine Parts

Air Filter | Alternator | Antenna | Axle Assembly | Ball Joint
Brakes | Clutch Kit | Control Arm | CV Joint | EGR Valve
Fuel Injector | Fuel Pump | Heater Core | Knock Sensor | Muffler
Oxygen Sensor | Repair Manual | Shocks | Spark Plug Wire | Starters
Steering Rack | Struts | Tie Rod | Timing Belt | Water Pump

For more information please order print catalogue or log-in partners area.

3/13/2009 3:50 PM

**McKenney Att. J**
**Page 3**

Auto Parts International, Ltd

http://www.autopartsint.com/products.html

Home | About Us | Partners | Products | Catalogue | Contact Us          Copyright © 2006 Auto Parts International, Ltd.

Auto Parts International, Ltd

http://www.autopartsint.com/contacts.html



# CONTACT US

**Auto Parts International, Ltd. Headquarters**
25 Old Broad Street
London EC2N 1HN
United Kingdom

**Hours**
Mon-Fri 9:00am-04:30pm (CET)

**Tel:** +44-20-787-11758
**Tel/Fax:** +44-20-750-48308
**Email:** support@autopartsint.com

Home | About Us | Partners | Products | Catalogue | Contact Us          Copyright © 2006 Auto Parts International, Ltd.

3/13/2009 3:51 PM

**McKenney Att. J
Page 5**

# ATT. K

### <u>Playing With the Mafia. The Criminal World of the Internet</u>

"I -......., Manager API LTD (UK) (our website at www. Autopartsint. Com) We send parts of the UK in the USA. We need people in the USA to receive payments on current account, as our Partners in the USA can send payments only through the ACH (kind of bank transfer, only for the USA), so account in the UK we are unable to receive these payments. We pay 10% of the profits. The first month or two will get about $ 1500 a week, then we will increase the volume. The last 3 years we work with people from the USA, receives about $ 500 a week. Now we are expanding our business and not to "put your eggs in one basket", take one more person. Attachment No we do not demand that we only need your time. How it all works: sign a standard contract, then we will open for you company (LLC) in USA via the Internet, it take 2-14 days depending on the state, then have to be open bank account on the company, then will do ACH transfers.

Every Monday we will send the calculation, under which you will need:
a) write out a check (10%), it is your earnings;
b) send us a bank transfer (90%).

Also you will need to resolve issues with the bank, if they occur, in order to receive your transfer smoothly. From us you can get documented in the form invoices for all payments that you may need for the bank. I want to note that for the supply of spare parts you do not incur any liability, your task is to ensure the receiving and sending funds.

Communication will hold me personally by email or phone in the UK. I am a professional, the whole scheme is worked out for years in all phases of I give clear instructions, you need only once a day to check e - mail.   To this e - mail enclosing schema import, an example of deposits to your account.   Ready to answer all your questions."


<u>Google Translation of the web page</u>:
http://world.lib.ru/k/kamyshnikow_s_g/ffffdddshshshshshsh.shtml

**McKenney Att. K**

# ATT. L

Google Groups

Recently Visited Groups ▼ | Help | Sign in

# news.admin.net-abuse.sightings

AcrossWorldFinance    Search this g | Search Gro

## [88.246.63.112] (acrossworldfinance.biz - benchmarkemail.com) New positions for US and EU citizens. International Financial vacancies.

Options

**Discussions**
+ new post

1 message - Collapse all

About this group

Subscribe to this group

TomezNet  View profile                    More options  Sep 7 2006, 12:01 pm

This is a Usenet group - learn more

Received From:
IP 88.246.63.112  dsl88-246-16240.ttnet.net.tr
(at ns2.ttnet.net.tr / turktelekom.com.tr / telekom.gov.tr)

Sponsored Links

Outgoing Mail - SMTP
Want the ultimate solution for
sending your email?
www.authsmtp.com

Spamvert:
acrossworldfinance.biz  IP N/A

www.benchmarkemail.com  IP 70.85.77.100
(at NS2.THEPLANET.COM)

Symantec Mail Security
No risk evaluation program for SMS
8300 appliances; Download now!
www.Symantec.com

More info below:
====================

Do You Hate Junk Mail?
Let Us End Your Junk Mail Now By
Removing You From Mailing Lists
PrivacyCouncil.org/End-Junk-Mail

X-SID-PRA: Alex Moore, AcrossWorldFinance Company
<qpd,...@stereosociety.com>
X-SID-Result: TempError
X-Message-Info: bxF49IGdW40d3VTEgIMy3gDvomQK1pQY7V/Lb4XHYhc=
Received: from tomts26-srv.bellnexxia.net ([209.226.175.189]) by
bay0-pamc1-f7.bay0.hotmail.com with Microsoft SMTPSVC(6.0.3790.2444);
    Tue, 5 Sep 2006 04:30:34 -0700
Received: from [MUNGED]
  by toip6.bellnexxia.net with ESMTP; 05 Sep 2006 07:30:26 -0400
Received: (qmail 20176 invoked by uid 110); 5 Sep 2006 07:30:25 -0400
Delivered-To: [MUNGED]
Received: (qmail 20171 invoked from network); 5 Sep 2006 07:30:24 -0400
Received: from dsl88-246-16240.ttnet.net.tr (88.246.63.112)
  by [MUNGED] with SMTP; 5 Sep 2006 07:30:24 -0400
Received: from ssnczp.er ([88.246.46.96]) by
dsl88-246-16240.ttnet.net.tr with Microsoft SMTPSVC(6.0.3790.0); Tue, 5
Sep 2006 14:29:52 +0300
Message-ID: <000801c6d0de$9abfb58a$602ef658@ssnczp.er>
From: "Alex Moore, AcrossWorldFinance Company"
<qpd,...@stereosociety.com>
To: [MUNGED]
Subject: New positions for US and EU citizens. International Financial
vacancies.
Date: Tue, 5 Sep 2006 14:23:50 +0300
MIME-Version: 1.0
Content-Type: text/plain;
    format=flowed;
    charset="Windows-1252";
    reply-type=original
Content-Transfer-Encoding: 7bit
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2900.2180
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2900.2180
Return-Path: qpd,...@stereosociety.com
X-OriginalArrivalTime: 05 Sep 2006 11:30:34.0592 (UTC)

**McKenney Att. L
Page 1**

FILETIME=[B3E27E00:01C6D0DE]

Hello,

My name is Alex Moore, and I'm the hiring manager in AcrossWorldFinance

Company. You can find more about our company at
www.acrossworldfinance.biz
Our company offers wide range of international financial services. We are
working for over than 5 years in the Europe and USA. We have excellent
reputation, wide partners and clients network, and big plans.
We want to offer you our position of US or European Financial Manager.
Please, visit our website at www.acrossworldfinance.biz for more
information.
First, let me explain.
There is a new law in European Union, which says that if a company (we),
receive payment from our customers, we have to pay VAT (Value Added
Tax=20%)
from incoming amount. But this law says that if we receive payment from our
employee, we DO NOT pay this tax. So we can save money, give you opportunity
to earn some money, and make our services cheaper. This procedure is 100%
clear and legal.
What do you have from that? - 5% from incoming transfer. As you can see we
can afford that. You get money for every transfer, as soon as it is cleared
in your account. You do not wait for paycheck or monthly salary. You have
part-time and commission-based job. About time you will have to waste - it's
couple of hours per week. You receive information about incoming transfer,
receive it, get instructions where to redirect - and send it. That's all.
Most of the job is done over the internet.
How much can you earn from that? - it's up to you. Your speed, activity and
responsibility.Average monthly income is US$1700-2500, or EUR 1500-2000 for
European Managers. If we see that you are active, responsible and
trustworthy, we process several projects through you, so you have additional
income and knowlege.
Is it legal? - That's the most important question from our partners. YES, it
is absolutely legal. Before start, we sign contract, that shows all
responsibilities and duties. Every transfer is protected by contracts and
agreements, invoices and all documents. We are not interested in involving
you into any illegal activity. We need long time and profitable
partnership.
How can you join us? - please, visit our website, for more information.

There you will find application form - please, fill it, and our managers
will contact you shortly. Direct ling is
http://acrossworldfinance.biz/apply.html
We hope to hear from you soon.

Good Luck.

...a.......a.j,(......a...aa.aaaaaa.a...aaaaaa.aaaaaaa..aay.....p.....   .....a..........aa.aaaa.aa.y.......pa...   ..ap..a.a...p..ya..aa.aa....a.....p.a......aaa......a.a....a.....aa.aa.aa...a..aaaa..a...

P.S. If you want to know where did we find your e-mail information - we have
officially purchased E-Mail marketing campaign at
www.benchmarkemail.com .
Your email should have been in their database.

-- END OF SPAM --

See:
IP 88.246.63.112  dsl88-246-16240.ttnet.net.tr

http://www.moensted.dk/spam/?addr=88.246.63.112
Bad host, no cookie - see http://njabl.org/lookup?88.246.63.112

whois, postmaster and abuse[]ttnet.net.tr are listed in
rfc-ignorant.org database

More ttnet.net.tr sightings:
http://groups.google.com/groups/search?q=ttnet.net.tr+group%3A*abuse&...

inetnum:      88.246.16.0 - 88.246.63.255
netname:      TurkTelekom
descr:        TT ADSL-meteksan dinamik_aci
country:      TR [Turkey]

route:        88.246.0.0/17
descr:        TurkTelecom
origin:       AS9121
mnt-by:       AS9121-MNT
changed:      i...@turktelekom.com.tr
changed:      i...@telekom.gov.tr
ASN:          9121
ASN Name:     TTNet (TTnet Autonomous System)
Country IP Range: 88.224.0.0 to 88.255.255.255
Country fraud profile:  High
http://www.cidr-report.org/cgi-bin/as-report?as=9121

34 SBL/ROKSO listings for IPs under the responsibility of ttnet.net.tr
http://www.spamhaus.org/sbl/listings.lasso?isp=ttnet.net.tr

See:
acrossworldfinance.biz  IP N/A

www.acrossworldfinance.biz has no MX records -> acrossworldfinance.biz
has no MX records

See:
http://rss.uribl.com
/nic/MELBOURNE_IT_LTD_D_B_A_INTERNET_NAMES_WORL...

Let see whois:
Domain Name:                ACROSSWORLDFINANCE.BIZ
Domain ID:                  D14476668-BIZ
Sponsoring Registrar:          MELBOURNE IT LTD
Sponsoring Registrar IANA ID:      13
Domain Status:              clientTransferProhibited
Registrant ID:              D115741268741222
Registrant Name:            david coorough
Registrant Organization:        david coorough
Registrant Address1:         33378 hwy 190
Registrant City:            springville
Registrant State/Province:       CA
Registrant Postal Code:         93265
Registrant Country:           United States
Registrant Country Code:        US
Registrant Phone Number:        +1.8883240045
Registrant Email:           acrossfin2006[]yahoo.com
Administrative Contact ID:       D115741268741220

**McKenney Att. L**
**Page 3**

.... .... ....... ...... ..... ...... ........ ....... ... ....... ....... ...   http://groups.google.com/group/news.admin.net-abuse.sightings/browse_...

**Google** Groups

Recently Visited Groups [▼] | Help | Sign in

# news.admin.net-abuse.sightings

| "ulf-service.com" | Search this g | Search Grc |

## Mail delivery failed: returning message to sender   Options

⠿ 9 messages - Expand all

| | | |
|---|---|---|
| *nanasreport+$do-not-use-this-addre...@gwalter.demon.co.uk* | Aug 17 2006, 2:01 | |
| **Jason_m** Received: from [213.253.179.6] by openbrick.k | Aug 17 2006, 8:04 pm | |
| **Jason_m** Received: from [205.234.187.206] by openbri | Aug 17 2006, 10:05 pm | |
| **Jason_m** Received: from [67.19.72.212] by openbrick.k | Aug 17 2006, 10:06 pm | |
| *nanasreport+$do-not-use-this-addre...@gwalter.demon.co.uk* | Aug 19 2006, 3:01 | |
| *nanasreport+$do-not-use-this-addre...@gwalter.demon.co.uk* | Aug 19 2006, 3:01 | |
| *nanasreport+$do-not-use-this-addre...@gwalter.demon.co.uk* | Aug 19 2006, 10:0 | |
| *nanasreport+$do-not-use-this-addre...@gwalter.demon.co.uk* | More options Aug 21 | |

Cc: headers have been removed, and To: headers munged, as have any other
addresses belonging to this site (E&OE). HTML has been doctored as follows,
to prevent usable hotlinks or rendering in newsreaders that do such things:
1) http:// has been replaced by $https$:||
2) < has been replaced by {
3) / has been replaced by |

NB ISPs mentioned below received _unmunged_ copies
  ie the munging is only done for posting to NANAS.

Copied to ipowerweb.com for spurious notification.
Sender information in original email is forged
Please stop harassing the Internet with your backscatter
See http://spamlinks.net/prevent-secure-backscatter.htm
Copied to cinergycom.com for 72.4.10.233
Copied to yahoo.com for www.ulf-service.com (216.39.58.159)

Note: Unsolicited Commercial Email to this address contravenes UK Law,
as does any Commercial Email which conceals the identity of the sender,
or does not provide a valid opt-out address.

###############################################################
##    Complete Email, with Headers                        ##
###############################################################

From $mung...@pop3.mail.demon.net  Mon Aug 21 19:10:11 2006
Return-Path: {$mung...@pop3.mail.demon.net>
Received: from localhost (root@localhost [127.0.0.1])
     by jupiter.$munged$.demon.co.uk (8.13.1|8.13.1) with ESMTP id k7LIAACU0264
     Mon, 21 Aug 2006 19:10:11 +0100
Received: from pop3.demon.co.uk
     by localhost with POP3 (fetchmail-6.2.5)
     for I.f-email@localhost (by default); Mon, 21 Aug 2006 19:10:11 +0100 (BST)
Received: from punt3.mail.demon.net by mailstore for $munged$@$munged$.co.uk
     id 1GFE8I-2RrGPo-03-9Cq; Mon, 21 Aug 2006 18:04:47 +0000
Received: from [194.217.242.223] (lhlo=lon1-hub.mail.demon.net)
     by punt3.mail.demon.net with lmtp id 1GFE8I-2RrGPo-03
     for $munged$@$munged$.co.uk; Mon, 21 Aug 2006 18:04:47 +0000
Received: from [66.235.218.143] (helo=host43.ipowerweb.com)
     by lon1-hub.mail.demon.net with esmtp id 1GFE8I-0007eD-8Z
     for $munged$@$munged$.co.uk; Mon, 21 Aug 2006 18:04:47 +0000
Received: from mailnull by host43.ipowerweb.com with local (Exim 4.52)
     id 1GFE8j-0004ZH-T6
     for $munged$@$munged$.co.uk; Mon, 21 Aug 2006 11:04:45 -0700

### Discussions
+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

Sponsored Links

Block Spam with Google
Google Can Help Your Business Block
Spam Before It Reaches the Network.
www.google.com/postini

Im Spam
Try Symantec Mall Security 8300
appliances; No risk 30-day trial.
www.Symantec.com

Email Deliverability Tool
ISP Delivery Tracking & Monitoring
Up To 30% Are Blocked by ISPs
www.deliverywatch.com/freetrial

See your message here...

**McKenney Att. L
Page 4**

... ...—.. ......g ...........g — ........   ........................... .............   ..................... .......................—.

X-Failed-Recipients: gsave,...@isaiah58.com
Auto-Submitted: auto-generated
From: Mail Delivery System {Mailer-Dae...@host43.ipowerweb.com>
Subject: Mail delivery failed: returning message to sender
Message-Id: [E1GFE8j-0004ZH...@host43.ipowerweb.com>
Date: Mon, 21 Aug 2006 11:04:45 -0700
X-AntiAbuse: This header was added to track abuse, please include it with any abuse
X-AntiAbuse: Primary Hostname - host43.ipowerweb.com
X-AntiAbuse: Original Domain - $munged$.co.uk
X-AntiAbuse: Originator|Caller UID|GID - [47 12] | [47 12]
X-AntiAbuse: Sender Address Domain -
X-Source:
X-Source-Args:
X-Source-Dir:
X-Domains: cinergycom.com ipowerweb.com yahoo.com
To: $munged$

This message was created automatically by mail delivery software.

A message that you sent could not be delivered to one or more of its
recipients. This is a permanent error. The following address(es) failed:

    gsave,...@isaiah58.com
      mailbox is full: retry timeout exceeded

------ This is a copy of the message, including all the headers. ------

Return-path: {$munged$@$munged$.co.uk>
Received: from [72.4.10.233] (helo=72-4-10-233.kyol.net)
    by host43.ipowerweb.com with smtp (Exim 4.52)
    id 1GFE8c-0004Wt-HU
    for gsave,...@isaiah58.com; Mon, 21 Aug 2006 11:04:39 -0700
Received: from rzxio.xtsns ([72.4.202.196]) by 72-4-10-233.kyol.net with Microsoft
SMTPSVC(5.0.2195.5329); Mon, 21 Aug 2006 14:04:43 -0400
Message-ID: {002501c6c54c$477f9de1$c4ca0,...@rzxio.xtsns>
From: "Alex Moore, UIF-Service Company" {$munged$@$munged$.co.uk>
To: {gsave,...@isaiah58.com>
Subject: New positions for US and EU citizens. International Financial vacancies.
Date: Mon, 21 Aug 2006 14:01:16 -0400
MIME-Version: 1.0
Content-Type: text|plain;
    format=flowed;
    charset="Windows-1252";
    reply-type=original
Content-Transfer-Encoding: 7bit
X-Priority: 3
X-MSMail-Priority: Normal
X-Mailer: Microsoft Outlook Express 6.00.2800.1409
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2800.1409
X-Antivirus-Scanner: Clean mail though you should still use an Antivirus

Hello,

My name is Alex Moore, and I'm the hiring manager in UIF-service company.
You can find more about our company at www.uif-company.com
Our company offers wide range of international financial services. We are
working for over than 5 years in the Europe and USA. We have excellent
reputation, wide partners and clients network, and big plans.
We want to offer you our position of US or European Financial Manager.
Please, visit our website at www.uif-service.com for more information.
First, let me explain.
There is a new law in European Union, which says that if a company (we),
receive payment from our customers, we have to pay VAT (Value Added Tax=20%)
from incoming amount. But this law says that if we receive payment from our
employee, we DO NOT pay this tax. So we can save money, give you opportunity
to earn some money, and make our services cheaper. This procedure is 100%
clear and legal.

**McKenney Att. L**
**Page 5**

...............................................   http://groups.google.com/group/news.admin.net-abuse.sightings/browse_...

What do you have from that? - 5% from incoming transfer. As you can see we
can afford that. You get money for every transfer, as soon as it is cleared
in your account. You do not wait for paycheck or monthly salary. You have
part-time and commission-based job. About time you will have to waste - it's
couple of hours per week. You receive information about incoming transfer,
receive it, get instructions where to redirect - and send it. That's all.
Most of the job is done over the Internet.
How much can you earn from that? - it's up to you. Your speed, activity and
responsibility.Average monthly income is US$1700-2500, or EUR 1500-2000 for
European Managers. If we see that you are active, responsible and
trustworthy, we process several projects through you, so you have additional
income and knowlege.
Is it legal? - That's the most important question from our partners. YES, it
is absolutely legal. Before start, we sign contract, that shows all
responsibilities and duties. Every transfer is protected by contracts and
agreements, invoices and all documents. We are not interested in involving
you into any illegal activity. We need long time and profitable partnership.
How can you join us? - please, visit our website, for more information.
There you will find application form - please, fill it, and our managers
will contact you shortly. Direct ling is $http$:||ulf-service.com|apply.html
We hope to hear from you soon.

Good Luck.

P.S. If you want to know where did we find your e-mail information - we have
officially purchased E-Mail marketing campaign at www.benchmarkemail.com .
Your email should have been in their database.

—
All postings to news.admin.net-abuse.sightings are unconfirmed and
unverified unless stated otherwise by the moderators. All opinions
expressed above are considered the opinions of the original poster,
not the moderators or their respective employers.

For a copy of the guidelines to this group, see:

    http://www.killfile.org/~tskirvin/nana/

Reply to author   Forward

Blars Blarson  Please delete your spammers account and  Aug 21 2006, 3:04 pm

End of messages

« Back to Discussions                          « Newer topic   Older topic »

'3

3/18/2009 10:36 AM

McKenney Att. L
Page 6

# ATT. M

Entity #: 3688441
Date Filed: 11/16/2006
Pedro A. Cortés
Secretary of the Commonwealth

**PENNSYLVANIA DEPARTMENT OF STATE**
**CORPORATION BUREAU**

Certificate of Organization
Domestic Limited Liability Company
(15 Pa.C.S. § 8913)

| Name | | |
|---|---|---|
| Sheryl Irons | | |
| Address | | |
| 5348 Vegas Drive | | |
| City | State | Zip Code |
| Las Vegas | Nevada | 89108 |

Document will be returned to the
name and address you enter to
the left.
⇐

Fee: $125

In compliance with the requirements of 15 Pa.C.S. § 8913 (relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

1. The name of the limited liability company *(designator is required, i.e., "company", "limited" or "limited liability company" or abbreviation)*:
   API Trade, LLC

2. The (a) address of the limited liability company's initial registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is:

| (a) Number and Street | City | State | Zip | County |
|---|---|---|---|---|
| 9926 Haldeman Avenue #45 B | Philadelphia | PA | 19115 | Philadelphia |

| (b) Name of Commercial Registered Office Provider | County |
|---|---|
| c/o: Andriy Patyutka | Philadelphia |

3. The name and address, including street and number, if any, of each organizer is *(all organizers must sign on page 2)*:

| Name | Address | | | |
|---|---|---|---|---|
| Natasha Waite | 5348 Vegas Drive | Las Vegas | NV | 89108 |

PA DEPT. OF STATE

NOV 1 6 2006

Commonwealth of Pennsylvania
CERTIFICATE OF ORGANIZATION 3 Page(s)



T0632011105

DSCB:15-8913-2

4. ~~Strike out if inapplicable term~~
   A member's interest in the company is to be evidenced by a certificate of membership interest.

5. *Strike out if inapplicable:*
   Management of the company is vested in a manager or managers.

6. The specified effective date, if any is:_____.
   month  date  year  hour, if any

7. ~~Strike out if inapplicable:~~  The company is a restricted professional company organized to render the following restricted professional service(s):

   _____

   _____

8. For additional provisions of the certificate, if any, attach an 8½ x 11 sheet.

IN TESTIMONY WHEREOF, the organizer(s) has (have) signed this Certificate of Organization this

_9_ day of _November 2006_

_____
Signature

_____
Signature

_____
Signature





## CERTIFICATE OF EXISTENCE
### (INCLUDING AMENDMENTS)

I, ROSS MILLER, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **BEND TRANSFER SERVICES, LLC.**, as a limited liability company duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since October 5, 2006, and is in good standing in this state.

I further certify, that the above limited liability company has Articles of Organization and no amendments on file in this office as of the date of this certificate.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on January 27, 2010.

ROSS MILLER
Secretary of State

Electronic Certificate
Certificate Number: C20100127-0877
You may verify this electronic certificate
online at **http://www.nvsos.gov/**

**McKenney Att. M**
**Page 3**



| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | **Certificate of Formation**<br>**Limited Liability Company** | **Filed in the Office of the**<br>**Secretary of State of Texas**<br>**Filing #: 800723726 10/23/2006**<br>**Document #: 148685400002**<br>**Image Generated Electronically**<br>**for Web Filing** |
| --- | --- | --- |

## Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

### B-TEXAS EUROPEAN, LLC

The name of the entity must contain the words "Limited Liability Company" or "Limited Company," or an accepted abbreviation of such terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

## Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

### CORPORATION SERVICE COMPANY D/B/A LAWYERS INCORPORATION SERVICE

OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**701 BRAZOS STREET**
**SUITE 1050  AUSTIN  TX  78701**

## Article 3 - Governing Authority

☐A. The limited liability company is to be managed by managers.

OR

☑B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Managing Member 1: **JAMES  P  SMITH**     Title: **Managing Member**

Address: **8070 COUNTY ROAD 603    BROWNWOOD  TX, USA  76801**

## Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

## Supplemental Provisions / Information

### FINANCIAL MANAGEMENT

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**CORPORATION SERVICE COMPANY**     **1201 HAYS STREET, TALLAHASSEE, FL 32301**

## Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

**LAURA R DUNLAP**

Signature of Organizer

**FILING OFFICE COPY**

# *Delaware*

PAGE   1

## *The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF
DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT
COPIES OF ALL DOCUMENTS ON FILE OF "CBTC, LLC" AS RECEIVED AND
FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE FOURTEENTH DAY OF
FEBRUARY, A.D. 2007, AT 1:50 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID
CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE
AFORESAID LIMITED LIABILITY COMPANY, "CBTC, LLC".

4301349   8100H

100071014

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7789105

DATE: 01-29-10

**McKenney Att. M**
**Page 6**

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:50 PM 02/14/2007
FILED 01:50 PM 02/14/2007
SRV 070167844 - 4301349 FILE

# STATE *of* DELAWARE
## LIMITED LIABILITY COMPANY
## CERTIFICATE *of* FORMATION

- **First:** The name of the limited liability company is _CBTC, LLC_

- **Second:** The address of its registered office in the State of Delaware is _____
  _151 Evergreen Drive_ in the City of _Dover_. The
  name of its Registered agent at such address is _____
  _Cristina Bogomolova_

- **Third:** (Use this paragraph only if the company is to have a specific effective date of
  dissolution: "The latest date on which the limited liability company is to dissolve is
  _____.")

- **Fourth:** (Insert any other matters the members determine to include herein.)
  _____
  _____
  _____
  _____
  _____

**In Witness Whereof,** the undersigned have executed this Certificate of Formation this
_14th_ day of _Feb_ , 20_07_ .

By: _N. Waite_
Authorized Person(s)

Name: _Natasha Waite_
Typed or Printed

**McKenney Att. M**
**Page 7**

Entity #: 598020
Date Filed: 04/26/2006
Pedro A. Cortés
Secretary of the Commonwealth

## PENNSYLVANIA DEPARTMENT OF STATE
## CORPORATION BUREAU

Entity Number

### Certificate of Organization
### Domestic Limited Liability Company
(15 Pa.C.S. § 8913)

Name
INCFILE.COM, LLC

Address
14027 MEMORIAL DRIVE #110

| City | State | Zip Code |
|------|-------|----------|
| HOUSTON | TX | 77079 |

Document will be returned to the name and address you enter to the left. ⇐

Filed in the Department of State on _____

_____

Secretary of the Commonwealth

In compliance with the requirements of 15 Pa.C.S. § 8913 (relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

1. The name of the limited liability company *(designator is required, i.e., "company", "limited" or "limited liability company" or abbreviation)*:
CMG GLOBAL, LLC

2. The (a) address of the limited liability company's initial registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is:

| (a) Number and Street | City | State | Zip | County |
|------|------|-------|-----|--------|
| 7400 ROOSEVELT BLVD # 52602 | PHILADELPHIA | PA | 19115 | PHILADELPHIA |

(b) Name of Commercial Registered Office Provider                    County
c/o:

3. The name and address, including street and number, if any, of each organizer is *(all organizers must sign on page 2)*:

Name                                                    Address

MARSHA SIHA - 14027 MEMORIAL DRIVE #110 HOUSTON, TX  77079

Commonwealth of Pennsylvania
CERTIFICATE OF ORGANIZATION 3 Page(s)

PA DEPT. OF STATE

APR 2 6 2006

T0612211040

DSCB:15-8913-2

4. *Strike out if inapplicable term*
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

5. *Strike out if inapplicable:*
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

6. The specified effective date, if any is:
                      month  date  year  hour, if any

7. *Strike out if inapplicable:* XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXX

_____

_____

8. For additional provisions of the certificate, if any, attach an 8½ x 11 sheet.

IN TESTIMONY WHEREOF, the organizer(s) has (have)
signed this Certificate of Organization this

_19TH_ day of __APRIL__ , _2006_ .

*Marsha Siho*
_____
                   Signature

_____
                   Signature

_____
                   Signature

2408192

**FILED** RBO
In the Office of the Secretary of State
of the State of California

MAR 2 2 2002

*Bill Jones*

BILL JONES, Secretary of State

## ARTICLES OF INCORPORATION

### Article I

The name of the corporation is: **Confident Incorporation**

### Article II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the General Corporation Law of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

### Article III

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is twenty million (20,000,000).

### Article IV

The name in the State of California of this corporation's initial agent for service of process is:

Business Filings Incorporated

### Article V

The liability of the directors of the corporation for monetary damages shall be eliminated to the fullest extent permissible under California law.

*Richard A. Oster*
Richard A. Oster, Incorporator

02-108934

**State of California**
**Bill Jones**
**Secretary of State**

FILED
SACRAMENTO, CALIF.

APR 12 2002

*Bill Jones*
BILL JONES
SECRETARY OF STATE

1. CORPORATE NAME (Do Not Alter If Name Is Preprinted)

   DUE DATE: JUNE 22, 2002

   CONFIDENT INCORPORATION

This Space For Filing Use Only

2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE / CITY AND STATE / ZIP CODE

   17800 CASTLETON STREET, #386    CITY OF INDUSTRY    CA. 91748

3. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY / CITY / ZIP CODE

   SAME    CA

4. MAILING ADDRESS / CITY AND STATE / ZIP CODE

   SAME

5. CHIEF EXECUTIVE OFFICER / ADDRESS / CITY AND STATE / ZIP CODE

   EDWARD WU    30616 SANDTRAP DRIVE, AGOURA HILLS CA. 91301

6. SECRETARY / ADDRESS / CITY AND STATE / ZIP CODE

   LEWIS LIN    3052 GALLOPING HILL RD, CHINO HILLS, CA. 91709

7. CHIEF FINANCIAL OFFICER / ADDRESS / CITY AND STATE / ZIP CODE

   AI-LING LIN   2706 BROKEN FEATHER LN DIAMOND BAR CA. 91765

8. NAME / ADDRESS / CITY AND STATE / ZIP CODE

   EDWARD WU    30616 SANDTRAP DRIVE, AGOURA HILLS CA 91301

9. NAME / ADDRESS / CITY AND STATE / ZIP CODE

   LEWIS LIN    3052 GALLOPING HILL RD, CHINO HILLS, CA. 91709

10. NAME / ADDRESS / CITY AND STATE / ZIP CODE

    AI-LING LIN  2706 BROKEN FEATHER LN DIAMOND BAR CA 91765

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

12. CHECK THE APPROPRIATE PROVISION BELOW AND NAME THE AGENT FOR SERVICE OF PROCESS:

    [✓] AN INDIVIDUAL RESIDING IN CALIFORNIA.
    [ ] A CORPORATION WHICH HAS FILED A CERTIFICATE PURSUANT TO CALIFORNIA CORPORATIONS CODE SECTION 1505.

    AGENT'S NAME:   EDWARD WU

13. ADDRESS OF THE AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL / CITY / ZIP CODE

    30616 SANDTRAP DRIVE, AGOURA HILLS    CA 91301

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

    MANUFACTURE AND SELL MEDICAL INSTRUMENTS AND PRODUCTS

15. THIS STATEMENT IS TRUE, CORRECT AND COMPLETE.

    EDWARD T. H. WU

    *Edward T. H. Wu*    *Edward T. H. Wu*    PRESIDENT    4/4/02

    TYPE OR PRINT NAME OF OFFICER OR AGENT / SIGNATURE / TITLE / DATE

SO-200 C (REV. 10/2001)

Approved by Secretary

McKenney Att. M
Page 11

Entity #: 3796396
Date Filed: 03/14/2008
Pedro A. Cortés
Secretary of the Commonwealth

**PENNSYLVANIA DEPARTMENT OF STATE
CORPORATION BUREAU**

## Certificate of Organization
## Domestic Limited Liability Company
### (15 Pa.C.S. § 8913)

| | |
|---|---|
| Name<br>EastBiz.com, Inc. - Sheryl Irons<br>Address<br>5348 Vegas Drive<br>City          State          Zip Code<br>Las Vegas, NV 89108 | Document will be returned to the name and address you enter to the left.<br>⇐ |

Fee: $125

Commonwealth of Pennsylvania
CERTIFICATE OF ORGANIZATION 3 Page(s)

T0807460151

In compliance with the requirements of 15 Pa.C.S. § 8913 (relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

1. The name of the limited liability company *(designator is required, i.e., "company", "limited" or "limited liability company" or abbreviation)*:
   HDPL Trade LLC

2. The (a) address of the limited liability company's initial registered office in this Commonwealth or (b) name of its commercial registered office provider and the county of venue is:

| (a) Number and Street | City | State | Zip | County |
|---|---|---|---|---|
| 1143 Northern Blvd., #263 | Clarks Summit | PA | 18411 | Lackawanna |

| (b)  Name of Commercial Registered Office Provider | County |
|---|---|
| c/o: Edward Heck | Lackawanna |

3. The name and address, including street and number, if any, of each organizer is *(all organizers must sign on page 2)*:

| Name | Address |
|---|---|
| Sheilah King | 5348 Vegas Drive, Las Vegas, NV 89108 |

**PA DEPT. OF STATE**

MAR 1 4 2008

**McKenney Att. M
Page 12**

DSCB:15-8913-2

4. *Strike out if inapplicable term*
   A member's interest in the company is to be evidenced by a certificate of membership interest.   N / A

5. *Strike out if inapplicable:*
   Management of the company is vested in a manager or managers.
   MANAGER

6. The specified effective date, if any is: _____ N / A _____
   month  date  year  hour, if any

7. *Strike out if inapplicable:*  The company is a restricted professional company organized to render the following restricted professional service(s):
   N / A
   _____
   _____

8. For additional provisions of the certificate, if any, attach an 8½ x 11 sheet.

IN TESTIMONY WHEREOF, the organizer(s) has (have)
signed this Certificate of Organization this
10th day of _March_, 2008.

_____
                                   Signature

_____
                                   Signature

_____
                                   Signature

**McKenney Att. M**
**Page 13**

Form 205
(revised 9/00)

Return in Duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

**Filing Fee: $200**



**Articles of Organization
Pursuant to Article
1528n, Texas Limited
Liability Company Act**

Filed in the Office of the
Secretary of State of Texas
Filing #: 800120983 09/09/2002
Document #: 16600670002
Image Generated Electronically
for Web Filing

| Article 1 - Name |
|---|

The name of the limited liability company is as set forth below:

HOMETOWN HOMEBUYERS, LLC

The name of the entity must contain the words "Limited Liability Company" or "Limited Company," or an accepted abbreviation of such terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for the "name availability" is recommended.

| Article 2 – Registered Agent and Registered Office (Select and complete either A or B and complete C) |
|---|

☐A. The initial registered agent is a organization (cannot be company named above) by the name of:

OR

☑B. The initial registered agent is an individual resident of the state whose name is set forth below:

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|
| JAMES | | SMITH | |

C. The business address of the registered agent and the registered office address is:

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 413 EAST HIGHWAY 121 | LEWISVILLE | TX | 75057 |

| Article 3 - Management (Complete items A or B) |
|---|

A. ☐The limited liability company is to be managed by managers. The names and addresses of the initial managers are set forth below:

**OR (Select either option A or option B; do not select both.)**

B. ☑The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the initial members are set forth below:

MANAGER/MEMBER 1

LEGAL ENTITY: The manager/member is a legal entity named:

INDIVIDUAL: The manager/member is an individual whose name is set forth below:

| First Name | M.I. | Last Name | Suffix |
|---|---|---|---|
| JAMES | | SMITH | |

ADDRESS OF MANAGER/MEMBER 1:

| Street Address | City | State | Zip Code |
|---|---|---|---|
| 413 EAST HIGHWAY 121 | LEWISVILLE | TX, USA | 75057 |

| Article 4 - Duration |
|---|

The period of duration is perpetual.

| Article 5 - Purpose |
|---|

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized.

| Supplemental Provisions / Information |
|---|

**McKenney Att. M
Page 14**

**[The attached addendum is incorporated herein by reference.]**

### Organizer

**The name and address of the organizer is set forth below.**

Teresa Massey          2764 Lake Sahara Drive Suite 115 Las Vegas, NV 89117

### Effective Date of Filing

☑ **A. This document will become effective when the document is filed by the secretary of state.**

**OR**

☐ **B. This document will become effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is:**

### Name Reservation Document Number

### EXECUTION

The undersigned organizer signs these articles of organization subject to the penalties imposed by law for the submission of a false or fraudulent document.

Teresa Massey

Signature of Organizer:

**FILING OFFICE COPY**

**McKenney Att. M**
**Page 15**



**State of California**
**Secretary of State**

**LIMITED LIABILITY COMPANY**
**ARTICLES OF ORGANIZATION**

| A $70.00 filing fee must accompany this form. |
| IMPORTANT – Read Instructions before completing this form. |

File # **200806310156**

**FILED**
In the office of the Secretary of State
of the State of California

MAR 0 3 2008

This Space For Filing Use Only

**ENTITY NAME** (End the name with the words "Limited Liability Company," "Ltd. Liability Co.," or the abbreviations "LLC" or "L.L.C.")

1. NAME OF LIMITED LIABILITY COMPANY

**IAS GROUP LLC**

**PURPOSE** (The following statement is required by statute and may not be altered.)

2. THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT.

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 3 must be completed (leave item 4 blank).

3. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

**Igor Aplin**

| 4. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 11936 Magnolia Blvd., Apt. 404 | North Hollywood | CA | 91607 |

**MANAGEMENT** (Check only one)

5. THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY:

[✓] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

**ADDITIONAL INFORMATION**

6. ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

**EXECUTION**

7. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

_____    DATE 2/29/08
SIGNATURE OF ORGANIZER

**Sheilah King**
TYPE OR PRINT NAME OF ORGANIZER

**RETURN TO** (Enter the name and the address of the person or firm to whom a copy of the filed document should be returned.)

| 8. NAME | Sheryl Irons |
|---|---|
| FIRM | Eastbiz.com, Inc. |
| ADDRESS | 5348 Vegas Drive |
| CITY/STATE/ZIP | Las Vegas, NV 89108 |

| LLC-1 (REV 03/2005) | APPROVED BY SECRETARY OF STATE |

# STATE OF NEW YORK

# DEPARTMENT OF STATE

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 27, 2010.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

**McKenney Att. M**
**Page 17**

070314000*687*

OPALID: 388449

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
Albany, NY 12231

*(This form must be printed or typed in black ink)*

# ARTICLES OF ORGANIZATION
# OF

IHC Trade LLC
*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:   IHC Trade LLC

**SECOND:** The county, within this state, in which the office of the limited liability company is to be located is:   Onondaga

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

Irina Heck

5823 N. Burdick Street

East Syracuse , NY   13057    USA

Natasha Waite                    Natasha Waite
*(signature of organizer)*        *(print or type name of organizer)*

/

070314000687

OPALID: 388449

# ARTICLES OF ORGANIZATION
# OF

<u>IHC Trade LLC</u>
*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

------------------------------------------------------------

Filed by:   <u>Sheryl Irons</u>
     *(Name)*

     <u>5348 Vegas Drive</u>

     *(Mailing address)*

     <u>Las Vegas , NV 89108   USA</u>
     *(City, State , Zip code, and Country)*

Note: This online form was prepared by the NYS Department of State and the NYS Governor's Office of Regulatory
Reform for filing articles of organization for a domestic limited liability company. It does not contain all option
provisions under the law. You are not required to use this from. You may draft you own form or forms available
at legal stationery stores. The Department of State recommends that legal documents be prepared under the guidance
of an attorney. The certificate must be submitted with filing fee.

**STATE OF NEW YORK
DEPARTMENT OF STATE
FILED MAR 1 4 2007
TAX $
BY:**

AZ Corp. Commission

01051675

**AZ CORPORATION COMMISSION**
**FILED**
**DEC 09 2004**
**FILE NO.**   L-11675472

"Exp"

**ARTICLES OF ORGANIZATION**

OF

**MZ Services LLC**

(An Arizona Limited Liability Company)

**DO NOT FILL IN THIS SECTION**

**ARTICLE 1**
The company name must contain an ending which may be "limited liability company," "limited company," or the abbreviations "L.L.C.", "L.C.", "LLC" or "LC". If you are the holder or assignee of a tradename or trademark, attach Declaration of Tradename Holder form.

**ARTICLE 2**
May be in care of the statutory agent.

**ARTICLE 3**
The statutory agent must provide both a physical and mailing address. If statutory agent has P.O. Box, then they must provide a physical description of their street address/location. The agent must sign the Articles or provide a consent to acceptance of appointment.

**ARTICLE 4**
Complete this section only if you desire to select a date or occurrence when the company will dissolve. If perpetual duration is desired, leave this section blank.

**ARTICLE 5.a.**
Check which management structure will be applicable to your company.

1. **Name.** The name of the limited liability company is:

   **MZ Services LLC**

2. **Registered Office.** The address of the registered office in Arizona is:

   **2810 N. Casa Tomas Ct.**

   **Phoenix, AZ 85016**

   located in the County of **Maricopa**

3. **Statutory Agent. (In Arizona)** The name and address of the statutory agent of the company is:
   **Alpha Legal Forms and More, Inc.**

   **4500 E. Speedway Blvd., Suite 31**

   **Tucson, AZ 85712**

4. **Dissolution.** The latest date, if any, on which the limited liability company must dissolve is

5.a. **Management.**

[ ]   Management of the limited liability company is vested in a manager or managers. The names and addresses of each person who is a manager AND each member who owns a twenty percent or greater interest in the capital or profits of the limited liability company are:

[✓]   Management of the limited liability company is reserved to the members.   The names and addresses of each person who is a member are:

IR # 88 8889
$ **PAID**
√ 27397

*L-1167547-2*

**DO NOT PUBLISH THIS SECTION**

5.b.

**Name:** Stephan Johannes

[X] member    [ ] manager        [ ] member    [ ] manager

**Address:** 2918 N. Casa Tomas Ct.

**City, State, Zip:** Phoenix, AZ 85016

**Name:**

[ ] member    [ ] manager        [ ] member    [ ] manager

**Address:**

**City, State, Zip:**

**ARTICLE 5.b.**
Depending upon your selection in 5.a., provide the names and addresses of the managers and members of the organization. Check the applicable title for each person. A member managed company cannot contain a manager or managers.

The person(s) executing this document need not be member(s) of the company.

Your fax and phone number is optional.

The agent may consent to the appointment by either executing this consent, attaching a cover letter, or if paying by check, executing the check.

LLC-0004
Rev 4/2001

EXECUTED this **3rd** day of **December** **2004**

_____ [Signature]          _____ [Signature]

LegalZoom.com, Inc., a California corporation, Organizer
By: Daniele Rohan, Assistant Secretary

[Print Name Here]                [Print Name Here]

PHONE **(323) 962-3600 x218**      FAX **(323) 962-8300**

**Acceptance of Appointment By Statutory Agent**

I **Alpha Legal Forms and More, Inc.** , having been designated to act as Statutory Agent, hereby consent to act in that capacity until removed or resignation is submitted in accordance with the Arizona Revised Statutes.

_____
Signature of Statutory Agent
by: **Alpha Legal Forms and More, Inc.**
**Kermit Burton, President**

**McKenney Att. M**
**Page 21**

## NEW JERSEY DEPARTMENT OF TREASURY
### DIVISION OF REVENUE, BUSINESS GATEWAY SERVICES

### CERTIFICATE OF FORMATION

### NEW WORLD ENTERPRIZES LLC
#### 0400092800

The above-named DOMESTIC LIMITED LIABILITY COMPANY was duly filed in accordance with New Jersey State Law on 05/18/2005 and was assigned Identification number 0400092800. Following are the articles that constitute its original certificate.

**1. Name:**
NEW WORLD ENTERPRIZES LLC

**2. The Registered Agent:**
ALEXANDER MOJNOV

**3. The Registered Office:**
115 MAGNOLIA AVE, APT. 10
JERSEY CITY, NJ 07306

**4. Business Purpose:**
Consulting Services (All Types)

**5. Members/Managers:**
ALEXANDER MOJNOV
115 MAGNOLIA AVE, APT. 10

JERSEY CITY, NJ 07306

**6. The Main Business Address:**
115 MAGNOLIA AVE, APT. 10
JERSEY CITY, NJ 07306

**Signatures:**
KERRY WALSH
AUTHORIZED REPRESENTATIVE

FILED
MAY 1 8 2005
STATE TREASURER

Continued on next page ...

*NEW JERSEY DEPARTMENT OF TREASURY*
*DIVISION OF REVENUE, BUSINESS GATEWAY SERVICES*

### CERTIFICATE OF FORMATION

*NEW WORLD ENTERPRIZES LLC*
*0400092800*

IN TESTIMONY WHEREOF, I have
hereunto set my hand and
affixed my Official Seal
at Trenton, this
05/19/2005

*John E McCormac, CPA*
*Treasurer of the State of New Jersey*

*STATE OF NEW JERSEY*
*DIVISION OF REVENUE*
*ANNUAL REPORT STATUS*

*NEW WORLD ENTERPRIZES LLC*
*0400092800*

    *As official custodian of the State of New Jersey's*
*business records, the Division of Revenue attests*
*that the last available annual report for the*
*above referenced Domestic Limited Liability Company*
*was filed on  02/20/2007.*

    *Said report reflects the following as officers/directors*
*of the business:*

        *Alexander   V  Mojnov    Chief Exec. Officer (Ceo)*
        *504 Florida Grove Rd*
        *Keasbey, NJ 08832*

    *Our records also reflect that the current registered*
*agent/office and business addresses are:*

*Registered Agent/Office*
 *Alexander Mojnov*
*504 Florida Grove Rd*
*Keasbey, NJ 08832*

*Continued on next page . . .*

**McKenney Att. M**
**Page 24**

*STATE OF NEW JERSEY*
*DIVISION OF REVENUE*
*ANNUAL REPORT STATUS*

*NEW WORLD ENTERPRIZES LLC*

<u>*Main Business Address*</u>
*504 Florida Grove Rd*
*Keasbey, NJ 08832*

<u>*Principal Business Address*</u>
*504 Florida Grove Rd.*
*Keasbey, NJ 08832*

*Produced by the Corporate Records Unit*
*New Jersey Division of Revenue*
*27th day of January, 2010*



## Jay Dardenne
### SECRETARY OF STATE

*As Secretary of State of the State of Louisiana I do hereby Certify that*

the attached document(s) of

**PARTS IMPORTS LLC**

are true and correct and are filed in the Louisiana Secretary of State's Office.

```
36305754K   ORIGF    11/7/2006    2 page(s)
36877132    08 AR    10/24/2008   1 page(s)
```

In testimony whereof, I have hereunto set my
hand and caused the Seal of my Office to be
affixed at the City of Baton Rouge on,

January 27, 2010

*Secretary of State*

AG 36305754K

Certificate ID: 10040444#U9E40
To validate this certificate, visit the following
web site, go to **Commercial Division,
Certificate Validation**, then follow the
instructions displayed.
**www.sos.louisiana.gov**

**McKenney Att. M
Page 26**

Nov  7 2006  20:42

| Al Ater<br>Secretary of State<br> | **ARTICLES OF ORGANIZATION**<br>(R.S. 12:1301) |
|---|---|
| Domestic Limited Liability Company<br>Enclose $75.00 filing fee<br>Make remittance payable to<br>Secretary of State<br>*Do not send cash* | Return to: Commercial Division<br>P O. Box 94125<br>Baton Rouge, LA 70804-9125<br>Phone (225) 925-4704<br>Web Site: www.sos.louisiana.gov |

STATE OF __Louisiana__          Check one:  (X) Business  ( ) Nonprofit

PARISH/COUNTY OF  __Washington County__

1. The name of this limited liability company is :  **Parts Imports LLC**

2. This company is formed for the purpose of: (check one)

   (X)   Engaging in any lawful activity for which limited liability companies may be formed.

   ( )   _____
                     (use for limiting activity)

3. The duration of this limited liability company is : (may be perpetual)  **perpetual**

4. Other provisions: _____

   _____

   _____

   _____

              Signatures:  _~~Sonja Johnson~~_
                           Sonja Johnson

On this __1st__ day of __November__ , 200_6_ before me, personally appeared _____
_____ Sonja Johnson _____ , to me known to be the person described in and who
executed the foregoing instrument, and acknowledged that he/she executed it as his/her free act and deed.
**NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #**

              _~~signature~~_
                   Notary Signature
              McKelle M. Goode

SS3465 Rev 08/03                                    [See instructions on back]

Nov  7 2006  20:42

| | |
|---|---|
| **Al Ater**<br>**Secretary of State**<br> | **LIMITED LIABILITY COMPANY INITIAL REPORT**<br>(R.S. 12:1305 (E)) |

1. The name of this limited liability company is .      **Parts Imports LLC**

2. The location and municipal address, not a post office box only, of this limited liability company's registered office
   617 Elm Dr., Bogalusa, Louisiana, 70427

3. The full name and municipal address, not a post office box only, of each of this limited liability company's registered agent(s) is/are:
   Sonja Johnson, 617 Elm Dr., Bogalusa, Louisiana, 70427

4. The names and municipal addresses, not a post office box only, of the first managers, or the members:
   Sonja Johnson, 617 Elm Dr., Bogalusa, Louisiana, 70427

To be signed by each person who signed the articles of organization.

Sonja Johnson

## AGENT'S AFFIDAVIT AND ACKNOWLEDGEMENT OF ACCEPTANCE

I hereby acknowledge and accept the appointment of registered agent for and on behalf of the above named limited liability company.

Registered agent(s) signature(s)

Sonja Johnson

Sworn to and subscribed before me, the undersigned Notary Public, on this date: **11/1/06**
NOTARY NAME MUST BE TYPED OR PRINTED WITH NOTARY #

Michelle M. Goode
Notary Signature    065 06
Michelle M. Goode

(See instructions on back)

**McKenney Att. M**<br>**Page 28**

# Electronic Articles of Organization
## For
# Florida Limited Liability Company

L06000106681
FILED 8:00 AM
November 02, 2006
Sec. Of State
alunt

## Article I

The name of the Limited Liability Company is:

SMI IMPORTS, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

2329 N. TAMIAMI TR.
APT. #10
SARASOTA, FL.   34234

The mailing address of the Limited Liability Company is:

2329 N. TAMIAMI TR.
APT. #10
SARASOTA, FL.   34234

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS.

## Article IV

The name and Florida street address of the registered agent is:

SERGEI  MARCHENKO
2329 N. TAMIAMI TR.
APT. 10
SARASOTA, FL.   34234

Having been named as registered agent and to accept service of process
for the above stated limited liability company at the place designated
in this certificate, I hereby accept the appointment as registered agent
and agree to act in this capacity.  I further agree to comply with the
provisions of all statutes relating to the proper and complete performance
of my duties, and I am familiar with and accept the obligations of my
position as registered agent.

Registered Agent Signature:  SERGEI MARCHENKO

**McKenney Att. M
Page 29**

## Article V

The name and address of managing members/managers are:

L06000106681
FILED 8:00 AM
November 02, 2006
Sec. Of State
alunt

Title:  MGR
SERGEI  MARCHENKO
2329 N. TAMIAMI TR., APT. 10
SARASOTA, FL.   34234

Signature of member or an authorized representative of a member

Signature: SERGEI MARCHENKO

# *STATE OF NEW YORK*

# *DEPARTMENT OF STATE*

I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.



WITNESS my hand and official seal of the Department of State, at the City of Albany, on January 27, 2010.

Daniel E. Shapiro
First Deputy Secretary of State

Rev. 06/07

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
41 State Street
Albany, NY 12231
www.dos.state.ny.us

**080226000084**

*(This form must be printed or typed in black ink)*

## ARTICLES OF ORGANIZATION
## OF

SVT Services, LLC
*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is: SVT Services, LLC

**SECOND:** The county within this state in which the office of the limited liability company is to be located is: Kings

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

Sergei Tretyakov
800 E. 13th Street, Apt. K
Brooklyn, NY 11230

*(signature of organizer)*

Sheilah King
*(print or type name of organizer)*

DOS-1336 (Rev. 3/03)

**McKenney Att. M**
**Page 32**

02/25/2008   13:23   7023872585                    MILLIONSAVE.COM                    PAGE  04

0 8 0 2 2 6 0 0 0 0 8 4

## ARTICLES OF ORGANIZATION
### OF

SUT Services. LLC
*(Insert name of Limited Liability Company)*

Under Section 203 of the Limited Liability Company Law

_____

Filed by:  Eastbiz.com.Inc. - Sheryl
*(Name)*

5348 Vegas Drive
*(Mailing address)*

Las Vegas. NV  89108
*(City, State and ZIP code)*

NOTE: • This form was prepared by the New York State Department of State for filing articles of organization for a
domestic limited liability company. It does not contain all optional provisions under the law. You are not required to use
this form. You may draft your own form or use forms available at legal stationery stores. The Department of State
recommends that legal documents be prepared under the guidance of an attorney. The certificate must be submitted with
a $200 filing fee made payable to the Department of State.

/ CC

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED   FEB 2 6 2008

TAX $ _____

BY: _____ KrA

2008 FEB 26  AM 9:37

DOS-1336 (Rev. 04/07)   2008 FEB 25  PM 2:07

RECEIVED

094

# PX  2

**DECLARATION OF DENNIS DAY**
**PURSUANT TO 28 U.S.C. § 1746**

I, Dennis Day, hereby declare as follows:

1.　　My name is Dennis Day.  I am over the age of 18 and reside in Coram, New York

2.　　I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would competently testify to the facts stated herein.

3.　　I have been employed by First Data Merchant Services Corporation ("FDMS") since February 2, 2006 and have been a Senior Manager in the Security/Risk Management Department since 2008.  My business address is 1307 Walt Whitman Road, Melville, NY 11747.  As a Senior Manager in the Security/Risk Department, I am responsible for reviewing merchant accounts and managing the risk associated with FDMS merchant accounts as well as FDMS affiliated entity merchant accounts (collectively referred to hereafter as "First Data").  I utilize proprietary and industry computer systems and software to track the input, transfer and settlement of credit card transactions First Data acquires from merchant customers nationwide.

4.　　First Data is a provider of electronic commerce and payment solutions for merchants, financial institutions, and card issuers globally. First Data is organized into four primary segments, including Merchant Services.  Merchant Services provides merchant acquiring and processing services to over 3.1 million merchants.  Merchant Services facilitates merchants' ability to accept credit and debit cards by authorizing and settling merchants' credit, debit, and loyalty card transactions.

5.　　The 110 merchant accounts, identified in the spreadsheet attached as **Att. A,** were opened at First Data.  I have reviewed and confirmed that the spreadsheet attached hereto as **Att. A** provides true and correct information as of February 2, 2010.

6.　　The 110 merchant accounts were opened online through First Data's online application process.  Specifically, the merchant accounts starting with 267 were online applications ("OLA") submitted through Cardservice International Inc. d/b/a First Data Independent Sales and the merchant accounts starting with 481 were submitted online through Wells Fargo Merchant Services LLC.  The online applications require information, such as the legal name of business, business address, the business tax ID number, merchant website address, and the principal's name, address, and social security number.  These applications are submitted online and First Data captures the IP address of the applicant. Attached hereto as **Att. B** is a true and correct copy of a merchant application submitted by a merchant, GFDL.  Once merchant applications are submitted, First Data conducts due diligence on the information submitted.

1

7.   The 110 merchant accounts grossed over $9.6 million in sales on approximately 1,286,684 credit and debit cards from 2006. Over 76,889 cardholders, however, disputed the charges by the 110 merchants.

8.   Chargebacks and returns totaled approximately $720,030, resulting in net sales of $8,941,655 and average chargeback rate of 6.2%. Consumers dispute a debit or credit card transaction in certain circumstances for a number of reasons, such as a situation where a cardholder did not give authority for the merchant to submit the transaction or a merchant did not deliver the good or service as promised. First Data reviewed the reason for the chargebacks and returns on the 110 merchant accounts. First Data found that the primary reason for the disputes was because consumers did not authorize the charges.

9.   Chargeback rates above 1% or greater are considered excessive under Visa and MasterCard Association Rule guidelines. The average chargeback rate of 6.2% on the 110 merchant accounts greatly exceeds the acceptable chargeback level.

10.  While the chargeback rate of 6.2% is above acceptable levels, the chargeback rate is still low considering that the charges were unauthorized charges. Based on my experience, consumers do not typically go through the process of requesting chargebacks if the amount of loss is only a few dollars or cents. Because each charge from the merchant accounts ranged from 20 cents to $10, most consumers likely did not request a chargeback, because the amount of loss is small or they simply did not notice the small charge on the debit or credit card statements.

12.  In addition, the respective issuing banks may not have charged back the transactions due to the transaction amount because from a cost perspective a courtesy waiver of the charge would be less expensive than to process a full chargeback.

13.  As of the date of the Declaration, First Data incurred a total loss of $330,757.52. This includes not only the expenses that First Data incurred in processing the chargebacks and the chargebacks themselves, but also the additional costs incurred due to non-payment of discount fees and monthly statement fees that these merchants failed to fund.

14.  First Data typically reviews merchant accounts when First Data receives high volume of chargeback requests and/or fraud disputes. First Data has reviewed the activity for some of the 110 merchant accounts and identified them as possible fraud account. For example, in September 26, 2008, First Data investigated twenty of the merchants and linked them together as possible fraud type called "Bulgarian" fraud. The investigation uncovered that all phone numbers listed on the accounts linked to generic voicemail boxes that were either full or disconnected. Attached hereto as **Att. C** is a true and correct copy of First Data's notes about the merchant, Rasna Inc., and the other merchant accounts associated with this particular investigation.

15.  First Data also discovered while reviewing these merchant accounts that some merchant applications used the names of identity theft victims to apply for the merchant accounts.

2

First Data learned that these victims never applied for merchant accounts when First Data contacted these merchants and determined that they were victims of identity theft. Attached hereto as **Att. D** are true and correct copies of First Data's notes concerning the merchant accounts of GFDL, Presi, Design Group, and United Services, which were all opened with identity theft victims' names.

16.     On or about January 22, February 18, February 24, March 6, March 9, April 14, and November 13, 2009, pursuant to Civil Investigative Demands issued by the Federal Trade Commission ("FTC"), First Data sent account records, bates-stamped FD-FTC-000001 - FD-FTC-014837 and FD000001 - FD 005495, for over a hundred merchant accounts to the FTC. These account records included account applications, notes, statements, sales, and chargeback volumes. These account records were made at or near the time of the occurrence of the matters, were kept in the course of the regularly conducted activity, and were made by the regularly conducted activity as a regular practice.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on _February 24_, 2010

Dennis Day
Senior Manager, Security/Risk Department
First Data Merchant Services Corporation

3

# ATT. A

| Merchant Name | Merchant Number | Prior Gross | $ Gross | # | Returns | # of chargebacks | Chargebacks | Net Proceeds | Fee | Percentage of Returns/CB |
|---|---|---|---|---|---|---|---|---|---|---|
| ACM | 267309917884 | 76,623 | $697,344.70 | 3253 | -$32,042.05 | 710 | -$6,838.72 | $658,463.93 | $9.10 | 5.17% |
| ACM | 481311323994 | 12,977 | $127,823.45 | 668 | -$6,579.80 | 182 | -$1,792.70 | $119,450.95 | $9.85 | 6.55% |
| Adele Services | 267311231885 | 65,519 | $28,886.34 | 15 | -$134.36 | 24 | -$75.63 | $28,676.35 | $0.44 | 0.06% |
| Advanced Global Tech | 267375002883 | 150 | $1,348.54 | 0 | -$0.00 | 0 | $0.00 | $1,348.54 | $8.99 | 0.00% |
| AEI | 481312262993 | 1,756 | $18,213.20 | 45 | -$479.50 | 16 | -$189.20 | $17,564.50 | $10.37 | 3.47% |
| Albion Group | 481702497993 | 1,052 | $9,538.92 | 5 | -$45.15 | 1 | -$9.81 | $9,484.16 | $9.07 | 0.57% |
| Alpha Cell | 267310733881 | 1,789 | $16,130.28 | 24 | -$221.49 | 39 | -$354.97 | $15,553.82 | $9.12 | 3.56% |
| ALS | 267300832881 | 78,966 | $711,337.62 | 3244 | -$31,629.65 | 816 | -$7,111.93 | $672,596.04 | $9.01 | 5.14% |
| ALS | 481311131991 | 10,181 | $99,263.95 | 903 | -$8,804.25 | 129 | -$1,257.75 | $89,201.95 | $9.75 | 10.14% |
| BEI | 267665163882 | 3,594 | $33,422.90 | 74 | -$688.55 | 40 | -$372.15 | $32,362.20 | $9.30 | 3.17% |
| BIT | 481311237996 | 13,529 | $133,260.85 | 680 | -$6,698.00 | 218 | -$2,147.32 | $124,415.33 | $9.85 | 6.64% |
| BIT | 267306270880 | 10,418 | $102,617.30 | 496 | -$4,885.60 | 212 | -$2,198.99 | $95,532.71 | $9.85 | 6.80% |
| BoxConn | 267686410882 | 8,812 | $78,867.40 | 467 | $4,179.65 | 278 | -$2,488.36 | $80,558.69 | $8.95 | 8.45% |
| BusinessWorks | 267302270884 | | | | | | | | | |
| Center Company | 267687653886 | 17,815 | $161,876.90 | 1620 | -$14,713.85 | 368 | -$3,344.65 | $143,818.40 | $9.09 | 11.16% |
| Centri Limited | 267685002883 | 63,869 | $197,482.37 | 1665 | -$16,148.85 | 526 | -$3,981.68 | $177,351.84 | $3.09 | 3.43% |
| Centrum Group | 267311150887 | 1,291 | $11,665.93 | 17 | -$153.52 | 23 | -$213.33 | $11,299.08 | $9.04 | 3.10% |
| CFM | 267961690885 | 37,853 | $369,066.76 | 1877 | -$18,300.76 | 488 | -$4,758.17 | $346,007.83 | $9.75 | 6.25% |
| CFM | 481310452992 | | | | | | | | | |
| CFR | 267924606887 | | | | | | | | | |
| COS | 481311985990 | 4,362 | $42,747.60 | 228 | -$2,234.40 | 44 | -$431.20 | $40,082.00 | $9.80 | 6.24% |
| COS | 267600224388 | 6,192 | $60,681.60 | 316 | -$3,096.80 | 74 | -$725.21 | $56,859.59 | $9.80 | 6.30% |
| Data Services | 267687927884 | 11,144 | $104,752.95 | 396 | -$3,722.95 | 208 | -$1,954.99 | $99,075.01 | $9.40 | 5.42% |
| Den Enterprises | 481312797998 | 28,105 | $269,809.30 | 1535 | -$14,736.45 | 516 | -$4,952.85 | $250,120.00 | $9.60 | 7.30% |
| Design Group | 267943192885 | 1,481 | $14,071.65 | 3 | -$28.35 | 24 | -$227.85 | $13,815.45 | $9.50 | 1.82% |
| Dgen | 267614312887 | 21,927 | $197,107.62 | 1340 | -$12,045.58 | 797 | -$7,184.27 | $177,877.77 | $8.99 | 9.75% |
| Digest Limited | 267311044882 | 1,444 | $12,875.88 | 23 | -$209.74 | 22 | -$199.07 | $12,467.07 | $8.92 | 3.12% |
| Don Partners | 267647793889 | 8,018 | $76,173.45 | 228 | -$2,166.45 | 80 | -$760.00 | $73,247.00 | $9.50 | 3.84% |
| DwellTech | | | | | | | | | | |
| Edge | 267684124881 | 20,320 | $191,009.00 | 1716 | -$16,130.85 | 385 | -$3,618.57 | $171,259.58 | $9.40 | 10.34% |
| EPI | 481311861993 | 5,974 | $57,650.70 | 281 | -$2,711.25 | 70 | -$675.20 | $54,264.25 | $9.65 | 5.88% |
| EPI | 267506686885 | 11,880 | $114,644.15 | 451 | -$4,352.10 | 176 | -$1,899.03 | $108,593.02 | $9.65 | 5.28% |

DAY ATT. A

| Merchant Name | Merchant Number | # of Sales | $ of Sales | # of Returns | $ of Returns | # of chargebacks | $ chargebacks | Net Sales | Avg Sale | Chargeback & Returns Ratio |
|---|---|---|---|---|---|---|---|---|---|---|
| EST Company | 267664341886 | 72,826 | $322,205.37 | 1862 | -$17,503.10 | 719 | -$5,376.36 | $299,325.91 | $4.42 | 3.54% |
| ESTA | 267617740889 | 5,040 | $49,393.05 | 121 | -$1,185.55 | 66 | -$646.70 | $47,560.80 | $9.80 | 3.71% |
| Eureka | 267644740883 | 6,623 | $59,279.05 | 373 | -$3,338.47 | 155 | -$1,387.43 | $54,553.15 | $8.95 | 7.97% |
| Extra Path | 267966206889 | 1,410 | $12,542.94 | 12 | -$108.70 | 24 | -$215.27 | $12,218.97 | $8.90 | 2.55% |
| Form Limited | 267683481886 | 13,959 | $136,796.00 | 484 | -$4,743.20 | 386 | -$3,782.09 | $128,270.71 | $9.80 | 6.23% |
| Foto Fast | 267961175887 | | | | | | | | | |
| Gamma | 267687772884 | 16,671 | $153,375.75 | 1617 | -$14,877.20 | 380 | -$3,494.83 | $135,003.72 | $9.20 | 11.98% |
| GFDL | 267310930883 | 65,528 | $13,512.56 | 5 | -$44.29 | 44 | -$18.11 | $13,452.16 | $0.21 | 0.07% |
| GLOBO | 267310692889 | 1,549 | $14,033.70 | 31 | -$282.61 | 37 | -$332.02 | $13,419.07 | $9.06 | 4.39% |
| Green Stone | 267965070886 | 1,387 | $12,442.09 | 8 | -$74.11 | 34 | -$301.45 | $12,066.53 | $8.97 | 3.03% |
| Harry Dean | 267507330889 | 23,669 | $212,603.20 | 1986 | -$17,836.10 | 766 | -$6,787.97 | $187,979.13 | $8.98 | 11.58% |
| HBS | 267616772880 | 46,377 | $437,167.45 | 1623 | -$15,298.95 | 739 | -$7,003.54 | $414,864.96 | $9.43 | 5.09% |
| Home Port | 267645607883 | 11,551 | $113,200.65 | 525 | -$5,143.25 | 112 | -$1,098.64 | $106,958.76 | $9.80 | 5.51% |
| Homebase | 267645845889 | 11,577 | $112,255.90 | 535 | -$5,188.60 | 138 | -$1,339.19 | $105,788.11 | $9.70 | 5.81% |
| ICH Services | 481312789995 | 9,352 | $91,651.05 | 259 | -$2,538.30 | 62 | -$597.97 | $88,514.78 | $9.80 | 3.43% |
| IHS | 48131191996 | 2,402 | $23,572.90 | 184 | -$1,912.80 | 123 | -$1,271.35 | $20,788.75 | $9.98 | 12.78% |
| IHS | 267508838880 | 5,861 | $59,979.45 | 301 | -$3,139.45 | 174 | -$1,806.30 | $55,033.70 | $10.23 | 8.10% |
| Image Company | 267942720884 | 13,417 | $130,145.85 | 1429 | -$13,862.75 | 304 | -$2,948.99 | $113,334.11 | $9.70 | 12.92% |
| Image Services | 267943112883 | 7,637 | $71,026.65 | 218 | -$2,026.85 | 134 | -$2,025.76 | $67,754.04 | $9.30 | 4.61% |
| IPS | 267308711881 | 101,231 | $451,711.53 | 2328 | -$22,851.05 | 816 | -$7,299.00 | $421,561.40 | $4.46 | 3.11% |
| IPS | 48131303996 | 12,781 | $125,892.85 | 825 | -$8,126.25 | 174 | -$1,713.90 | $116,052.70 | $9.85 | 7.82% |
| ISSO | 267684291888 | 20,595 | $195,641.95 | 1778 | -$16,888.95 | 424 | -$4,019.90 | $174,733.10 | $9.50 | 10.69% |
| IVA | 267650585883 | 5,900 | $60,601.00 | 340 | -$3,583.00 | 202 | -$2,119.10 | $54,898.90 | $10.27 | 9.19% |
| Lang Group | 267311081884 | 1,470 | $11,855.16 | 11 | -$87.93 | 22 | -$180.24 | $11,586.99 | $8.06 | 2.24% |
| Light Flow | 267310635888 | 1,263 | $12,362.61 | 8 | -$72.75 | 23 | -$207.37 | $12,082.49 | $9.79 | 2.45% |
| Link Group | 267942565883 | 13,851 | $130,196.85 | 1497 | -$14,070.30 | 313 | -$2,941.59 | $113,184.96 | $9.40 | 13.07% |
| Link Services | 267683345883 | 19,024 | $172,863.65 | 1880 | -$17,079.45 | 387 | -$3,517.89 | $152,266.31 | $9.09 | 11.92% |
| List Services | 267687914882 | 1,266 | $12,152.45 | 15 | -$144.30 | 23 | -$220.10 | $11,788.05 | $9.60 | 3.00% |
| Logo Services | | | | | | | | | | |
| Mark Silver | 267311530880 | 1,794 | $16,223.52 | 31 | -$279.55 | 35 | -$318.69 | $15,625.28 | $9.04 | 3.65% |
| MARX | 267943610886 | 317 | $3,086.40 | 1 | -$9.70 | 7 | -$68.50 | $3,008.20 | $9.74 | 2.52% |
| Mera | 267942929883 | 13,410 | $131,417.55 | 1410 | -$13,819.15 | 324 | -$3,175.25 | $114,423.15 | $9.80 | 12.93% |

DAY ATT. A

| Merchant Name | Merchant Number | # Sales | Net (Gross) Sales | # Returns | $ Returns | # Chargebacks | $ Chargebacks | | Average Value | % Chargebacks and Returns |
|---|---|---|---|---|---|---|---|---|---|---|
| MFG | 267507748882 | 4,475 | $41,393.75 | 297 | -$2,747.25 | 55 | -$508.84 | $38,137.66 | $9.25 | 7.87% |
| Name Services | 267883373885 | 2,842 | $26,144.60 | 115 | -$1,057.35 | 40 | -$368.05 | $24,719.20 | $9.20 | 5.45% |
| NETT | 267311185883 | 1,561 | $14,137.76 | 21 | -$189.71 | 32 | -$287.61 | $13,660.44 | $9.06 | 3.40% |
| New Eight | 267966919883 | 1,323 | $12,056.73 | 52 | -$477.64 | 23 | -$213.00 | $11,366.09 | $9.11 | 5.67% |
| Office Development | 267942975884 | 9,912 | $91,183.50 | 1181 | -$10,864.70 | 337 | -$3,098.17 | $77,220.63 | $9.20 | 15.31% |
| Office Services | 267671341886 | 7,772 | $75,385.15 | 227 | -$2,201.90 | 145 | -$1,405.75 | $71,777.50 | $9.70 | 4.79% |
| OM Extra | 267985813889 | 125 | $1,154.80 | 0 | $0.00 | 2 | -$17.85 | $1,136.95 | $9.24 | 1.60% |
| ONE | 481312347892 | 620 | $5,016.60 | 2 | -$18.30 | 4 | -$33.00 | $4,985.30 | $8.09 | 0.97% |
| Online Group | 481313137996 | 24,510 | $232,841.95 | 1759 | -$18,712.10 | 638 | -$6,060.41 | $210,069.44 | $9.50 | 9.78% |
| PHP | 481312363999 | 2 | $18.50 | 1 | -$9.25 | 0 | $0.00 | $9.25 | $9.25 | 50.00% |
| Pro Services | 267311307883 | 1,422 | $11,581.26 | 17 | -$139.58 | 15 | -$122.80 | $11,318.88 | $8.14 | 2.25% |
| Presi | 481702494990 | 1,657 | $15,133.47 | 12 | -$108.04 | 19 | -$173.88 | $14,851.55 | $9.13 | 1.87% |
| Rasna | 267680363889 | 8,554 | $76,581.63 | 479 | -$4,287.34 | 269 | -$2,407.55 | $69,866.74 | $8.95 | 8.74% |
| RSIPartners | 481313640889 | | | | | | | | | |
| RSIPartners | 481309131995 | | | | | | | | | |
| Safeworks | 267999860880 | | | | | | | | | |
| Search Company | 267883507888 | 1,373 | $12,769.75 | 15 | -$139.60 | 33 | -$307.10 | $12,323.05 | $9.30 | 3.50% |
| Search Group | 267689321888 | 1,238 | $12,133.15 | 5 | -$48.85 | 30 | -$294.35 | $11,789.95 | $9.80 | 2.83% |
| Search Management | 267685133881 | 11,870 | $112,759.50 | 600 | -$5,698.20 | 253 | -$2,404.46 | $104,656.84 | $9.50 | 7.19% |
| Search Services | 267670759880 | 5,542 | $51,535.45 | 151 | -$1,403.40 | 125 | -$1,162.70 | $48,969.35 | $9.30 | 4.98% |
| SFR | 481312104997 | 3,368 | $33,343.20 | 139 | -$1,376.10 | 58 | -$574.20 | $31,392.90 | $9.30 | 5.85% |
| Sigma | 267689038888 | 14,984 | $145,156.00 | 1419 | -$13,763.80 | 319 | -$3,093.36 | $128,298.84 | $9.70 | 11.61% |
| Site Development | 267683903889 | 1,274 | $12,232.80 | 14 | -$134.25 | 34 | -$326.25 | $11,772.30 | $9.60 | 3.77% |
| Site Group | 267689007883 | 1,283 | $12,187.40 | 0 | $0.00 | 17 | -$161.65 | $12,025.75 | $9.50 | 1.33% |
| Site Management | 267671673882 | 143 | $1,273.55 | 0 | $0.00 | 2 | -$17.80 | $1,255.75 | $8.91 | 1.40% |
| Site Services | 267675139880 | - | $0.00 | 0 | $0.00 | 0 | $0.00 | $0.00 | | 0.00% |
| Site Services | 267672845885 | 16,162 | $147,066.15 | 485 | -$4,413.85 | 529 | -$4,812.91 | $137,839.39 | $9.10 | 6.27% |
| Source Limited | 267943563887 | 13,449 | $129,109.60 | 1406 | -$13,497.25 | 318 | -$3,051.17 | $112,561.18 | $9.60 | 12.82% |
| Standard Six | 267966442886 | 36 | $384.75 | 0 | $0.00 | 3 | -$28.80 | $335.95 | $10.13 | 8.33% |
| SYS | 481312391990 | 2 | $19.20 | 0 | $0.00 | 0 | $0.00 | $19.20 | $9.60 | 0.00% |
| System Development | 287671124886 | 22,371 | $214,762.35 | 1575 | -$15,120.60 | 475 | -$4,559.76 | $195,081.99 | $9.60 | 9.16% |

DAY ATT. A

| Merchant Name | Account Number | # Sales | $ Sales | # Refunds | $ Refunds | # Chargebacks | $ Chargebacks | Net Sales | Per Sale | Chargeback to Sale % |
|---|---|---|---|---|---|---|---|---|---|---|
| Terra | 287671118888 | 8,614 | $78,249.05 | 258 | -$2,343.65 | 150 | -$1,362.45 | $74,542.95 | $9.08 | 4.74% |
| THQ | 481311920997 | 4,268 | $43,031.80 | 140 | -$1,437.00 | 164 | -$1,669.42 | $39,925.38 | $10.08 | 7.12% |
| THQ | 267500309881 | 5,032 | $52,081.20 | 266 | -$2,753.10 | 191 | -$1,976.85 | $47,351.25 | $10.35 | 9.08% |
| TIMO | 267311010883 | 1,543 | $14,791.01 | 18 | -$165.84 | 19 | -$173.64 | $14,451.53 | $9.59 | 2.40% |
| TLC | 267506003883 | 4,138 | $47,587.00 | 184 | -$2,116.00 | 161 | -$1,851.50 | $43,619.50 | $11.50 | 8.34% |
| TLC | 481311811991 | 3,541 | $40,721.50 | | | | | $40,721.50 | $11.50 | |
| Union Green | 267308476881 | 18,754 | $167,848.30 | 1299 | -$11,626.38 | 269 | -$2,417.98 | $153,803.94 | $8.95 | 8.36% |
| United Services | 267943468889 | 1,703 | $15,494.00 | 17 | -$154.45 | 24 | -$218.50 | $15,121.05 | $9.10 | 2.41% |
| VIVOS | 267311669886 | 1,471 | $11,780.22 | 9 | -$71.66 | 22 | -$176.57 | $11,531.99 | $8.01 | 2.11% |
| WELLE | 267311449883 | 1,462 | $13,013.19 | 16 | -$141.01 | 13 | -$114.70 | $12,757.48 | $8.90 | 1.98% |
| Will Services | 481313134993 | 3,786 | $36,348.50 | 115 | -$1,104.55 | 67 | -$643.40 | $34,600.55 | $9.60 | 4.81% |
| World Development | 481313139992 | 3,901 | $36,671.30 | 110 | -$1,034.30 | 67 | -$629.55 | $35,007.45 | $9.40 | 4.54% |
| World Trade | 481312793997 | 25,554 | $247,867.05 | 1591 | -$15,433.75 | 613 | -$5,946.85 | $226,486.45 | $9.70 | 8.62% |
| World Wide Services | 287647187884 | 7,850 | $75,380.55 | 409 | -$3,927.15 | 74 | -$710.05 | $70,723.35 | $9.60 | 6.15% |
| YES | 481312276993 | 458 | $4,217.60 | 3 | -$27.60 | 3 | -$27.60 | $4,162.40 | $9.21 | 1.31% |

DAY ATT. A

# ATT.  B

 **FIRST DATA**

## Merchant Application Summary

 **CARDSERVI**

Program Code 3607

### MERCHANT INFORMATION

| Legal Name of Business | DBA (doing business as) (only 22 characters including spaces) |
|---|---|
| GFDL | GFDL |

| Street Address (Physical address—no P.O. Boxes) | City | State | ZIP |
|---|---|---|---|
| 5601 Bridge St,Suite 300 | Fort Worth | TX | 76112 |

| Mailing Address (If different from Street Address) | City | State | ZIP |
|---|---|---|---|

| Business Telephone | Business Fax Telephone | Merchant Customer Service Telephone | Tax ID No. (Required—9 digits) |
|---|---|---|---|
| 8007299176 | 8007299176 | 8007299176 | 760028104 |

| Merchant E-Mail | Merchant Customer Service E-Mail |
|---|---|
| support@gfdlsite.com | support@gfdlsite.com |

| ISP/CSP E-Mail | Merchant URL |
|---|---|
| | www.gfdlsite.com |

| List Type of Business/Products/Services Sold and How (Be specific) | Authorized Business Rep |
|---|---|
| RADIO,TELEVISION, & STERO | L  H |

### OWNERSHIP

51% ownership for a corporation, 100% ownership for a partnership or proprietorship, must be accounted for on the application

☐ Sole Proprietorship  ☐ Private Corporation  ☑ Public Corporation  ☐ Government (Federal/state/local)
☐ Medical or Legal Corporation  ☐ International Organization  ☐ Partnership  ☐ Limited Liability Company
☐ Nonprofit Corporation  ☐ Associations/Estates and Trusts  ☐ Tax-Exempt Organization (501C)

| Principal's Name | Ownership % | Title | Home Telephone |
|---|---|---|---|
| L  H | 100 | president | 832 |

| Date of Birth (mm/dd/yy) (Required) | Social Security No. (Required) |
|---|---|

| Street Address (Physical address—no P.O. Boxes) | City | State | ZIP |
|---|---|---|---|
| | | TX | 77009 |

| Second Principal's Name | Ownership % | Title | Home Telephone |
|---|---|---|---|

| Date of Birth (mm/dd/yy) (Required) | Social Security No. (Required) |
|---|---|

| Street Address (Physical address—no P.O. Boxes) | City | State | ZIP |
|---|---|---|---|

### SETTLEMENT ACCOUNT

We will automatically debit your Settlement Account from time to time for any amounts owed to us under the Merchant Agreement.

| Bank Name | Transit Routing No. | Account No. | Telephone | Bank Contact |
|---|---|---|---|---|
| | 111000025 | 1196 | | |

### MASTERCARD, VISA & SECURE NETWORK MARKETING METHOD / GATEWAY

| Combined Estimated Monthly Volume | $ 28000 | ☑ LinkPoint Secure Payment Gateway Fee $ 25.00 | LinkPoint Cart Fee | $ N/A |
|---|---|---|---|---|
| Typical Ticket/Sales Amount | $ 22 | LinkPoint Gateway Transaction Fee $ 0.00 | LinkPoint Cart No. Units | |

### AMERICAN EXPRESS (AMEX) (Charged on American Express Statement)

| Initials _____ | ☐ New | ☐ Existing | Existing AMEX Merchant No.: _____ |
|---|---|---|---|

| Franchise Name _____ | Cap No._____ | ☐ AMEX Split Dial (Lodging, Auto Rental and Restaurant Only) |
|---|---|---|

| AMEX Discount Rate | 3.50 % | Estimated AMEX: Average Ticket | $_____ |
|---|---|---|---|

| AMEX Monthly Fee | $ 5.95 | Annual Volume | $_____ |
|---|---|---|---|

*See section 10.1 of your Merchant Agreement for Merchant applicability.

### DISCOUNT RATES FOR MASTERCARD, VISA, DISCOVERY NETWORK / OTHER FEES

| Qualified Rate | | | | Chargeback Fee (per item) | $ 30.00 |
|---|---|---|---|---|---|
| | Credit | 2.39 % | | Checking Account Change Fee | $ 25.00 |
| | Signature Debit | 2.39 % | | ACH Reject Fee | $ 25.00 |
| Mid-Qualified Rate | | | | **MONTHLY FEES** | |
| Credit: | Qualified Rate plus | N/A % | + $ N/A | Monthly Minimum Fee for MasterCard/Visa/Discover* Network | $ 25.00 |
| Non-PIN Debit: | Qualified Rate plus | N/A % | + $ N/A | Monthly Customer Service Fee | $ 10.00 |
| Non-Qualified Rate | | | | Monthly Account Fee | $_____ |
| | | | | *Monthly Settlement Statement Fees:* | |
| Credit: | Qualified Rate plus | 1.95 % | + $ 0.13 | ☐ Paper—Standard merchant (after 3 months) | $ 9.95 |
| Non-PIN Debit: | Qualified Rate plus | 1.95 % | + $ 0.13 | ☐ Online (Must register at Mymerchantoffice.com) | $ 0.00 |

### AUTHORIZATION, AVS, AND BATCH FEES

| Authorization Fee for MasterCard/Visa/Discover* Network | $ 0.25 | Voice Auth Fee | $ 0.75 |
|---|---|---|---|
| Batch Settlement Fee | $ 0.25 | AVS Fee (per inquiry) | $ 0.05 |
| AMEX* (per auth) | $ 0.25 | *No AMEX Authorization fee is charged when Split Dial is selected. | |

| L  H | | 69.64.95.41 | 8/5/2008 |
|---|---|---|---|
| Print Name of Personal Guarantor | | Signature, as an individual  (IP Address) | Date |

© 2004-2007 Cardservice International. All rights reserved.  Page 1 of 1  c04070la

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247
FTC GID FN 082-3247

DAY ATT. B
FD-FTC-001281

# ATT. C

# Select Tasks

Wednesday March 18, 2009 20:05

Header

| | |
|---|---|
| Merch # | 267680363889 |
| DBA | RASNA |
| Legal | RASNA INC |
| Chain Code | 000000000000 |
| DBA City | SAN FRANCISCO |
| St | CA |
| SIC | 7399 |
| Keyed Dt | 06-DEC-2007 |
| # | 1 |
| Detect Dt | 26-SEP-2008 |
| # Addl Detect | 5 |
| Other Dept | NO |
| Rule Type | MANUAL |
| Category | RED FLAG |
| RMW Status | COMPLETE |
| Foreign Type | USD |
| Scr | 0 |
| Dept | |
| PR Bool | N |
| View Outlet | |

Task Type Name : ANALYST CHECKLIST

| Yes/No | Task Name | Details |
|---|---|---|
| YES | A) MERCHANT MASTER REVIEW | NO OTHER ACCOUNTS FOUND |
| YES | B) REVD CNTRACT/OFFICER CMMNTS | BUSINESS SERVICES, NOT EL |
| YES | C) PREVIOUS PROCESSOR | NO |

https://rmw.1dc.com/download/Rmw_Sc2_111_CCAS04103182009200536.html          3/18/2009

**DAY ATT. C**

FTC CID-FN 082-3247
FD-FTC-014752

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

| YES | D) IS ACCT IN REV IN OTHR DPT? | NO |
|-----|-------------------------------|----|
| YES | E) EVALUATE AUTHORIZATIONS | 28,764 # OF AUTHS FOR $257,449.38 YTD<br><br>8,891 # OF AUTHS DEC FOR $79,577.32 YTD<br><br>0.3091 % AMT DEC YTD |
| YES | F) FINANCIAL POS SCREEN REVWD | |
| YES | G) ORDERED/EVALUATED REAUTHS | NO REAUTHS APPLICABLE |
| YES | H) REV HIST (RMW/FTMS REVWS) | 1 MAINTAIN |
| YES | I) D & B REPORT PULLED | NO REPORT PULLED |
| YES | J) PERSONAL CRDT REPORT PULLED | NONE PULLED (USED TO TMF) |
| YES | K) OBTAINED BANK REFERENCE | NO |
| YES | L) VALIDATED TRANSACTIONS | NO |
| YES | M) F/E LIMITS CHECKED & RESET | FE - Y $$ |
| | | MERCHANT ON BOARD 06-DEC-2007<br>SIGNED FOR $10.00 A/T & $241M A/V<br>8,554 # OF SALES FOR $76,561.63 YTD<br>A/T OF $8.95 YTD<br>CREDIT RATIO 0.0560 YTD<br>CHARGEBACK RATIO 0.0159 YTD<br>1.0000% AMT KEYED YTD<br><br>LEXIS VERIFIED NO INFO<br>LONGEVITY - NONE<br>D&B REPORT - NONE<br><br>MERCHANT UNDER REVIEW FOR -—I suspect this is Bulgarian fraud. All recurring tickets, all fraud disputes -- let's move to confirm.<br><br>RULES FIRED ---- MANUAL PICK<br><br><br>9/26/08<br>-NOTIFICATION RECEIVED ---—<br>John, Lawrence,<br><br>I have uncovered what I suspect is one of the largest fraud |

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247<br>FD-FTC-014753

| | | |
|---|---|---|
| | | rings we¿ve ever found. Specifically, more than twenty open fraudulent accounts which have processed cumulative volume of more than $3,100,000.00 in the past twelve months. All the activity appears to be Bulgarian fraud which I discovered by examining an obscure rule in CAN (which we can discuss later).

Tom, Jennie,

I called the phone numbers on every single account, and the majority are generic voicemail boxes that are full (some already disconnected). I have placed all the accounts on hold and assigned them to you both for review. I want you to work together to find similarities (card numbers, DDA banks, sales agents, etc.) on these accounts. Please keep me posted on the status of your respective reviews.

There was only one account which I spotted that was currently in collections. I don¿t anticipate any significant net risk exposure, however, I was somewhat concerned about issuers eventually catching on to this scheme and potentially pressing this matter with the associations. |
| YES | N) SUMMARY/ANALYSIS | -REPLY FROM LL----
Agreed,

We are probably not looking at losses especially now that we have placed them on FE. Once you show me how you found this and after Tom and Jennie look for similarities, perhaps we can build a case to turn over to BIG who in turn can give to Secret service (if we have tangible data).

-THE MERCHANT BANKS WITH LIBETRTY BANK LOCATED IN EUGENE, OR

-WENT FOR $10.5M IN DEBITS

9/30/08
-TOTAL SECURED PRIOR TO DEBITS = $2,443.35

-AGENT NOTIFICATION SENT —
The above mentioned merchant account is currently under review. Merchant came into review due to a high volume of cardholder disputes for fraudulent transactions. Attempts at reaching the merchant have been unsuccessful. The merchant¿s phone number is an active line but it leads to an automated voice mail that does not allow you to leave a message. We believe that all sales processed are fraudulent and will be looking to secure and terminate this account.

-ACCOUNT CLOSED ON CAN / MERCHANT MANAGER / EMAIL SENT TO MERCHANT1
-SENT TERM LETTER VIA USPS |

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC-014754

Select Tasks

|  |  | -THE MERCHANT HAS PROCESSED ALL SMALL $ AMOUNT, AVERAGING $8.95 FOR EACH TRANSACTION |
|---|---|---|
|  |  | TOTAL SECURED = $7,693.35 |
|  |  | -BASED ON SMALL $ AMTS PROCESSED AND TOTAL SECURED.......RISK = RESERVE |
|  |  | -SAR HAS BEEN COMPLETED AND IS ATTACHED TO REVIEW |
|  |  | SECURE AND TERMINATE |
| YES | O) DECISION | SECURE AND TERMINATE |
| YES | P) IF TERMINATE CHK & PROCEED |  |
| YES | Q) GNF'D & ATTACHED TO REVIEW | YES |
| YES | R) TMF'D & ATTACHED TO REVIEW | YES |
| YES | S) SAR NEEDED? PROVIDE DETAIL | YES |
| YES | T) FCRA LETTER NEEDED? | NO |
| YES | U) ALLIANCE PARTNER NOTIFIED? | YES |
| YES | V) LEASE? IF Y, GO TO NXT STEP | NO |
| NO | W) AMNT OF LEASE COVERED? |  |
| NO | X) RESERVE STRATEGY % |  |
| NO | Y) PASTE AGENT NOTFCTN HERE*** |  |

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC-014755

# ATT. D

01/14/2009 20:31 FAX @002/030

Page 1 of 3

View Task Details

Wednesday, January 14, 2009 17:24

Header

| Field | Value | |
|---|---|---|
| Merch # | 267310930883 | |
| DBA | GFDL | |
| Legal | GFDL | |
| Chain Code | | 000000000000 |
| DBA City | FORT WORTH | |
| St | TX | |
| SIC | 5732 | |
| Keyed Dt | 05-JUN-2008 | |
| # | | 1 |
| Detect Dt | 18-NOV-2008 | |
| # Addl Detect | | 0 |
| Other Dept | NO | |
| Rule Type | MANUAL | |
| Category | RED FLAG | |
| RMW Status | COMPLETE | |
| Foreign Type | USD | |
| Scr | | 0 |
| Dept | | |
| PR Bool | N | |

https://rmw.1dc.com/download/RMW_SC2_121_FDM313601142009172403.html

1/14/2009

**DAY ATT. D**

FTC CID - FN 082-3247
FD-FTC-002730

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

01/14/2009 20:31 FAX                                                        ☒003/030

Page 2 of 3

View Task Details

View Outlet

Task Details

| Task Type Name | Task Name | Details |
|---|---|---|
| ANALYST CHECKLIST | A) MERCHANT MASTER REVIEW | NO RELATED |
| | B) REVD CNTRACT/OFFICER CMMNTS | FRAUD ID THEFT |
| | C) PREVIOUS PROCESSOR | NA |
| | E) EVALUATE AUTHORIZATIONS | 336M/22AT YTD 17M/.19C ATY |
| | G) ORDERED/EVALUATED REAUTHS | NO |
| | J) D & B REPORT PULLED | NO |
| | K) OBTAINED BANK REFERENCE | BANK OF AMERICA ALREADY CLOSED |
| | M) F/E LIMITS CHECKED & RESET | NO |
| | O) DECISION | TERM ID THEFT |
| | R) TMFD & ATTACHED TO REVIEW | TERM ID THEFT |
| | Q) GNFD & ATTACHED TO REVIEW | TERM ID THEFT |
| | P) IF TERMINATE CHK & | TERM ID THEFT |

https://rmw.1dc.com/download/RMW_SC2_121_FDM3136011420091 72403.html

1/14/2009

FTC CID - FN 082-3247
FD-FTC-002731
CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

01/14/2009 20:32 FAX          ☒ 004/030

View Task Details

Page 3 of 3

| | |
|---|---|
| PROCEED | |
| | MANAGER NOTES<br>This appears to be Bulgarian fraud -- let's move to mitigate our risk exposure.<br><br>L ██████ H█<br><br>HOUSTON, TX 77009 █████<br>10/2008 ████<br>CALLED THE MERCHANT ID THEFT |
| N) SUMMARY/ANALYSIS | Phone number on file is disconnected 800-764-0847. I checked FastData and called the merchants home as shown above. The merchant told me she never opened this account and she has no clue what it is. Based on this information the account will be closed today and placed on TMF for ID Theft.<br><br>1- Agent WBS has been contacted.<br>2- term Letter has been sent.<br>3- Tmf is attached to the review for ID THEFT> |
| L) VALIDATED TRANSACTIONS | NO |
| J) PERSONAL CRDT REPORT PULLED | 797 |
| H) REV HIST (RMW/FTMS REVWS) | NONE |
| F) FINANCIAL POS SCREEN REVWD | $$ |
| D) IS ACCT IN REV IN OTHR DPT? | NO |
| FOLLOW-UP | |
| CB FROM ALL/AGNT BANK | |

https://rmw.1dc.com/download/RMW_SC2_121_FDM313601142009172403.html

1/14/2009

FTC CID - FN 082-3247<br>FD-FTC-002732<br>CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

# Select Tasks

Wednesday March 18, 2009 19:35

Header

| Merch # | 481702494990 |
|---|---|
| DBA | PRESI |
| Legal | PRESI |
| Chain Code | 000000000000 |
| DBA City | SACRAMENTO |
| St | CA |
| SIC | 4899 |
| Keyed Dt | 24-OCT-2008 |
| # | 1 |
| Detect Dt | 27-NOV-2008 |
| # Addl Detect | 14 |
| Other Dept | NO |
| Rule Type | NEW DETECTION |
| Category | BULGARIAN FRAUD |
| RMW Status | COMPLETE |
| Foreign Type | USD |
| Scr | 10 |
| Dept | |
| PR Bool | N . |
| View Outlet | |

Task Type Name : ANALYST CHECKLIST

| Yes/No | Task Name | Details |
|---|---|---|
| YES | A) MERCHANT MASTER REVIEW | 267692617884 02, CLOSED BY CREDIT INITIATION FOR PH# NOT VALID |
| YES | B) REVD CNTRACT/OFFICER CMMNTS | 100% INTERNET, NDX OF 7 DAYS/100%, BIZ LICENSE ATTACHED |
| YES | C) PREVIOUS PROCESSOR | NO PREVIOUS PROCESSOR |

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC-014722

| YES | D) IS ACCT IN REV IN OTHR DPT? | NO |
|-----|--------------------------------|----|
| YES | E) EVALUATE AUTHORIZATIONS | APP: .51, DEC: .37, REF: .37 / 1 CLOSED CB, 1 OPN RETREIVAL |
| YES | F) FINANCIAL POS SCREEN REVWD | Y $$ F/E= $1805.45 |
| YES | G) ORDERED/EVALUATED REAUTHS | NOT REQUIRED |
| YES | H) REV HIST (RMW/FTMS REVWS) | NO HISTORY |
| YES | I) D & B REPORT PULLED | NOT PULLED |
| YES | J) PERSONAL CRDT REPORT PULLED | NOT PULLED |
| YES | K) OBTAINED BANK REFERENCE | JP MORGAN CHASE |
| YES | L) VALIDATED TRANSACTIONS | NO |
| YES | M) F/E LIMITS CHECKED & RESET | YES $$ |
|  |  | MERCHANT ON BOARD DATE 10/08 <br><br> SIGNED VOLUME 19M <br> ACTUAL YTD VOLUME 12M <br> SIGNED TICKET 19 <br> ACTUAL YTD TICKET 9 <br><br> CREDIT RATIO 0 <br> CHARGEBACK RATIO 0 <br><br> WHY WAS THE MERCHANT PICKED HOLD ALL FUNDS, BULGARIAN FRAUD <br> RULES BROKEN BULGARIAN FRAUD <br><br> WHAT WAS THE MERCHANT SIGNED TO SELL PHONE ACCESSORIES <br> WHAT IS THE MERCHANT SELLING ID THEFT <br> HOW IS THE MERCHANT SELLING (POS, MOTO, INTERNET) INTERNET <br><br> RISK OWNER & % WELLS FARGO 50/50 <br><br> CREDIT RISK INFO NO CREDIT RISK <br> FRAUD RISK INFO $19M IN FRAUD RISK <br><br> 12/1 <br> MERCH IS PROCESSING RECURRING $9 SALES. A DISPUTE HAS ALREADY COME IN |

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC-014723

Select Tasks

| | | | |
|---|---|---|---|
| | | | LOOKS TO BE BULGARIAN FRAUD<br>LEFT MESSAGE FOR MERCH<br>CURRENTLY HAVE $1805.45 ON HOLD<br><br>12/5<br>MERCH PHONE DOES NOT ACCEPT CALLS<br>PUT PH# IN GOOGLE. COMES BACK WITH A<br>COMPLAINT REGARDING AN UNAUTHORIZED<br>CREDIT CARD CHARGE<br>EMAILED WELLS FARGO FOR CONCURRENCE ON<br>TERMINATION<br>MERCH PROCESSED $19M TO DATE<br>CURRENTLY HAVE $4147 ON HOLD<br><br>REC'D EMAIL FROM WELLS FARGO<br>This is identity theft. There were 2 other accounts with the<br>same web site that we caught in underwriting (see attached).<br>One of these accounts also used JP Morgan Chase (formerly<br>WAMU) as the settlement DDA. The tax id for this business<br>actually belongs to a business by the name of Press On<br>Regardless with different ownership and they are located in<br>Walnut Creek (a division of Cole European).<br>Thanks,<br>Debbie |
| YES | N) SUMMARY/ANALYSIS | | THIS IS IDENTITIY THEFT<br>SENT IMMEDIATE TERMINATION LETTER<br><br>DEBBIE AT WELLS FARGO HAD CONVERSATION<br>WITH IDENTITY THEFT VICTIM:<br>Bill,<br>I spoke to the real Dan Fuchs (he has banking with Wells).<br>He is an attorney in Sacramento, and he did not apply for this<br>account. He also took the time to conduct his own<br>verification on me as he didn't trust me once I told him<br>someone had applied for a merchant account using his<br>information.<br>Please terminate the account immediately and report to TMF<br>as identity theft. I have communicated our actions to Mr.<br>Fuchs. He will be working with the credit bureaus to block<br>his credit.<br>Thanks,<br>Debbie<br><br>12/9<br>MERCH PROCESSED $20M<br>CURRENTLY HAVE $4383.55 IN RESERVE<br>4 CHARGEBACKS TO DATE TOTALING $34<br>SALES ARE SMALL, NOT ALL WILL BECOME<br>DISPUTES<br>WILL HAVE RISK EQUAL RESERVE<br>TERMINATION LETTER SENT<br>MERCH PLACED ON TMF/GNF |

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC-014724

Select Tasks

| | | SECURE & TERMINATE |
|---|---|---|
| YES | O) DECISION | SECURE & TERMINATE |
| YES | P) IF TERMINATE CHK & PROCEED | YES |
| YES | Q) GNF'D & ATTACHED TO REVIEW | YES |
| YES | R) TMF'D & ATTACHED TO REVIEW | YES |
| YES | S) SAR NEEDED? PROVIDE DETAIL | DOES NOT QUALIFY |
| YES | T) FCRA LETTER NEEDED? | NOT NEEDED |
| YES | U) ALLIANCE PARTNER NOTIFIED? | YES, REC'D CONCURRENCE ON TERMINATION, AS DUE TO IDENTITY THEFT |
| YES | V) LEASE? IF Y, GO TO NXT STEP | NO |
| YES | W) AMNT OF LEASE COVERED? | N/A |
| YES | X) RESERVE STRATEGY % | N/A |
| YES | Y) PASTE AGENT NOTFCTN HERE*** | N/A |

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC-014725

# Select Tasks

Saturday February 28, 2009 14:42

Header

| Merch # | 267943192885 |
|---|---|
| DBA | DESIGN GROUP |
| Legal | DESIGN GROUP |
| Chain Code | 000000000000 |
| DBA City | THE WOODLANDS |
| St | TX |
| SIC | 7299 |
| Keyed Dt | 12-MAR-2008 |
| # | 1 |
| Detect Dt | 20-MAY-2008 |
| # Addl Detect | 10 |
| Other Dept | NO |
| Rule Type | NEW DETECTION |
| Category | BULGARIAN FRAUD |
| RMW Status | COMPLETE |
| Foreign Type | USD |
| Scr | 10 |
| Dept | |
| FR Bool | N |
| View Outlet | |

Task Type Name : ANALYST CHECKLIST

| Yes/No | Task Name | Details |
|---|---|---|
| YES | A) MERCH MASTER REVIEW | no related account |
| YES | B) RVWD CNTRCT/CRDT UNDRWRTNG | yes |

https://rmw.1dc.com/download/Rmw_Sc2_111_CCAS04102282009144212.html          2/28/2009

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC012239

| | | |
|---|---|---|
| YES | C) PREVIOUS PROCESSOR | n/a |
| YES | D) IS ACCT IN REV IN OTHR DPT? | no |
| YES | E) EVALUATE AUTHS | authorization poor and 23% declines |
| YES | F) FINANCIAL POS SCREEN REVWD | fund on hold |
| YES | G) EVALUATED REAUTHS? | 1000/9500.90 dec & 3460/32873 app |
| YES | H) REV HIST - ***CHECK CAN*** | yes |
| YES | I) FCRA LETTER NEEDED? | no |
| YES | J) PC PULLED? | no |
| YES | K) OBTAINED BNK REFERENCE? | Horizon bk |
| YES | L) VALIDATED TXNS? | no |
| YES | M) SUMMARY/ANALYSIS | 5/22/2008:<br>Merchant signed O/B: March 2008<br>Annual Volume and Average Ticket: 475968/$20.00<br>YTD Volume and Average Ticket: 12M/$9.50<br>SIC: 7299<br>CR: 24<br>CB: 0<br><br>Merchant came in for bulgarian fraud.<br><br>5/22/2008:<br>Sent suspended fund letter.<br><br>Called the merchant at place of business and left a message.<br><br>5/23/2008:<br>Went for debits.<br><br>5/23/2008:<br>Spoke with S██████. S:█████ stated that he never opened the merchant account with CardService International. Told him to file a police report and contact the credit bureaus.<br><br>5/29/2008:<br>Debits rejected.<br><br>5/30/2008:<br>Sent termination letter.<br><br>This is confirmed identity theft account. |

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC012240

| | | Gross Risk - $4,266.30<br>Term Reserve - $4,266.30<br><br>Merchant was GNF'd and TMF'd.<br><br>SECURE AND TERMINATE. |
|---|---|---|
| YES | N) DECISION | SECURE AND TERMINATE |
| YES | O) IF TERMINATE CHK & PROCEED | yes |
| YES | P) GNF'D & ATTCHD TO REVIEW? | yes |
| YES | Q) TMF'D & ATTCHD TO REVIEW? | yes |
| YES | R) SAR NEEDED?/PROVIDE DETAIL | no |
| YES | S) CHECK MERC MANAGER FLAGS? | yes |
| YES | T) CLOSED IN CAN/MM/FDR/E-MAIL | yes |
| YES | X)AGENT OFFICE = | 1/INSTAMERCHANT |
| NO | U) LEASE? IF Y GO TO NXT STEP | |
| NO | V) AM'NT COVERED FOR LEASE? | |
| NO | W) WERE FE LIMITS RESET? | |
| NO | Y)RESERVE STRATEGY % | |
| NO | Z) PASTE AGENT NOTFCTN HERE*** | |

https://rnw.1dc.com/download/Rnrw_Sc2_111_CCAS04102282009144212.html                    2/28/2009

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC012241

# Select Tasks

Thursday March 19, 2009 08:12

Header

| Merch # | 267943468889 |
|---|---|
| DBA | UNITED SERVICES |
| Legal | UNITED SERVICES |
| Chain Code | 000000000000 |
| DBA City | CHICAGO |
| St | IL |
| SIC | 5969 |
| Keyed Dt | 13-MAR-2008 |
| # | 1 |
| Detect Dt | 22-MAY-2008 |
| # Addl Detect | 5 |
| Other Dept | NO |
| Rule Type | NEW DETECTION |
| Category | VOLUME INCREASE |
| RMW Status | COMPLETE |
| Foreign Type | USD |
| Scr | 10 |
| Dept | |
| PR Bool | N |
| View Outlet | |

Task Type Name : ANALYST CHECKLIST

| Yes/No | Task Name | Details |
|---|---|---|
| YES | A) MERCH MASTER REVIEW | no other acct |
| YES | B) RVWD CNTRCT/CRDT UNDRWRTNG | yes |
| YES | C) PREVIOUS PROCESSOR | n/a |
| YES | D) IS ACCT IN REV IN OTHR DPT? | no |

https://rmw.1dc.com/download/Rmw_Sc2_111_CCAS04103192009081246.html          3/19/2009

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC-014774

Select Tasks                                                     Page 2 of 4

| YES | E) EVALUATE AUTHS | no |
|-----|-------------------|-----|
| YES | F) FINANCIAL POS SCREEN REVWD | 3940.15 |
| YES | G) EVALUATED REAUTHS? | yes |
| YES | H) REV HIST - ***CHECK CAN**** | yes |
| YES | I) FCRA LETTER NEEDED? | not needed |
| YES | J) PC PULLED? | 729 |
| YES | K) OBTAINED BNK REFERENCE? | solway bank |
| YES | L) VALIDATED TXNS? | id theft |
| YES | M) SUMMARY/ANALYSIS | Merchant signed O/B: 3/13/2008<br>Annual Volume and Average Ticket: 471,144/19<br>YTD Volume and Average Ticket: 15,494<br>SIC: 5969<br>CR: 1.1%<br>CB: .07%<br><br>NOB: books, newspapers<br>AUTH: 845 $76867 22%<br>Funds Exclusion: y<br>Amount: 3940.15<br><br>merch picked for vol inc<br><br>mngr notes<br>New acct, no related. First chbk for trx not recognized. Many sales w/similar $amounts. Document NOB. What is the NDX? Are we comfortable with the risk? On S-$.<br><br>trx<br>▓▓▓▓▓ 22-MAY 9.15 1 095680 21-MAY Y 9.15<br>▓▓▓▓▓ 22-MAY 9.15 1 564192 21-MAY Y 9.15<br>▓▓▓▓▓ 22-MAY 9.15 1 095950 21-MAY Y 9.15<br>▓▓▓▓▓ 22-MAY 9.15 1 008000 21-MAY Y 9.15<br>▓▓▓▓▓ 22-MAY 9.15 1 805558 21-MAY Y 9.15<br>▓▓▓▓▓ 22-MAY 9.15 1 002183 21-MAY Y 9.15<br>▓▓▓▓▓ 22-MAY 9.15 1 497765 21-MAY Y 9.15<br>▓▓▓▓▓ 22-MAY 9.15 1 070419 21-MAY Y |

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC-014775

Select Tasks                                                                                    Page 3 of 4

|  |  | 9.15 |
|  |  | ▮▮▮▮▮▮▮ 22-MAY 9.15 1 037673 21-MAY Y |
|  |  | 9.15 |
|  |  | ▮▮▮▮▮▮▮ 22-MAY 9.15 1 070586 21-MAY Y |
|  |  | 9.15 |
|  |  | ▮▮▮▮▮▮▮ 22-MAY 9.15 1 014910 21-MAY Y |
|  |  | 9.15 |
|  |  | ▮▮▮▮▮▮▮ 22-MAY 9.15 1 482508 21-MAY Y |
|  |  | 9.15 |
|  |  | ▮▮▮▮▮▮▮ 22-MAY 9.15 |
|  |  | 5/23 called D▮▮▮ S▮▮▮▮ #on app 866 567 7195..cant leave mess..it is full<br>fastdata ss # and listed ▮▮▮▮ and listed 773 ▮▮▮▮▮ and 847 ▮▮▮▮ ..PC has # ▮▮▮▮ .called and D▮▮ never opend account...if theft**advised to file police report<br><br>Init debits YTD processed $15,494<br><br>6/2 debits rejected....S&T GNF and TMF account..mailed term letter |
| YES | N) DECISION | S&T |
| YES | X)AGENT OFFICE = | Chitown |
| YES | O) IF TERMINATE CHK & PROCEED | yes |
| YES | P) GNF'D & ATTCHD TO REVIEW? | yes |
| YES | Q) TMF'D & ATTCHD TO REVIEW? | yes |
| YES | R) SAR NEEDED? PROVIDE DETAIL | not needed |
| YES | S) CHECK MERC MANAGER FLAGS? | yes |
| YES | T) CLOSED IN CAN/MM/FDR/E-MAIL | yes |
| YES | U) LEASE? IF Y GO TO NXT STEP | no |
| NO | V) AMNT COVERED FOR LEASE? | |
| NO | W) WERE FE LIMITS RESET? | |
| NO | Y)RESERVE STRATEGY % | |
| NO | Z) PASTE AGENT NOTFCTN HERE*** | |

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC-014776

CONFIDENTIAL - TO BE USED ONLY IN MATTER FN 082-3247

FTC CID-FN 082-3247
FD-FTC-014777

# PX   3

## DECLARATION OF DANIEL FUCHS

### PURSUANT TO 28 U.S.C § 1746

I, Daniel Fuchs, hereby declare as follows:

1.      My name is Daniel Fuchs.  I am 44 years old and reside in Davis, California.

2.      I am a Deputy Attorney General at the California Department of Justice in Sacramento, California.

3.      I have personal knowledge of the facts stated in this declaration, and if called as a witness, I could and would competently testify to the facts stated herein.

4.      On or about December 5, 2008, I received a call from Debbie Sharp at Wells Fargo about a merchant called "Presi."  Wells Fargo was investigating Presi because of recurring consumer complaints about unauthorized card charges.  Debbie called me because my name, social security number, and home address were used on the merchant application to open the Presi merchant account at Wells Fargo in October 2008.

5.      I was shocked to learn that my personal information had been used because I had never even heard of a merchant called Presi prior to this call.  I had never opened a merchant account called Presi.  I also had not authorized anyone to use my personal information to open any merchant accounts.

6.      I realized from this call that I had been a victim of identity theft.  I immediately called a national credit reporting agency to put a fraud alert on my file.  I also filed a complaint with the Federal Trade Commission and reported the identity theft to the local Davis police department.

7.      That same afternoon, I received an email from Debbie at Wells Fargo confirming that the Presi merchant account had been terminated and reported to MasterCard's Terminated

Merchant File.

8.     I still do not know who used my identity to open the Presi merchant account nor how

        they obtained my personal information.

 I declare under penalty of perjury that the foregoing is true and correct.


Executed on _10 Feb_____, 2010   in  Sacremento, CA



_____
                   Daniel Fuchs

# PX   4

## DECLARATION OF ALAIN GUERY

**PURSUANT TO 28 U.S.C § 1746**

I, Alain Guery, hereby declare as follows:

1.      My name is Alain Guery.  I am 50 years old and reside in Andover, Massachusetts.

2.      I am a Healthcare Director at Analog Devices, Inc. in Wilmington, Massachusetts.

3.      I have personal knowledge of the facts stated in this declaration, and if called as a
        witness, I could and would competently testify to the facts stated herein.

4.      On or about April 12, 2007, I received a voicemail from Amy Cupp in the Loss
        Prevention Department at Nova Information Systems ("Nova"), a payment processing
        company, about a merchant account opened under my name.  I called her back and
        learned that someone had opened an account called "ALS" using my personal
        information, including my name and my social security number, in July 2006.  Nova
        called because they were investigating ALS, which had been processing numerous credit
        card payments.

5.      I was shocked to learn that my personal information had been used by ALS because I had
        never even heard of a merchant called ALS prior to this call.  I had never opened a
        merchant account called ALS.  I also had not authorized anyone to use my personal
        information to open any merchant accounts.

6.      I realized after my call with Nova that I had been a victim of identity theft.  I
        immediately went to the Andover Police Department to file a police report about the
        identity theft.  The officer recommended that I check my credit report and file a
        complaint with the Federal Trade Commission and report the theft to the credit agencies.

7.      Per their advice, I checked my credit report and saw a listing for "ALS."  I had never

worked for nor heard of ALS, but it was listed as my then-current employer on the report. The credit report also listed an address that I did not recognize.

8.     I went to the Andover Police Department again after reviewing my credit report on or about April 17, 2007. I filed a police report on that date. I also filled out an ID Theft Affidavit to submit to Nova so I would not be responsible for any of the charges incurred by ALS. I faxed this Affidavit to Amy Cupp at Nova on or about April 17, 2007.

9.     As a result of this incident, I had to spend numerous hours correcting my credit reports at the three national credit-reporting agencies. I also had to place a fraud alert on my credit report.

10.    I still do not know who used my identity to open the ALS merchant account nor how they obtained my personal information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _February 25th_, 2010

Alain Guery