M HN

**KeyBank**

10 CV 1543

KeyBank
Judgment Processing
4910 Tiedeman Road
Brooklyn, OH 44144

Tel: (216) 813-7730
Fax: (216) 357-6595

Via Fax/Mail

March 12, 2010

William J. Hodor
Federal Trade Commission
55 West Monroe Street, Ste 1825
Chicago, IL 60603
Fax #312-960-5600

**F I L E D**
3-18-2010
MAR 1 8 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: <u>Federal Trade Commission vs. API Trade, LLC, et al.,</u> Case No. 10 C 1543
Ex Parte Temporary Restraining Order with Asset Freeze

Dear Mr. Hodor:

In response to the above-mentioned Ex Parte Temporary Restraining Order received by KeyBank on March 11, 2010 restraining any accounts belonging to IHC Trade LLC or any other defendants listed in this Court Order, the following has been determined:

**IHC Trade LLC**

Account Number ending in 7909 – Closed 10/16/07
Account Number ending in 7933 – Closed 2/8/08
Account Number ending in 8998 – Closed 10/16/07
Account Number ending in 9004 – Closed 2/8/08
Account Number ending in 9012 – Closed 2/8/08
Account Number ending in 9293 – Closed 2/8/08
Account Number ending in 9574 – Closed 2/8/08
Account Number ending in 9590 – Closed 10/16/07
Account Number ending in 9616 – Closed 12/31/07
Account Number ending in 9632 – Closed 2/8/08
Account Number ending in 9657 – Closed 2/8/08

**API Trade LLC**

No record based on the information provided

**ARA Auto Parts Trading LLC**

No record based on the information provided

**Bend Transfer Services, LLC**

No record based on the information provided

**B-Texas European, LLC**

No record based on the information provided

**CBTC LLC**

No record based on the information provided

**CMG Global LLC**

No record based on the information provided

**Confident Incorporation**

No record based on the information provided

**HDPL Trade LLC**

No record based on the information provided

Page 2

March 12, 2010

| Hometown Homebuyers, LLC | No record based on the information provided |
| IAS Group LLC | No record based on the information provided |
| MZ Services, LLC | No record based on the information provided |
| New World Enterprizes, LLC | No record based on the information provided |
| Parts Imports LLC | No record based on the information provided |
| SMI Imports, LLC | No record based on the information provided |
| SVT Services, LLC | No record based on the information provided |

If you have any questions, please feel free to contact me at (216) 813-7730.

Sincerely,

Diana J. Holt
Special Operations/Judgment Processing

cc: US District Court for the Northern District of Illinois, Eastern Division