FILED

## THIRD PARTY CITATION TO DISCOVER ASSETS

APR 16 2010
Apr 16 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Court: US DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IL
EASTERN DIVISION

Attorney: STEVEN M WERNIKOFF
FEDERAL TRADE COMMISSION
55 WEST MONROE ST, STE 1825
CHICAGO, IL 60603

Case / Docket #: <u>10 C 1543</u>   Defendant: <u>API TRADE, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY, ET AL</u>

**Checking Account**
    Account # __NO RECORD__   ~~Balance $~~ _____   ~~Amount Held $~~ _____

**Savings Account**
    Account # _____   Balance $ _____   Amount Held $ _____

**Certificate of Deposit**
    Account # _____   Balance $ _____   Amount Held $ _____

**Money Market Account**
    Account # _____   Balance $ _____   Amount Held $ _____

**Trust Account**
    Account # _____   Balance $ _____   Amount Held $ _____

**Safety Deposit Box**
    Account # _____   Balance $ _____   Amount Held $ _____

**Other**
    Account # _____   Balance $ _____   Amount Held $ _____

SubTotal $ ____0.00

Less right of offset for other loans _____

Less deduction for fees limited by 205 ILCS 5/48.1 _____

Total $ ____0.00

According to the business records kept by the Citation Respondent we show the above information to be correct.

Agent for Citation Respondent: *Penny J Donaldson* Date: 4/8/10
Penny J Donaldson

RBS, Citizens NA dba Charter One
525 William Penn Place
Pittsburgh, PA 15219
888-999-6884